UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

REX – REAL ESTATE EXCHANGE, INC., a
Delaware corporation,

                                    Plaintiff,

        v.

ZILLOW, INC., a Washington corporation;
ZILLOW GROUP, INC., a Washington
corporation; ZILLOW HOMES, INC., a
Delaware corporation; ZILLOW LISTING
SERVICES, INC., a Washington corporation;
ZILLOW GROUP MARKETPLACE, INC., a
Washington corporation; TRULIA, LLC, a
Delaware limited liability company; and THE
NATIONAL ASSOCIATION OF REALTORS,
an Illinois trade association,

                                    Defendants.

No. 2:21-cv-00312

[PROPOSED] ORDER GRANTING
MOTION FOR PRELIMINARY
INJUNCTION

Before the Court is Plaintiff's Motion for Preliminary Injunction. Having considered the

briefs and record on file with the Court, and applicable law, the Court has determined that

Plaintiff's Motion for Preliminary Injunction is **GRANTED**.

**IT IS HEREBY ORDERED THAT:**

1.      Zillow, NAR and their officers, directors, partners, agents, affiliates, members,

and employees, and all persons acting or claiming to act on their behalf or in concert with them,

[PROPOSED] ORDER GRANTING MOTION FOR
PRELIMINARY INJUNCTION - 1
Case No. 2:21-cv-00312

**FOSTER GARVEY PC**
**1111 THIRD AVENUE, SUITE 3000**
**SEATTLE, WASHINGTON 98101-3292**
**PHONE (206) 447-4400**

are enjoined from continuing to engage in any anticompetitive conduct and from adopting in the future any practice, plan, program or device having a similar purpose or effect to the anticompetitive actions effectuated through their agreement, conspiracy, and/or combination.

2.    Zillow, NAR and their officers, directors, partners, agents, affiliates, members, and employees, and all persons acting or claiming to act on their behalf or in concert with them, are enjoined from enforcing, implementing, or operating under any agreement, conspiracy, combination, or membership rule requiring segregation of REX's residential real estate listings from listings of NAR members and/or MLS members on any website controlled by Zillow.

3.    NAR and Zillow and their officers, directors, partners, agents, affiliates, members, and employees, and all persons acting or claiming to act on their behalf or in concert with them, are enjoined from enforcing, implementing, or operating under any agreement, conspiracy, combination, or membership rule requiring Zillow to in any way indicate that REX's residential real-estate listings are not represented by a licensed agent or broker on any website controlled by Zillow.

4.    Zillow and its officers, directors, partners, agents, affiliates, members, and employees, and all persons acting or claiming to act on their behalf or in concert with them, are enjoined from excluding REX's residential real-estate listings from the category of "Agent listings" on all websites controlled by Zillow.

5.    Zillow and its officers, directors, partners, agents, affiliates, members, and employees, and all persons acting or claiming to act on their behalf or in concert with them, are enjoined from categorizing REX's residential real-estate listings as "Other listings" on all websites controlled by Zillow.

[PROPOSED] ORDER GRANTING MOTION FOR
PRELIMINARY INJUNCTION - 2
Case No. 2:21-cv-00312

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400

The Court, having considered the record, finds that no bond is proper or necessary.

Dated this____ day of _____, 2021.

_____
THE HONORABLE _____
United States District Judge

PRESENTED BY:

FOSTER GARVEY PC

*/s/ Michael Vaska*_____
Michael Vaska, WSBA #15438
*/s/ Rylan Weythman*_____
Rylan Weythman, WSBA #45352
1111 Third Avenue, Suite 3000
Seattle, Washington 98101
Telephone:  (206) 447-4400
Facsimile:  (206) 447-9700
Email:  michael.vaska@foster.com
        rylan.weythman@foster.com

McCARTY LAW PLLC

*/s/ Darren L. McCarty*_____
Darren L. McCarty, *Pro Hac Pending*
*/s/ Cristina M. Moreno*_____
Cristina M. Moreno, *Pro Hac Pending*
1410B West 51st Street
Austin, TX 78756
Telephone:  (512) 827-2902
Email:  darren@mccartylawpllc.com
        cristina@mccartylawpllc.com

*Attorneys for Plaintiff REX – Real Estate Exchange, Inc.*

[PROPOSED] ORDER GRANTING MOTION FOR
PRELIMINARY INJUNCTION - 3
Case No. 2:21-cv-00312

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400

## CERTIFICATE OF SERVICE

I certify that on March 9, 2021, I electronically filed the foregoing document with the Clerk of the Court via CM/ECF which will notify all parties in this matter who are registered with the Court's CM/ECF filing system of such filing. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

DATED this 9th day of March, 2021.

_s/Michelle Stark_____
Michelle Stark

[PROPOSED] ORDER GRANTING MOTION FOR
PRELIMINARY INJUNCTION - 1
Case No. 2:21-cv-00312

**FOSTER GARVEY PC**
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400