THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| REX - REAL ESTATE EXCHANGE, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>ZILLOW, INC., a Washington corporation; ZILLOW GROUP, INC., a Washington corporation; ZILLOW HOMES, INC., a Delaware corporation; ZILLOW LISTING SERVICES, INC., a Washington corporation; ZILLOW GROUP MARKETPLACE, INC., a Washington corporation; TRULIA, LLC, a Delaware limited liability company; and THE NATIONAL ASSOCIATION OF REALTORS, an Illinois trade association,<br><br>        Defendants. | Case No. 2:21-CV-00312-TSZ<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME AND BRIEFING SCHEDULE, AND FOR DISMISSAL OF ZILLOW GROUP MARKETPLACE, INC.** |

STIPULATION AND ORDER:
2:21-CV-00312-TSZ

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington 98104-7097
+1 206 839 4300

1

**STIPULATION**

2

Plaintiff REX-Real Estate Exchange, Inc. ("REX") and Defendants Zillow, Inc., Zillow

3

Group, Inc., Zillow Homes, Inc., Zillow Listing Services, Inc., Zillow Group Marketplace, Inc.,

4

and Trulia, LLC (collectively "Zillow") and The National Association of Realtors ("NAR"), by

5

their undersigned counsel, hereby stipulate as follows:

6

1.      On Tuesday, March 9, 2021, REX filed a Complaint for Injunctive Relief and for

7

Damages (Dkt. No. 1) against Zillow and NAR.  REX simultaneously filed a Motion for

8

Preliminary Injunction (Dkt. No. 5). REX provided courtesy copies of the Complaint and Motion

9

for Preliminary Injunction to executives at Zillow and NAR that same day.

10

2.      On Friday, March 12, 2021, Zillow was served with the summons, Complaint,

11

and Motion for Preliminary Injunction and supporting papers.  REX claims that its process server

12

made numerous attempts to serve NAR's registered agent in Chicago, Illinois, but was turned

13

away.

14

3.      On Thursday, March 18, 2021, NAR's counsel agreed to waive service of the

15

Summons, and REX's counsel transmitted the waiver of service form that day. On Thursday,

16

March 25, 2021, NAR returned the signed waiver of service of the Summons.

17

4.      On Thursday, March 25, 2021, counsel for Zillow filed a notice of appearance.

18

5.      REX, Zillow and NAR stipulate and agree to re-note REX's Motion for

19

Preliminary Injunction to May 10, 2021.

20

6.      REX, Zillow and NAR stipulate and agree to staying Zillow and NAR's deadline

21

for answering, moving to dismiss, or otherwise responding to REX's complaint until 21 days

22

after this Court issues its order on REX's Motion for Preliminary Injunction. Zillow and NAR

23

agree they will not file motions to dismiss or other dispositive motions until after the court enters

24

its order on the Preliminary Injunction motion.  This will avoid parallel briefing and streamline

25

the proceedings.

26

7.      REX, Zillow and NAR stipulate and agree to the following briefing schedule,

27

provided such dates are agreeable to the Court:

28

STIPULATION AND
ORDER:
2:21-CV-00312-TSZ

- 2 -

| Filing | Stipulated Deadline |
|---|---|
| Zillow's Response to Motion for Preliminary Injunction | April 30, 2021 |
| NAR's Response to Motion for Preliminary Injunction | April 30, 2021 |
| REX's Reply ISO Motion for Preliminary Injunction | May 10, 2021 |
| Zillow's Response to Complaint | 21 days after the Court's ruling on Motion for Preliminary Injunction |
| NAR's Response to Complaint | 21 days after the Court's ruling on Motion for Preliminary Injunction |

8.     Good cause exists for the requested extension and proposed briefing schedule. REX, Zillow and NAR agree that an extension of time for Zillow and NAR to respond to the Complaint and Motion for Preliminary Injunction promotes efficiency and will not unduly delay this proceeding.

9.     REX told Zillow and NAR that it intends to supplement the Motion for Preliminary Injunction with additional information it learned after the motion was filed. REX also told Zillow and NAR that it intends to supplement the record no later than April 15, 2021. Zillow and NAR do not agree to REX's potential "supplement," but will meet and confer with REX on any motion it intends to bring.

10.     In addition, REX and Zillow stipulate and agree to the dismissal of Zillow Group Marketplace, Inc. from this action. Zillow represents that: (a) Zillow Group Marketplace, Inc. is a mortgage lead generator whose business is providing advertising products and selling mortgage leads to lenders; (b) Zillow Group Marketplace, Inc. is not a licensed brokerage and its business does not involve the aggregation, search, display, or publication of real estate listings, that is the subject of REX's Complaint; and (c) Zillow Group Marketplace, Inc. is a subsidiary of Zillow, Inc., and does not control any of the other Zillow entities that are parties to this lawsuit. In light of these representations, REX agrees that Zillow Group Marketplace, Inc. should be dismissed without prejudice. Zillow and NAR stipulate and agree that REX may amend its Complaint to join Zillow Group Marketplace, Inc. if (a) any of Zillow's

1  representations above are  not supported by the evidence, or (b) if Zillow or NAR assert that

2  Zillow Group Marketplace, Inc. is a necessary party for the relief sought in this action.

3

4        Respectfully submitted this 29th day of March 2021.

5

6  By:   */s/ Michael Vaska*            By:  ***/s/ Aravind Swaminathan*
          */s/ Rylan Weythman*               */s/ Nicole Tadano*
7        */s/ Darren L. McCarty*            */s/ John "Jay" Jurata, Jr.*
          */s/ Cristina M. Moreno*          */s/ Russell P. Cohen*
8                                            */s/ Naomi J. Scotten*

9  FOSTER GARVEY PC
   Michael Vaska (WSBA No. 15438)        ORRICK, HERRINGTON & SUTCLIFFE
10 michael.vaska@foster.com              LLP
   Rylan Weythman (WSBA No. 45352)       Aravind Swaminathan (WSBA No. 33883)
11 rylan.weythman@foster.com             aswaminathan@orrick.com
   1111 Third Avenue, Suite 3000         Nicole Tadano (WSBA No. 40531)
12 Seattle, WA  98101                    ntadano@orrick.com
   Telephone:  206-447-4400              701 Fifth Avenue, Suite 5600
13 Facsimile:  206-447-9700              Seattle, WA  98104
                                         Telephone:  206-839-4300
14 McCARTY LAW PLLC                      Facsimile:  206-839-4301
   Darren L. McCarty (Admitted *Pro Hac Vice*)
15 darren@mccartylawpllc.com             John "Jay" Jurata, Jr. (*Pro Hac Vice Pending*)
   Cristina M. Moreno (Admitted *Pro Hac Vice*)  jjurata@orrick.com
16 1410B West 51st Street                1152 15th Street, N.W.
   Austin, TX  78756                     Washington, DC  20005
17 Telephone:  512-827-2902              Telephone:  202-339-8400

18 ***Attorneys for Plaintiff REX-Real Estate***  Russell P. Cohen (Admitted *Pro Hac Vice*)
   ***Exchange, Inc.***                  rcohen@orrick.com
19                                        405 Howard Street
                                         San Francisco, CA 94105
20                                        Telephone:  415-773-5700

21                                        Naomi J. Scotten (Admitted *Pro Hac Vice*)
                                         nscotten@orrick.com
22                                        51 West 52nd Street
                                         New York, NY 20005
23                                        Telephone:  212-506-5000

24                                        ***Attorneys for Defendants Zillow, Inc., Zillow***
                                         ***Group, Inc., Zillow Homes, Inc., Zillow***
25                                        ***Listing Services, Inc. Zillow Group***
                                         ***Marketplace, Inc., and Trulia, LLC***
26

27                                        **Pursuant to this Court's Electronic Filing
                                         Procedure III L, the electronic signatory has
28                                        obtained approval from all other signatories.

STIPULATION AND
ORDER:                          - 4 -
2:21-CV-00312-TSZ

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington  98104-7097
+1 206 839 4300

1
2

By:   */s/ Thomas C. Rubin*
      */s/ Ethan Glass*
      */s/ Michael D. Bonanno*

3
4
5
6
7

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Thomas C. Rubin (WSBA Bar No. 33829)
tomrubin@quinnemanuel.com
1109 First Avenue, Suite 210
Seattle, WA 98101
Telephone:  206-905-7000
Facsimile:  206-905-7100

8
9
10
11
12

Ethan Glass (*Pro Hac Vice* Forthcoming)
ethanglass@quinnemanuel.com
Michael D. Bonanno (*Pro Hac Vice*
Forthcoming)
mikebonanno@quinnemanuel.com
1300 I Street, Suite 900
Washington, D.C. 20005
Telephone:  202-538-8000
Facsimile:  202-538-8100

13

***Attorneys for The National Association of
Realtors®***

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND
ORDER:
2:21-CV-00312-TSZ

- 5 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington  98104-7097
+1 206 839 4300

1

## ORDER

2      IT IS HEREBY ORDERED that:

3      1.  Zillow Group Marketplace, Inc. is dismissed from this action without prejudice.

4      2.  Plaintiff REX-Real Estate Exchange, Inc.'s Motion for Preliminary Injunction is re-

5 noted for May 10, 2021.  The deadline for defendants Zillow, Inc., Zillow Group, Inc., Zillow

6 Homes, Inc., Zillow Listing Services, Inc., Trulia, LLC (collectively, "Zillow") and The

7 National Association of Realtors ("NAR") to respond to the Motion for Preliminary Injunction

8 is April 30, 2021.  Plaintiff's deadline to file any reply brief in support of its Motion for

9 Preliminary Injunction is May 10, 2021.

10      3.  The deadline for defendants Zillow and NAR to answer, move to dismiss, or otherwise

11 respond to the Complaint for Injunctive Relief and for Damages is extended to twenty-one (21)

12 days after the Court rules on Plaintiff's Motion for Preliminary Injunction.

13

14

15      DATED this 30th day of March, 2021.

16

17

18      _____
        Thomas S. Zilly
19      United States District Judge

20

21

22

23

24

25

26

27

28

STIPULATION AND
ORDER:                                - 6 -
2:21-CV-00312-TSZ

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington  98104-7097
+1 206 839 4300