UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

REX - REAL ESTATE EXCHANGE INC.,

Plaintiff,

v.

ZILLOW INC., et al.,

Defendants.

C21-312 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendants' unopposed motion,[1] docket no. 50, to amend the caption to remove Zillow Group Marketplace, Inc. is STRICKEN as moot. Defendant Zillow Group Marketplace, Inc. has been dismissed from this action, *see* docket no. 36. The docket reflects that Zillow Group Marketplace, Inc. was terminated from this action on March 30, 2021.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 28th day of April, 2021.

William M. McCool
Clerk

s/Gail Glass
Deputy Clerk

---

[1] Defendants characterize this motion as "stipulated," but the motion is not signed by Plaintiff's counsel of record. All future filings shall be captioned and characterized as "stipulated" only if they are signed by Plaintiff's counsel of record and at least one of Defendants' counsel of record.

MINUTE ORDER - 1