1

2
                                          THE HONORABLE THOMAS S. ZILLY

3

4

5

6

7

8
                         UNITED STATES DISTRICT COURT
9
                     WESTERN DISTRICT OF WASHINGTON
10
                                 AT SEATTLE
11
REX - REAL ESTATE EXCHANGE,
12  INC.,

13          Plaintiff,                      Case No. 2:21-CV-00312-TSZ

14      v.                                  **DECLARATION OF LAURA B.
                                            NAJEMY**
15  ZILLOW, INC., et al.,

16          Defendants.

17

18
        I, Laura B. Najemy, declare as follows:
19
        1.      I am an associate at the law firm Orrick, Herrington & Sutcliffe LLP, counsel
20
for defendants Zillow, Inc., Zillow Group, Inc., Zillow Homes, Inc., Zillow Listing Services,
21
Inc., and Trulia, LLC (collectively "Zillow") in the above-captioned action.  I have personal
22
knowledge of the facts set forth in this declaration.  If called as a witness I could and would
23
competently testify to them under oath.
24
        2.      Set out below are screenshots showing portions of a REX listing on
25
Zillow.com, as accessed via the "Other listings" tab:
26

27

28

                                      - 1 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17




18
19
20
21
22
23
24
25
26
27
28






1

2

3

4

5

6

7

8

9

10

11

12

13

14

15



16    https://www.zillow.com/homedetails/470-Ferndale-Ave-NE-Renton-WA-

17    98056/48857586_zpid/ (screenshots taken on April 26, 2021).

18           3.      In the "Facts and Features" section of the listing, if you click on "View virtual

19    tour" it takes you to the virtual tour hosted on REX's website:

20

21

22

23    

24

25

26

27

28

1

2    *See* https://www.rexhomes.com/listing/470-ferndale-ave-

3    ne?utm_source=zillow&utm_medium=organic&utm_campaign=listing&utm_content=default

4    (screenshot taken on April 26, 2021).

5         4.    Set out below are screenshots from Zillow.com showing an example of a co-

     listing.  As can be seen, the listing indicates that it is "Also listed on REX Real Estate."

6

7

8    

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12



13

14

15

16

17

18

19

20

21

22

23

24



25  https://www.zillow.com/homes/5923-19th-Ave-S-Seattle,-WA,-

26  98108_rb/118001227_zpid/?altId=39001_1757670 (screenshot taken on April 16, 2021).

27        5.      When you click on the hyperlink for REX Real Estate, next to "Also listed on,"

28

1

2    it takes you to the same property which is shown as listed by REX Real Estate:

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28




Overview  Facts and features  Home value  Price and tax |  >

## Facts and features

| | | | |
|---|---|---|---|
| **Type:** | SingleFamily | **Cooling:** | None |
| **Year built:** | 2014 | **Parking:** | Garage - Attached, |
| **Heating:** | Forced air, Gas | **Lot:** | 3,360 sqft |
| | | **Price/sqft:** | $351 |

### Interior details

**Bedrooms and bathrooms**
Bedrooms: 4
Bathrooms: 3
Full bathrooms: 3

**Basement**
Basement: Unfinished

**Flooring**
Flooring: Carpet, Hardwood

**Heating**
Heating features: Forced air, Gas

**Cooling**
Cooling features: None

**Appliances**
Appliances included: Dishwasher, Dryer, Range / Oven, Refrigerator, Washer

**Other interior features**
Total interior livable area: 2,420 sqft
Fireplace: Yes
Virtual tour: View virtual tour

### Property details



‹ Home value  Price and tax history  Monthly cost  Rental v  ›

## Price and tax history

### Price history

| Date | Event | Price | |
|---|---|---|---|
| 3/24/2021 | Listed for sale | $850,000 (+54.5%) | $351/sqft |
| Source: REX Real Estate Report | | | |
| 11/10/2014 | Sold | $550,000 (+129.2%) | $227/sqft |
| Source: NWMLS #663706 Report | | | |
| 5/13/2013 | Sold | $240,000 | $99/sqft |
| Source: Public Record Report | | | |

### Public tax history

| Year | Property Taxes | Tax Assessment |
|---|---|---|
| 2018 | $6,620(-3%) | $751,000(+11.3%) |
| 2017 | $6,823(+40.5%) | $675,000(+13.3%) |
| 2016 | $4,856 | $596,000(+15.1%) |

⌄ See complete tax history

1

2

3

4

5

6

7

8

9

10

11

12



13  https://www.zillow.com/homes/5923-19th-Ave-S-Seattle,-WA,-

14  98108_rb/118001227_zpid/?altId=bfdb08a1dec3843cce407da536bda808 (screenshots taken

15  on April 16, 2021).

16      6.  Like the previous listing shown above, when you click on "View virtual tour" in

17  the "Facts and features" section of the property as listed by REX, you are taken directly to this

18  listing on REX's website:

19

20

21  

22

23

24

25

26

27

28

1

2    https://www.zillow.com/homes/5923-19th-Ave-S-Seattle,-WA,-

3    98108_rb/118001227_zpid/?altId=bfdb08a1dec3843cce407da536bda808 (screenshot taken on

4    April 16, 2021).

5         7.    This same property is now also listed on Redfin.com.  Below are screenshots of

6    this property taken from Redfin's website:



1

2

3

4

5

6

7

8

9

10

11

12



13

14

15

16

17

18

19

20

21

22



23   https://www.redfin.com/WA/Seattle/5923-19th-Ave-S-98108/home/45464539 (screenshots

24   taken on April 16, 2021).

25           8.      This same property is now also listed on REALTOR.com. Below are

26   screenshots of this property taken from REALTOR.com's website:

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18



19  https://www.realtor.com/realestateandhomes-detail/5923-19th-Ave-

20  S_Seattle_WA_98108_M16619-09176 (screenshots taken on April 16, 2021).

21          9.      Below are screenshots from Zillow.com showing another example of a property

22  that REX has co-listed with an MLS agent:

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23





24  https://www.zillow.com/homedetails/32724-4th-Pl-S-12D-Federal-Way-WA-

25  98003/2075273736_zpid/ (screenshots taken on April 26, 2021).

26      10.    When you click on the link for REX Real Estate, next to "Also listed on,"    it

27  takes you to the same property, as listed by REX Real Estate:

28









https://www.zillow.com/homedetails/32724-4th-Pl-S-12D-Federal-Way-WA-98003/2075273736_zpid/ (screenshots taken on April 26, 2021).

       11.     When you click on "View virtual tour" in the "Facts and features" section of the property as listed by REX, you are taken directly to this listing on REX's website:

1
2
3
4
5
6
7
8
9
10



11
12
13

https://www.rexhomes.com/listing/32724-4th-pl-

s?utm_source=zillow&utm_medium=organic&utm_campaign=listing&utm_content=default

(screenshot taken on April 26, 2021).

14
15
16
17

     12.     This same property is listed on Redfin.com, see

https://www.redfin.com/WA/Federal-Way/32724-4th-Pl-S-98003/unit-12D/home/17826, as

well as REALTOR.com, see https://www.realtor.com/realestateandhomes-

detail/M2814197308.

18
19

     13.     Below are screenshots from Zillow.com of another example of a property that

REX has co-listed with an MLS agent:

20
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24





25   https://www.zillow.com/homedetails/2952-W-Avenue-34-Los-Angeles-CA-

26   90065/20758424_zpid/ (screenshots taken on April 17, 2021).

27          14.     When you click on the link for REX Real Estate, next to "Also listed on," it

28   takes you to the same property, as listed by REX Real Estate:






1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20





21   https://www.zillow.com/homedetails/2952-W-Avenue-34-Los-Angeles-CA-

22   90065/20758424_zpid/?altId=4fe476fb91a35f766772de6ac2c1c2ba (screenshots taken on

23   April 17, 2021).

24          15.    When you click on "View virtual tour" in the "Facts and features" section of the

25   property as listed by REX, you are taken directly to this listing on REX's website:

26

27

28

- 19 -

1

2

3

4

5

6

7

8

9

10



11 [https://www.rexhomes.com/listing/2952-w-avenue-34-los-](https://www.rexhomes.com/listing/2952-w-avenue-34-los-)

12 [angeles?utm_source=zillow&utm_medium=organic&utm_campaign=listing&utm_content=de](https://www.rexhomes.com/listing/2952-w-avenue-34-los-angeles?utm_source=zillow&utm_medium=organic&utm_campaign=listing&utm_content=default)

13 [fault](https://www.rexhomes.com/listing/2952-w-avenue-34-los-angeles?utm_source=zillow&utm_medium=organic&utm_campaign=listing&utm_content=default) (screenshot taken on April 17, 2021).

14         16.    This same property is listed on Redfin.com, see

15 [https://www.redfin.com/CA/Los-Angeles/2952-W-Ave-34-90065/home/7073242](https://www.redfin.com/CA/Los-Angeles/2952-W-Ave-34-90065/home/7073242), as well as

16 REALTOR.com, see [https://www.realtor.com/realestateandhomes-detail/M1142781698](https://www.realtor.com/realestateandhomes-detail/M1142781698).

17         17.    Below are screenshots from Zillow.com of another example of a property that

18 REX has co-listed with an MLS agent:

19

20

21

22

23

24

25

26

27

28



1

2

3

4



5

6

7

8

9

10

11

12

13

14  https://www.zillow.com/homedetails/53-Sargent-Ave-Somerville-MA-

15  02145/2109152597_zpid/ (screenshots taken on April 17, 2021).

16      18.     When you click on the link for REX Real Estate, next to "Also listed on," it

17  takes you to the same property, as listed by REX Real Estate:

18

19

20

21

22

23

24

25

26

27

28




**⌂ Zillow**   ♡ Save   ↗ Share   ••• More

## $1,850,000   5 bd | 4 ba | 3,223 sqft

53 Sargent Ave, Somerville, MA 02145

Est. payment: $8,747/mo   Ⓢ Get pre-qualified

| Contact Agent | Take a Tour |

Overview   Facts and features   Home value   Price and tax ›

### Overview

Time on Zillow **20 days**   |   Views **370**   |   Saves **8**

Calling all investors! Prime 3-unit rental opportunity in desirable Winter Hill, close to shopping, dining, and transportation for an easy commute in and around Boston. All units are rented with tenants in place and are split up as follows: 1st floor - 2 bd / 1 ba; 2nd floor - 2 bd / 1 ba; 3rd floor - 1 bd / 1 ba. Each unit is spacious and well maintained with hardwood floors, light-filled living areas, chandelier lit dining rooms, eat-in kitchens, and bathrooms with shower/tub combos. The large common area porch and

**Read more**

**Open House** ❓ Public Health Advisory

**Sun, Apr 18**
1:00 PM - 3:00 PM

**Listed by:**

REX Homes
Rex Real Estate Exchange

**Source:** REX Real Estate
Also listed on MLS PIN



Overview   Facts and features   Home value   Price and tax ›

## Facts and features

| | | | |
|---|---|---|---|
| 🏠 **Type:** | MultiFamily | ❄ **Cooling:** | None |
| 🔨 **Year built:** | 1905 | Ⓟ **Parking:** | Garage - Detached, Off-street |
| 🌡 **Heating:** | Baseboard, Gas | 🏷 **Price/sqft:** | $574 |

### Interior details

**Bedrooms and bathrooms**
Bedrooms: 5
Bathrooms: 4
Full bathrooms: 4

**Basement**
Basement: Finished

**Flooring**
Flooring: Tile, Hardwood

**Heating**
Heating features: Baseboard, Gas

**Cooling**
Cooling features: None

**Appliances**
Appliances Included: Dishwasher, Range / Oven, Refrigerator

**Other interior features**
Total interior livable area: 3,223 sqft
Virtual tour: View virtual tour

1
2
3
4
5
6
7
8
9
10
11
12
13



14
15
16
17
18
19
20
21
22
23



24
25
26
27
28

https://www.zillow.com/homedetails/53-Sargent-Ave-Somerville-MA-02145/2109152597_zpid/?altId=d2824dc5318a7ff72817570ac706e0e8 (screenshots taken on April 17, 2021).

19.    When you click on "View virtual tour" in the "Facts and features" section of the

1
2
property as listed by REX, you are taken directly to this listing on REX's website:

3
4
5
6
7
8
9
10



11
12
https://www.rexhomes.com/listing/53-sargent-

13
avenue?utm_source=zillow&utm_medium=organic&utm_campaign=listing&utm_content=def

14
ault (screenshot taken on April 17, 2021).

15
     20.    This property is also listed on Redfin.com, see

16
https://www.redfin.com/MA/Somerville/53-Sargent-Ave-02145/home/8727577, as well as on

17
REALTOR.com, see https://www.realtor.com/realestateandhomes-detail/M3594610218.

18
19
20
21
22
23
24
25
26
27
28

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED this 29 day of April 2021, at Needham, MA

Laura B. Najemy