UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

REX – REAL ESTATE EXCHANGE INC.,

          Plaintiff,

v.

ZILLOW INC., et al.,

          Defendants.

C21-312 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff REX – Real Estate Exchange Inc.'s unopposed motion to supplement the record, docket no. 38, is GRANTED. The Court will consider the four declarations, attached as Exhibits 1–4 to the motion, docket no. 38, in connection with Plaintiff's pending motion for a preliminary injunction, docket no. 5.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 11th day of May, 2021.

                                  William M. McCool
                                  Clerk

                                  s/Gail Glass
                                  Deputy Clerk

MINUTE ORDER - 1