UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

REX - REAL ESTATE EXCHANGE INC,

    Plaintiff,

v.

ZILLOW INC., et al.,

    Defendants.

C21-312 TSZ

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1)    The Court finds this case is appropriate for mediation under Local Civil Rule 39.1.  The parties are directed to conduct mediation upon completion of discovery as hereinafter provided.

    (2)    A settlement conference pursuant to Local Civil Rule 39.1(c)(2) must be completed by July 5, 2022.  Mediation shall be completed no later than August 4, 2022, and a letter of compliance shall be filed with the Court no later than August 11, 2022.

    (3)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

    Dated this 9th day of June, 2021.

    William M. McCool
    Clerk

    s/Gail Glass
    Deputy Clerk

MINUTE ORDER - 1