# EXHIBIT 1



# Full service. Lowest fee.
# Sell your home with REX.

Find out how REX can save you thousands in agent fees.

**(855) 571-0464**

Enter Your Address

**See if you qualify**

Speak with one of our licensed agents
**(855) 571-0464**

# What You Get From REX



## Low, flat rate. No hidden fees or upfront costs

You don't need a PhD to understand that REX charges less than anyone else. Traditional agents charge 5-6%. Discount brokers, like Redfin, say they only charge a 1% "listing fee", but if you read the fine print, you will see it's more like 4% total, since sellers also pay the buyers agent commission. REX charges a low fee by totally eliminating the buy side agent commission. By using data and technology to identify buyers directly, REX can charge less and make the selling experience a breeze.

**HOW MUCH WILL YOU SAVE?** ›



## The real estate industry hasn't changed for decades. It's time to push forward.

Our tech geniuses have come up with algorithms and computations that use data and AI to find qualified buyers. We then actively market your home to those buyers across a

broad range of targeted channels like Zillow, Trulia, Google, Facebook, Instagram, Bing, as well as in print. Simply put, we don't wait for your perfect buyer to find us. We find them.



## We work for you, not commission.

With REX you get a dedicated licensed REX agent who will help price your home, provide a complimentary professional photoshoot, host showings and open houses, and everything else you need up through the sale of your house. Traditional agents are judged by how much they make. Our agents are judged by the service they provide. Because our agents are not paid on commission, their focus is on you, not chasing the next client.

**READY TO SELL?** ›

## How much can REX save you?

select region ▾



*REX all-inclusive fee starts at 2.5% of the final sales price. Minimum fee may apply.

## See If You Qualify

Simply type in your address below to see if you qualify for REX's industry-low fee. We are servicing homes across Arizona, California, Colorado, District of Columbia, Florida, Georgia, Illinois, Maryland, Nevada, New York, New Jersey, Oregon, Pennsylvania, Texas, Virginia, and Washington.

Enter Your Address

**See if you qualify**

## Seller Success Stories

## Cyndy And Neal B.

SOLD WITH REX

A colleague recommended REX. When they first came to my home they explained they don't list homes on the MLS. Instead they reach buyers directly through channels like Zillow and Facebook. In just 2-weeks I received an offer and entered escrow. I was so impressed with everything REX did. I ended up saving nearly $20,000.

● ○

VIEW ALL ›

## Recently Sold Homes



SOLD

**$345,000**
2 BD | 2 BA | 1,538 SF
212 Leafwood Rd
Tarpon Springs, FL

SOLD

**$275,000**
3 BD | 2 BA | 1,403 SF
3523 Erie Ct
Orlando, FL

**SOLD**

**$565,000**
5 BD | 3 BA | 2,975 SF
7256 Sunnyslope Dr
Lancaster, CA

## Featured On

## Basic questions?

VISIT OUR FAQS

## Not so basic questions?

EMAIL US



(855) 571-0464

HELLO@REXHOMES.COM

WE'RE HIRING

## COMPANY

ABOUT REX

CONTACT

PRESS

PARTNERS

SUCCESS STORIES

SOCIAL MISSION

CAREERS

BLOG

BUY REX GEAR

REXTIONARY101

## FOR SELLERS

SELLING WITH REX

SELLER FAQ

## FOR BUYERS

BUYING WITH REX

HOMES FOR SALE

MORTGAGES

HOME INSURANCE

BUYER FAQ

   

DRE# 01976010

TREC Info About Brokerage   |   TREC Consumer Protection Notice

NY Housing and Anti-Discrimination Disclosure

REX - Real Estate Exchange, Inc. is a licensed real estate broker in AZ, CA, CO, DC, FL, GA, IL, MD, NV, NY, NJ, OR, PA, TX, VA, WA and abides by Equal Housing Opportunity laws.

© 2022 REX   |   Terms & Privacy   |   Contact   |   REX Home Loans, LLC NMLS ID 1698411

NMLS Consumer Access Page REX Home Loans, LLC

|   Disclosures and Licenses

AZ: CO685002000 | CA: 01976010 | NV: B.0145811.CORP | TX: 9006916

*REX all-inclusive fee starts at 2.5% of the final sales price. Minimum fee may apply. See terms and privacy.