# EXHIBIT 5

# REX

**(855) 571-0464**

# Sell & buy your home with REX

Pay lower fees, get better service.



**Sell** | Buy

[Enter your home address]   **GO**

## Not just another real estate company



### 1. Bundled Savings

With our bundled services, including REX Home Loans, REX Home Insurance, and RE **rate and save**.

LET'S BUY

LET'S SELL

## How it all works

**Selling**　　　　Buying

1

### Welcome to REX

Meet with our pricing expert to identify your needs and develop your roadmap to selling with REX.

START SELLING WITH REX

LEARN MORE

## Integrated Services

Mortgages are complicated - we keep it simple.



**Loans**  |  Insurance

Let REX compare your rates with our Mortgage Calculator, get you pre-approved online, and secure the home loan that's right for you.

GET A HOME LOAN

  

You spoke,

# We listened



**No Barriers**    Smart Tech

At REX, you've been trusting us to help buy or sell your home for years. We recognize that opportunity is everywhere, which is why we've decided to begin listing on the MLS — all while still bypassing traditional agent fees, saving you money.

**LET'S BUY**    **LET'S SELL**

## Our users saved up to $23k in agent fees



Blair W.    AJ R.

I had a phenomenal experience with #REX recently. Listed our home with them and it was under contract in 2 days. #SimplyAmazing. REX is completely turning an antiquated industry on its head. Finally…

My husband and I had a wonderful experience with @REX from the start. We listed and sold our home during a very hard time yet it went so smooth. All the agents were so knowledgeable and fun to meet and…

See reviews from our customers
and **find your local REX agent!**





## Expert, fully-licensed agents

Our REX agents will guide you through the entire process from list or offer to closing on your home.


Call


Email

## Basic questions?

VISIT OUR FAQS

## Not so basic questions?

EMAIL US



(855) 571-0464

HELLO@REXHOMES.COM

WE'RE HIRING

| COMPANY |
|---|
| ABOUT REX |
| CONTACT |
| PRESS |
| PARTNERS |
| SUCCESS STORIES |
| SOCIAL MISSION |
| CAREERS |
| BLOG |
| BUY REX GEAR |
| REXTIONARY101 |
| FOR SELLERS |
| SELLING WITH REX |
| SELLER FAQ |

FOR BUYERS

BUYING WITH REX

HOMES FOR SALE

MORTGAGES

HOME INSURANCE

BUYER FAQ

DRE# 01976010

TREC Info About Brokerage | TREC Consumer Protection Notice

NY Housing and Anti-Discrimination Disclosure

REX - Real Estate Exchange, Inc. is a licensed real estate broker in AZ, CA, CO, DC, FL, GA, IL, MD, NV, NY, NJ, OR, PA, TX, VA, WA and abides by Equal Housing Opportunity laws.

© 2022 REX | Terms & Privacy | Contact | REX Home Loans, LLC NMLS ID 1698411

NMLS Consumer Access Page REX Home Loans, LLC

| Disclosures and Licenses

AZ: CO685002000 | CA: 01976010 | NV: B.0145811.CORP | TX: 9006916

*REX all-inclusive fee starts at 2.5% of the final sales price. Minimum fee may apply. See terms and privacy.