# EXHIBIT 13

 REX Newsroom                                                      Subscribe      Sign in 

## OPINIONS

# Warning To The Real Estate Cartel

REX General Counsel Michael Toth writes in the Wall Street Journal about the implications of the DOJ's investigation of NAR and its anti-consumer rules

Jul 9, 2021

The Justice Department backed out last week of a proposed settlement with the National Association of Realtors to take a fresh look at the notoriously high commissions consumers pay real-estate agents. The move sent shock waves through the housing industry. The government occasionally brings an antitrust case and later decides to dismiss it. But never have federal antitrust authorities agreed to a proposed settlement only to back out after receiving public comment.

The real-estate lobby called the move "an unprecedented breach." But there's a much larger concern for legacy brokers than the novelty of the about-face. The signal from Washington is that antitrust enforcers are prepared to dismantle the collusive practices that burden U.S. homeowners with brokerage costs two to three times as high as in the rest of the developed world.

Check out REX's newsroom for the latest press releases, podcasts, market analysis, digital real estate data, and information about the company and leadership team.

- Have a question? Contact the REX press team
- Download the REX App on iOS and Android
- Buy or Sell with REX
- Follow REX on Twitter @REX_Change

## Get The Latest News

REX uses Substack to regularly post company news, thought leadership, data analysis, and podcast episodes. Share your email address to receive the latest news directly in your email inbox.

[Type your email...]  **Subscribe**

Share

## Ready for more?

[Type your email...]  **Subscribe**

© 2022 REX. See privacy, terms and information collection notice

**Publish on Substack**

REX Newsroom is on Substack – the place for independent writing