The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

REX – REAL ESTATE EXCHANGE, INC., a Delaware corporation,

Plaintiff,

v.

ZILLOW INC., a Washington corporation; ZILLOW GROUP, INC., a Washington corporation; ZILLOW HOMES, INC., a Delaware corporation; ZILLOW LISTING SERVICES, INC., a Washington corporation; TRULIA, LLC, a Delaware limited liability company; and THE NATIONAL ASSOCIATION OF REALTORS, an Illinois trade association,

Defendants.

CASE NO. 2:21-cv-00312-TSZ

NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that Kyle A. Forsyth, Assistant United States Attorney for the Western District of Washington, hereby withdraws his appearance on behalf of the United States of America, as an interested party, in the above-entitled cause of action. Undersigned counsel appeared for the limited purpose of filing the United States' Statement of Interest under 28 U.S.C. § 517. The Statement of Interest was filed on August 10, 2021, [dkt. no. 95], and the

NOTICE OF WITHDRAWAL
2:21-cv-00312-TSZ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

United States does not intend to participate further in this case.  The United States is not a party, so it does not require ongoing attorney representation.

DATED this 8th day of March 2022.

Respectfully Submitted,

JONATHAN KANTER
Assistant Attorney General

DANIEL E. HAAR
NICKOLAI G. LEVIN
STEVEN J. MINTZ
Attorneys
U.S. Department of Justice
Antitrust Division
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001
Phone: (202) 353-0256
Email:  Steven.Mintz@usdoj.gov

NICHOLAS W. BROWN
United States Attorney

*s/ Kyle A. Forsyth*
KYLE A. FORSYTH, WSBA #34609
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Phone: (206) 553-7970
Fax: (206) 553-4067
Email:  Kyle.Forsyth@usdoj.gov

*Attorneys for the United States of America*

NOTICE OF WITHDRAWAL
2:21-cv-00312-TSZ - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970