1

2

3

4

5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

6

7

8

9

10

11

| REX - REAL ESTATE EXCHANGE INC., | |
|---|---|
| Plaintiff, | C21-312 TSZ |
| v. | MINUTE ORDER |
| ZILLOW INC., et al., | |
| Defendants. | |

12

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

13

14

(1)     Having issued an amended case schedule, docket no. 121, the Court amends the schedule for the parties' mediation under Local Civil Rule 39.1.

15

16

(2)     A settlement conference pursuant to Local Civil Rule 39.1(c)(2) must be completed by January 30, 2023.  Mediation shall be completed no later than March 1, 2023, and a letter of compliance shall be filed with the Court no later than March 8, 2023.

17

(3)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

18

Dated this 18th day of March, 2022.

19

20

Ravi Subramanian
Clerk

21

s/Gail Glass
Deputy Clerk

22

23

MINUTE ORDER - 1