The Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| REX – REAL ESTATE EXCHANGE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ZILLOW, INC., et al. <br><br> Defendants. <br><br> NATIONAL ASSOCIATION OF REALTORS®, <br><br> Counterclaim-Plaintiff, <br><br> v. <br><br> REX – REAL ESTATE EXCHANGE, INC., <br><br> Counterclaim-Defendant. | Case No. 2:21-cv-00312-TSZ <br><br> **NOTICE OF CHANGE OF FIRM AND ADDRESS** |

**PLEASE TAKE NOTICE** that the firm affiliation and address for Ethan Glass, an attorney admitted *pro hac vice* to represent Defendant National Association of REALTORS® in this case, has changed. Any telephone calls, emails, pleadings, correspondence and any other documents or information relating to this case that are directed to Ethan Glass should now be sent to:

NOTICE OF CHANGE OF FIRM AND ADDRESS
2:21-cv-00312-TSZ                    1

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, WA 98101
(206) 905-7000

1  Ethan Glass
   Cooley LLP
2  1299 Pennsylvania Avenue, NW
   Suite 700
3  Washington, DC  20004-2400
   Phone (202) 776-2244
4  Fax (202) 842-7899
   eglass@cooley.com
5

6

7      **PLEASE TAKE FURTHER NOTICE** that Thomas C. Rubin of Quinn Emanuel Urquhart

8  & Sullivan, LLP will remain local counsel for Ethan Glass in this case.

9

10 DATED: April 7, 2022                    Respectfully submitted,

11

12
                                           /s/ Thomas C. Rubin
13                                         Thomas C. Rubin, WSBA #33829
                                           QUINN EMANUEL URQUHART &
14                                         SULLIVAN, LLP
                                           1109 First Avenue, Suite 210
15                                         Seattle, WA 98101
                                           Phone (206) 905-7000
16                                         Fax (206) 905-7100
                                           tomrubin@quinnemanuel.com
17
                                           /s/ Ethan Glass
18                                         Ethan Glass (*pro hac vice*)
                                           Cooley LLP
19                                         1299 Pennsylvania Avenue NW, Suite 700
                                           Washington, DC  20004-2400
20
                                           Phone (202) 776-2244
21                                         Fax (202) 842-7899
                                           eglass@cooley.com
22
                                           *Attorneys for Defendant National Association of*
23                                         *REALTORS®*

24

25

26

27

NOTICE OF CHANGE OF
FIRM AND ADDRESS
2:21-cv-00312-TSZ                2

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, WA 98101
(206) 905-7000

**CERTIFICATE OF SERVICE**

I certify that, on April 7, 2022, I caused a true and correct copy of the foregoing to be filed in this Court's CM/ECF system, which sent notification of such filing to counsel of record.

/s/ Ethan Glass
Ethan Glass (*pro hac vice*)

NOTICE OF CHANGE OF FIRM AND ADDRESS
2:21-cv-00312-TSZ

3

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, WA 98101
(206) 905-7000