Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| REX - REAL ESTATE EXCHANGE, INC., a Delaware corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ZILLOW, INC., a Washington corporation; ZILLOW GROUP, INC., a Washington corporation; ZILLOW HOMES, INC., a Delaware corporation; ZILLOW LISTING SERVICES, INC., a Washington corporation; TRULIA, LLC, a Delaware limited liability company; and THE NATIONAL ASSOCIATION OF REALTORS, an Illinois trade association,<br><br>　　　　　　Defendants.<br><br>NATIONAL ASSOCIATION OF REALTORS®,<br><br>　　　　　　Counterclaim Plaintiff,<br><br>　　v.<br><br>REX - REAL ESTATE EXCHANGE, INC.,<br><br>　　　　　　Counterclaim Defendant. | NO. 2:21-cv-00312-TSZ<br><br>NOTICE OF APPEARANCE<br><br>**(Clerk's Action Required)** |

TO:　　　　CLERK OF THE COURT

AND TO:　　All Parties and Their Respective Counsel of Record

NOTICE OF APPEARANCE – 1
[2:21-cv-00312-TSZ]

REX002-0001 6905795

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

YOU, AND EACH OF YOU, WILL PLEASE TAKE NOTICE that Plaintiff and Counterclaim Defendant, REX – REAL ESTATE EXCHANGE, INC., without waiving any defenses whatsoever, including but not limited to the defenses referred to in CR 12, hereby enters an appearance in the above-captioned matter and requests that all further papers and pleadings, except original process, be served upon the undersigned attorney(s) at 701 Fifth Avenue, Suite 3600, Seattle, Washington 98104-7010.

DATED this 28th day of April, 2022.

CARNEY BADLEY SPELLMAN, P.S.

By _____
Mark Rosencrantz, WSBA #26552
Attorneys for Plaintiff and Counterclaim
Defendant REX – Real Estate Exchange

CARNEY BADLEY SPELLMAN, P.S.

By _____
Teva F. Sempel, WSBA #54896
Attorneys for Plaintiff and Counterclaim
Defendant REX – Real Estate Exchange

BOIES SCHILLER FLEXNER LLP

By      */s/ Ursula Ungaro*
Ursula Ungaro, *pro hac vice pending*
Florida Bar #200883
Attorneys for Plaintiff and Counterclaim
Defendant REX – Real Estate Exchange

BOIES SCHILLER FLEXNER LLP

By      */s/ Carl Goldfarb*
Carl E. Goldfarb, *pro hac vice pending*
Florida Bar #125891
Attorneys for Plaintiff and Counterclaim
Defendant REX – Real Estate Exchange

NOTICE OF APPEARANCE – 2
[2:21-cv-00312-TSZ]

REX002-0001 6905795

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

BOIES SCHILLER FLEXNER LLP

By ____*/s/ Stephen N. Zack*____
    Stephen N. Zack, *pro hac vice pending*
    Florida Bar #145215
    Attorneys for Plaintiff and Counterclaim
    Defendant REX – Real Estate Exchange

BOIES SCHILLER FLEXNER LLP

By ____*/s/ Augusto Cividini*____
    Augusto Cividini, *pro hac vice pending*
    Florida Bar #1032163
    Attorneys for Plaintiff and Counterclaim
    Defendant REX – Real Estate Exchange

NOTICE OF APPEARANCE – 3
[2:21-cv-00312-TSZ]

REX002-0001 6905795

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

# CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of April, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorneys for Plaintiff/Counter-Defendant**
Michael K. Vaska
Benjamin J. Hodges
Rylan L.S. Weythman
Bianca G. Chamusco
FOSTER GARVEY PC
1111 3rd Avenue, Suite 3000
Seattle, WA 98101
(206) 447-4400
mike.vaska@foster.com
ben.hodges@foster.com
rylan.weythman@foster.com
bianca.chamusco@foster.com

Cristina Moreno
Darren McCarty
McCARTY LAW PLLC
1410B W 51st Street
Austin, TX 78756
(512) 827-2902
cristina@mccartylawpllc.com
darren@mccartylawpllc.com

**Attorneys for Defendants Zillow Inc; Zillow Group; Zillow Homes; Zillow Listing Services; Zillow Group Marketplace; and Trulia**
John A. Jurata, Jr.
ORRICK HERRINGTON & SUTCLIFFE
Columbia Center
1152 15th Street NW
Washington, DC 20005
(202) 339-8504
jjurata@orrick.com

Laura Brooks Najemy
ORRICK HERRINGTON & SUTCLIFFE
222 Berkeley Street, Suite 2000
Boston, MA 02116
(617) 880-1800
lnajemy@orrick.com

Naomi J. Scotten
ORRICK HERRINGTON & SUTCLIFFE
51 W. 52nd Street
New York, NY 10019
(212) 506-5116
nscotten@orrick.com

NOTICE OF APPEARANCE – 4
[2:21-cv-00312-TSZ]

REX002-0001 6905795

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

Russell P. Cohen
ORRICK HERRINGTON & SUTCLIFFE
405 Howard Street, 7th Floor
San Francisco, CA 94105
(415) 773-4210
rcohen@orrick.com

Aravind Swaminathan
Nicole M. Tadano
ORRICK HERRINGTON & SUTCLIFFE
701 5th Avenue, Suite 5600
Seattle, WA 98104
(206) 839-4800
aswaminathan@orrick.com
ntadano@orrick.com

**Attorneys for Defendant and Counter-Plaintiff Nat'l Association of Realtors**
Ethan Glass
COOLEY LLP
1299 Pennsylvania Avenue NW, Suite 700
Washington, DC 20004
(202) 776-2244
eglass@cooley.com

Kathleen A. Lanigan
Peter Benson
QUINN EMANUEL URGUHART & SULLIVAN LLP
1300 I Street NW, Suite 900
Washington, DC 20005
(202) 538-8265
katlanigan@quinnemanuel.com
peterbenson@quinnemanuel.com

Michael D. Bonanno
QUINN EMANUEL URQUHART & SULLIVAN LLP
777 Sixth Street NW
Washington, DC 20001
(202) 538-8000
mikebonanno@quinnemanuel.com

Thomas C. Rubin
QUINN EMANUEL URQUHART & SULLIVAN LLP
1109 1st Avenue, Suite 210
Seattle, WA 98101
(206) 905-7000
tomrubin@quinnemanuel.com

DATED this 28th day of April, 2022.

                                                  /s/ Lana Ramsey
                                            Lana Ramsey, Legal Assistant

NOTICE OF APPEARANCE – 5
[2:21-cv-00312-TSZ]

REX002-0001 6905795

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020