UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

REX – REAL ESTATE EXCHANGE, INC.,

        Plaintiff,

v.

ZILLOW, INC., et al.,

        Defendant.

C21-0312 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's motion to compel, Dkt. 144, is GRANTED in part and DENIED in part as follows:

    a. As to Interrogatory No. 8, requesting Plaintiff REX to identify employees who left REX since January 2021 and whether they were permitted to retain REX-issued laptops, Defendants' motion is GRANTED in part and DENIED in part. To the extent it has not already done so, Plaintiff is DIRECTED to provide Defendants with a list of all employees who have (i) left REX *and* (ii) retained a REX-issued laptop. Plaintiffs should categorize that list by last name and last position held at REX. Plaintiff should have ready access to this information, and it is proportional to the needs of the case.

    b. As to Defendants' request that this Court grant it leave to conduct a deposition under Fed. R. Civ. P. 30(a)(2)(A)(i) without it counting toward Defendants' allotted 10 depositions, Defendants' motion is DENIED. Plaintiff's conduct does not warrant an exception to Rule 30.

MINUTE ORDER - 1

As noted in Plaintiff's response, Defendants may issue a 30(b)(6) notice and deposition without this Court's intervention. Should Defendants do so, that deposition will count toward its 10-deposition limit.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 14th day of September, 2022.

                                              Ravi Subramanian
                                              Clerk

                                              s/Gail Glass
                                              Deputy Clerk

MINUTE ORDER - 2