The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REX – REAL ESTATE EXCHANGE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ZILLOW, INC., et al. <br><br> Defendants. | Case No. 2:21-cv-00312-TSZ <br><br> **JOINT MOTION FOR RELIEF FROM DEADLINES** <br><br> NOTE ON MOTION CALENDAR: September 22, 2022 |

Plaintiff REX - Real Estate Exchange, Inc. ("REX"), Defendants Zillow Inc., Zillow Group, Inc., Zillow Homes, Inc., Zillow Listing Services, Inc., and Trulia, LLC (collectively, "Zillow"), and Defendant National Association of REALTORS® ("NAR"), by and through their attorneys, respectfully ask this Court to extend the remaining deadlines in this case.

The Parties originally submitted a discovery plan and proposed schedule June 1, 2021. Dkt. # 79.  The Court issued the initial schedule on June 9, 2021. Dkt. # 81.  Defendants each filed motions to dismiss.  Dkt. ## 83, 84, 90, 92, 93.  After the Court's September 2, 2021 Order on the motions (Dkt. # 98), REX filed an Amended Complaint on September 30, 2021 that included new causes of action against each Defendant.  Dkt. # 99.  Zillow answered that Complaint on October 14, 2021.  Dkt. # 100.  NAR filed an additional motion to dismiss, which, after briefing, was granted in part and denied in part on December 20, 2021.  *See* Dkt. ## 101, 102, 103, and 108.

During and after the pendency of the motions to dismiss, the Parties issued discovery requests, and each Party subsequently answered them.  The Parties also worked cooperatively to resolve issues regarding an ESI Order and submitted that to this Court in January 2022.  Dkt. # 112.  In December 2021, REX also issued subpoenas to about 50 third parties, most of which are Multiple Listing Services.  The parties have since issued additional discovery requests to one another, as well as third party subpoenas.

Additionally, on January 27, 2022, NAR filed an Answer to REX's Amended Complaint that for the first time asserted a Lanham Act claim against REX. Dkt. # 114. REX filed a motion to dismiss that counterclaim on February 17, 2022. Dkt. # 115. NAR filed an opposition to REX's motion to dismiss on March 7, 2022. Dkt. # 117. REX filed its reply on March 11, 2022. Dkt. # 119. On April 22, 2022, this Court dismissed the counterclaim. Dkt. # 124.

On March 14, 2022, the Parties submitted competing proposals to revise the schedule, and on March 17, 2022 the Court issued a new schedule. Dkt. # 121. On August 12, 2022, the Parties filed a stipulated motion, asking the Court to extend deadlines for expert testimony but leaving all other deadlines in the case intact. Dkt. # 142. The Court granted the Parties' stipulated motion on August 15, 2022, formalizing that disclosure of expert testimony under Federal Rule of Civil Procedure 26(a)(2) is due by October 19, 2022, and rebuttal expert testimony under Rule 26(a)(2)(D)(ii) is due by December 2, 2022. *See* Paperless Order Granting Stipulated Motion Dkt. # 142 (Aug. 15, 2022).

Since then, the Parties have briefed several discovery motions and have been working on assorted discovery issues, including productions. Document productions remain in their early phases, as search term negotiations are ongoing but not yet complete. The Parties do not expect to complete search term negotiations with sufficient time for them to review, produce, and analyze all relevant documents before the October 19 deadline for initial expert reports. Regarding data, productions are ongoing. The Parties do not expect data productions to be completed such that their respective experts will be able to analyze the important – and voluminous – information before initial reports are due on October 19. Thus, the current schedule does not leave sufficient time for experts to analyze this important and voluminous data before initial reports are due on October 19.

Accordingly, the Parties have met and conferred and jointly propose the following amended schedule for the Court's consideration, to give their experts time to analyze relevant data and documents, and to give the Parties and counsel time to pursue needed

JOINT MOTION FOR RELIEF FROM DEADLINES   2
Case No.2:21-cv-00312-TSZ

BOIES SCHILLER FLEXNER LLP
401 E. Las Olas Blvd, Suite 1200
Fort Lauderdale, FL 33301
(954) 540-6219

discovery. The proposed schedule pushes most deadlines back about six weeks while largely keeping the interval between deadlines the same or similar to the interval in the current schedule. The Parties have extended somewhat the deadlines for rebuttal reports, summary judgment oppositions and replies, and Daubert oppositions and replies, instead of relying in the default sequencing in the federal rules.

|  | Current Schedule | Parties' Joint Proposal |
|---|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) | October 19, 2022 | December 5, 2022 |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2)(D)(ii) | December 2, 2022 | January 18, 2023 |
| Discovery Motions due by | November 17, 2022 | January 6, 2023 |
| Discovery completed by | December 27, 2022 | February 3, 2023 |
| Dispositive Motions due by | January 26, 2023 | March 2, 2023 |
| Daubert Motions due by | February 2, 2023 | March 9, 2023 |
| Oppositions to Dispositive Motions due by | *February 13, 2023\** | March 23, 2023 |
| Oppositions to *Daubert* Motions due by | *February 13, 2023\** | March 30, 2023 |
| Reply ISO Dispositive Motions due by | *February 17, 2023\** | April 21, 2023 |
| Reply ISO *Daubert* Motions due by | *February 17, 2023\** | April 21, 2023 |
| Motions in Limine due by | March 16, 2023 | May 4, 2023 |
| Pretrial Order due by | March 31, 2023 | May 19, 2023 |
| Trial Briefs to be submitted by | March 31, 2023 | May 19, 2023 |
| Proposed Voir Dire/Jury Instructions due by | March 31, 2023 | May 19, 2023 |
| Pretrial Conference | April 7, 2023 @ 10:00AM | May 26, 2023 |
| Jury Trial | April 17, 2023 @ 9:00AM | June 5, 2023 |

\* Dates set by default under federal rules.

The Parties believe that the proposed schedule will provide the Parties' experts with time they need to analyze relevant data and documents, allow the Parties' counsel to conduct additional necessary discovery, and help the Parties prepare this matter for trial.

JOINT MOTION FOR RELIEF FROM DEADLINES    3
Case No.2:21-cv-00312-TSZ

BOIES SCHILLER FLEXNER LLP
401 E. Las Olas Blvd, Suite 1200
Fort Lauderdale, FL 33301
(954) 540-6219

DATED:  September 22, 2022

| | |
|---|---|
| BOIES SCHILLER FLEXNER LLP | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| Ursula Ungaro, Esq.<br>Stephen N. Zack, Esq.<br>BOIES SCHILLER FLEXNER LLP<br>100 SE 2nd Street, Suite 2800<br>Miami, FL 33131<br>BOIES, SCHILLER & FLEXNER LLP<br>Telephone: (305) 539-8400<br>Facsimile: (305) 539-1307<br>Email: uungaro@bsfllp.com<br>         szack@bsfllp.com | Aravind Swaminathan (WSBA No. #33883)<br>Nicole Tadano (WSBA No. 40531)<br>701 Fifth Avenue, Suite 5600<br>Seattle, WA 98104<br>Telephone: 206-839-4300<br>Facsimile: 206-839-4301<br>Email: aswaminathan@orrick.com<br>         ntadano@orrick.com |
| By:/s/   Carl E. Goldfarb<br>Carl E. Goldfarb *(Admitted Pro Hac Vice)*<br>401 East Las Olas Blvd., Suite 1200<br>Fort Lauderdale, FL 33301<br>Telephone: (954) 356-0011<br>Facsimile: (954) 356-0022<br>Email: cgoldfarb@bsfllp.com | By:*/s/    John "Jay" Jurata, Jr.*<br>John "Jay" Jurata, Jr.<br>*(Admitted Pro Hac Vice)*<br>1152 15th Street, N.W.<br>Washington, DC 20005<br>Telephone: 202-339-8400<br>Email: jjurata@orrick.com |
| David Boies, Esq.<br>BOIES SCHILLER FLEXNER LLP<br>333 Main Street<br>Armonk, NY 10504<br>Telephone: (914) 749-8200<br>Facsimile: (914) 749-8300<br>Email: dboies@bsfllp.com | Russell P. Cohen<br>*(Admitted Pro Hac Vice)*<br>405 Howard Street<br>San Francisco, CA 94105<br>Telephone: 415-773-5700<br>Email: rcohen@orrick.com |
| ***Attorneys for Plaintiff REX – Real Estate Exchange, Inc.*** | Naomi J. Scotten<br>*(Admitted Pro Hac Vice)*<br>51 West 52nd Street<br>New York, NY 20005<br>Telephone: 212-506-5000<br>Email: nscotten@orrick.com |
| McCARTY LAW PLLC<br>Darren L. McCarty *(Admitted Pro Hac Vice)*<br>Cristina M. Moreno *(Admitted Pro Hac Vice)* 1410B West 51st Street<br>Austin, TX 78756<br>Telephone: 512-827-2902<br>Email: darren@mccartylawpllc.com | Laura B. Najemy<br>*(Admitted Pro Hac Vice)*<br>lnajemy@orrick.com<br>222 Berkeley Street, Suite 2000<br>Boston, MA 02116<br>Telephone: 617-880-1800 |
| ***Attorneys for Plaintiff REX-Real Estate Exchange, Inc.*** | ***Attorneys for Defendants Zillow, Inc., Zillow Group, Inc., Zillow Homes, Inc., Zillow Listing Services, and Trulia, LLC***<br><br>**Pursuant to this Court's Electronic Filing Procedure III L, the electronic signatory has obtained approval from all other signatories. |

COOLEY LLP

Christopher B. Durbin (WSBA No. 41159)
1700 Seventh Avenue
Suite 1900
Seattle, WA 98101-1355
Phone: (206) 452-8700
Fax: (206) 452-8800
Email: cdurbin@cooley.com

By: /s/     Ethan Glass
Ethan Glass (*pro hac vice*)
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC  20004-2400
Phone: (202) 776-2244
Fax: (202) 842-7899
eglass@cooley.com

Thomas C. Rubin, WSBA #33829
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, WA 98101
Phone: (206) 905-7000
Fax: (206) 905-7100
tomrubin@quinnemanuel.com

Michael D. Bonanno (*pro hac vice*)
Kathleen Lanigan (*pro hac vice*)
Peter Benson (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1300 I Street, Suite 900
Washington, D.C. 20005
Phone: (202)538-8000
Fax: (202) 538-8100
ethanglass@quinnemanuel.com
mikebonanno@quinnemanuel.com
katlanigan@quinnemanuel.com
peterbenson@quinnemanuel.com

**Attorneys for The National Association of Realtors®**

---

JOINT MOTION FOR RELIEF FROM DEADLINES
Case No.2:21-cv-00312-TSZ

5

BOIES SCHILLER FLEXNER LLP
401 E. Las Olas Blvd, Suite 1200
Fort Lauderdale, FL 33301
(954) 540-6219