1

2          THE HONORABLE THOMAS S. ZILLY

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   WESTERN DISTRICT OF WASHINGTON

10                             AT SEATTLE

11   REX - REAL ESTATE EXCHANGE, INC.,

12          Plaintiff,                      Case No. 2:21-CV-00312-TSZ

13      v.                          **JOINT REPORT ON MEET AND CONFER**

14   ZILLOW, INC., et al.,

15          Defendants.

16

17          Plaintiff REX - Real Estate Exchange, Inc. ("REX"), Defendants Zillow Inc., Zillow

18   Group, Inc., Zillow Homes, Inc., Zillow Listing Services, Inc., and Trulia, LLC (collectively,

19   "Zillow"), and Defendant National Association of REALTORS® ("NAR"), by and through

20   their attorneys, respectfully submit this joint report on a meet and confer held on January 24,

21   2023.

22          Pursuant to the Court's January 11, 2023 Order, Dkt. No. 247, the parties met and

23   conferred on a post-close of discovery schedule, including a trial date, and resolution of the

24   pending motions.  Attached hereto as Ex. A is a joint chart containing the parties' respective

25   scheduling proposals.  Exhibits B and C are the parties' respective summaries of their meet

26   and confer.

27

28
     JOINT REPORT ON MEET AND
     CONFER:
      2:21-CV-00312-TSZ

1    DATED:  January 30, 2023.

2

3    BOIES SCHILLER FLEXNER LLP

4    By:/s/ Ursula Ungaro
     Ursula Ungaro, Esq.
5    Stephen N. Zack, Esq.
     BOIES SCHILLER FLEXNER LLP
6    100 SE 2ⁿᵈ Street, Suite 2800
     Miami, FL  33131
7    BOIES, SCHILLER & FLEXNER LLP
     Telephone:  (305) 539-8400
8    Facsimile:  (305) 539-1307
     Email:  uungaro@bsfllp.com
9            szack@bsfllp.com

10

11

12   Carl E. Goldfarb (Admitted Pro Hac Vice)
     401 East Las Olas Blvd., Suite 1200
13   Fort Lauderdale, FL 33301
     Telephone: (954) 356-0011
14   Facsimile:  (954) 356-0022
     Email:  cgoldfarb@bsfllp.com
15

16   David Boies, Esq.
     BOIES SCHILLER FLEXNER LLP
17   333 Main Street
     Armonk, NY 10504
18   Telephone: (914) 749-8200
     Facsimile: (914) 749-8300
19   Email: dboies@bsfllp.com

20

21   *Attorneys for Plaintiff REX – Real Estate
     Exchange, Inc.*

22   McCARTY LAW PLLC
23   Darren L. McCarty (Admitted Pro Hac Vice)
     Cristina M. Moreno (Admitted Pro Hac Vice)
24   1410B West 51st Street
     Austin, TX  78756
25   Telephone: 512-827-2902
     Email:  darren@mccartylawpllc.com
26

27

28   *Attorneys for Plaintiff REX-Real Estate
     Exchange, Inc.*

By:  **/s/ Aravind Swaminathan
     /s/ Nicole Tadano
     /s/ John "Jay" Jurata, Jr.
     /s/ Russell P. Cohen
     /s/ Naomi J. Scotten
     /s/ Laura Najemy

ORRICK, HERRINGTON & SUTCLIFFE
LLP
Aravind Swaminathan (WSBA No. 33883)
aswaminathan@orrick.com
Nicole Tadano (WSBA No. 40531)
ntadano@orrick.com
401 Union Street, Suite 3300
Seattle, WA  98104
Telephone:  206-839-4300
Facsimile:  206-839-4301

John "Jay" Jurata, Jr. (Admitted *Pro Hac
Vice*)
jjurata@orrick.com
1152 15ᵗʰ Street, N.W.
Washington, DC  20005
Telephone:  202-339-8400

Russell P. Cohen (Admitted *Pro Hac Vice*)
rcohen@orrick.com
405 Howard Street
San Francisco, CA 94105
Telephone:  415-773-5700

Naomi J. Scotten (Admitted *Pro Hac Vice*)
nscotten@orrick.com
51 West 52nd Street
New York, NY 20005
Telephone:  212-506-5000

Laura Najemy (Admitted *Pro Hac Vice*)
lnajemy@orrick.com
222 Berkeley Street
Suite 2000
Boston, MA 02116
Telephone: 617-880-1800

***Attorneys for Defendants Zillow, Inc., Zillow
Group, Inc., Zillow Homes, Inc., Zillow
Listing Services, Inc., and Trulia, LLC***

JOINT REPORT ON MEET AND
CONFER:                              - 2 -
2:21-CV-00312-TSZ

1

2      Christopher B. Durbin (WSBA No. 41159)
       COOLEY LLP
3      1700 Seventh Avenue
       Suite 1900
4      Seattle, WA 98101-1355
       Phone: (206) 452-8700
5      Fax: (206) 452-8800
       Email: cdurbin@cooley.com
6
       Ethan Glass (*pro hac vice*)
7      Samantha A. Strauss (*pro hac vice*)
       COOLEY LLP
8      1299 Pennsylvania Avenue, NW
       Suite 700
9      Washington, DC  20004-2400
       Phone: (202) 776-2244
10     Fax: (202) 842-7899
       eglass@cooley.com
11     sastrauss@cooley.com

12     Sarah M. Topol (*pro hac vice*)
       Cooley LLP
13     55 Hudson Yards
       New York, NY 10001
14     Tel: (212) 479-6000
       stopol@cooley.com
15
       Michael D. Bonanno (*pro hac vice*)
16     Kathleen Lanigan (*pro hac vice*)
       Peter Benson (*pro hac vice*)
17     Michael Sebring (*pro hac vice*)
       QUINN EMANUEL URQUHART &
18     SULLIVAN, LLP
       1300 I Street, Suite 900
19     Washington, D.C. 20005
       Phone: (202)538-8000
20     Fax: (202) 538-8100
       mikebonanno@quinnemanuel.com
21     katlanigan@quinnemanuel.com
       peterbenson@quinnemanuel.com
22     michaelsebring@quinnemanuel.com
23
       ***Attorneys for Defendant National***
24     ***Association of REALTORS®***

25     **Pursuant to this Court's Electronic Filing
       Procedure III L, the electronic signatory has
26     obtained approval from all other signatories.

27

28

JOINT REPORT ON MEET AND
CONFER:                                  - 3 -
 2:21-CV-00312-TSZ

# Exhibit A

| Event | DEADLINES Set by the Court on January 11, 2023 through Close of Fact Discovery | REX's Proposal | Defendants' Proposal |
|---|---|---|---|
| Status Conference (in person) *(Oral arguments on any pending motions including but not limited to the Motions to Compel)* | January 31, 2023 (1 p.m.); changed from January 26, 2023 at the direction of the Court | January 31, 2023 (1 p.m.) | January 31, 2023 |
| Disclosure of Rebuttal Expert Testimony under FRCP 26(a)(2)(D)(ii) | April 26, 2023 | April 26, 2023 | April 26, 2023 |
| Discovery Motions due *(shall be noted on the motion calendar no later than the 3rd Friday thereafter)* | May 4, 2023 | May 4, 2023 | May 4, 2023 |
| Plaintiff's Limited Reply Expert Report | May 10, 2023 | May 24, 2023 [For reply reports limited to responding to any and all arguments in Defendants' rebuttal reports.] | May 24, 2023 |
| Discovery to be completed | May 26, 2023 | June 9, 2023 | June 15, 2023 |
| Dispositive Motions *(shall be noted on the motion calendar by…)* | | June 22, 2023 | July 13, 2023 |
| Motions related to Expert Witnesses | | June 29, 2023 | July 20, 2023 |
| Response to Dispositive Motions | | July 13, 2023 | August 3, 2023 |
| Response to Expert-related Motions | | July 20, 2023 | August 3, 2023 |

| | | | |
|---|---|---|---|
| Replies ISO Dispositive Motions | | July 28, 2023 | August 24, 2023 |
| Replies ISO Expert-related Motions | | July 28, 2023 | August 17, 2023 |
| Settlement conference LCR 39.1(c)(2) | | July 31, 2023 | August 21, 2023 |
| Mediation | | August 30, 2023 | By September 20, 2023 |
| Letter of compliance re: mediation | | September 4, 2023 | September 27, 2023 |
| LCR 16(h) Plaintiff's Pretrial Statement and LCR 32(e) Deposition Designations | | August 8, 2023 | October 17, 2023 |
| LCR 16(i) Defendant's Pretrial Statement and LCR 32(e) Deposition Designations | | August 18, 2023 | October 27, 2023 |
| Motions in *Limine* *(shall be noted on the motion calendar no later than the Friday before the Pretrial Conference, see LCR 7(D)(4))* | | August 24, 2023 | November 10, 2023 |
| LCR 16(j) Review of Exhibits | | August 29, 2023 | Prior to November 6, 2023 |
| LCR 16(k) Conference of Attorneys and LCR 32(e) counter designations of depositions | | August 29, 2023 | November 6, 2023 |
| Pretrial Order due | | September 8, 2023 | November 16, 2023 |

| | | | |
|---|---|---|---|
| Trial Briefs to be submitted | | September 8, 2023 | November 16, 2023 |
| Proposed *Voir Dire*/Jury Instructions | | September 8, 2023 | November 16, 2023 |
| Pretrial Conference | | September 15, 2023 | November 21, 2023 |
| Delivery of trial exhibits to courtroom | | September 15, 2023 | December 1, 2023 |
| **JURY TRIAL DATE** | | September 18, 2023 | December 4, 2023 or January 8, 2024 |

# Exhibit B

**REX'S Summary of the Parties' Meet and Confer**

Following this Court's January 11, 2023 order directing the parties to meet and confer about the schedule, counsel for REX emailed defense counsel the next day to schedule a meet and confer.   On January 16, 2023, counsel for REX sent a letter to defense counsel and a proposed schedule and asked when defense counsel was available to discuss the proposal in the letter.  On January 20, 2023, Counsel for REX sent yet another emailing seeking to meet and confer. Finally, the parties met on January 24, 2023.

In REX's letter and attached proposed schedule, REX proposed a September 18, 2023 trial date, which is about three-and-one-half months after the prior June 5, 2023 trial date, and consistent with the Court's decision to extend discovery from February 3, 2023 until May 26, 2023, or by a little less than four months.  In its letter, REX also made a proposal to resolve all three pending motions, including through substantial concessions by REX.

REX took the positions it did because we heard loud and clear the message the Court delivered in its January 11, 2023 Order.  We understand that as the Plaintiff REX has an obligation to keep this case moving and get it ready for trial.  We accept that Defendants have a due process right to have adequate time to analyze REX's production, respond to REX's expert reports, and take the depositions to which they are entitled. Accordingly, despite the harm caused to REX by nearly a four-month extension of discovery, REX proposed a trial date that maintained almost all the intervals in this Court's September 26, 2022 Order.  REX's proposal did not shorten the time from completion of summary judgment briefing to the deadline for motions *in limine* or the proposed trial date.  REX tightened from four weeks to two weeks the time between the close of discovery and the deadline for dispositive motions to build in time for REX to submit reply reports, responding to issues raised in Defendants' rebuttal reports.

1

Defendants do not object to REX's serving such expert reply reports, but do object to tightening the time between the close of discovery and the deadline for summary judgment motions, as well as REX's proposed September 18, 2023 trial date, proposing instead a trial date in December 2023 or January 2024, which would be six to seven months after the previous trial date of June 5, 2023.   REX will be prepared to discuss the reasons for its proposal and the basis for its objections to Defendants' counter proposal at the status conference on January 31, 2023.

Separately, we understand that this Court is frustrated with having to adjudicate discovery disputes between the parties when those disputes do not go the core issues in the case. Accordingly, we proposed a resolution of all three pending motions to take them off this Court's docket.  Even though REX feels strongly that its position on all three motions is justified under the law and facts, we proposed a package deal including an agreement on the schedule and on expert reply reports pursuant to which: (1) REX would produce its consultant's damage analysis, which is the sole remaining issue in NAR's motion to compel at Dkt. No. 228 because REX stated in its opposition that it is not claiming privilege with respect to communications with the firm retained by a Special Litigation Committee to investigate a so-called whistleblower complaint; (2) REX would produce for one additional hour a Rule 30(b)(6) witness on four specified topics without it counting against Defendants' deposition limit in response to Zillow's motion to compel at Dkt. No. 201; and (3) NAR would run the search that is the subject of REX's motion to compel at Dkt. No. 196 and promptly produce the responsive, non-privileged documents.

Unfortunately, despite REX's best efforts to resolve those motions, all three motions remain pending as does the parties' dispute about the schedule following the close of discovery, including when this case should be set for trial.

# Exhibit C

1

2

3

4

5

6

7

THE HONORABLE THOMAS S. ZILLY

8

9

10

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

11

12

13

14

15

16

REX - REAL ESTATE EXCHANGE, INC.,

Plaintiff,

v.

ZILLOW, INC., et al.,

Defendants.

Case No. 2:21-CV-00312-TSZ

DEFENDANTS' STATEMENT

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANTS' STATEMENT
2:21-CV-00312-TSZ

1    **I.    DEFENDANTS' STATEMENT**

2           **A.  PROPOSED PRETRIAL SCHEDULE**

3           The Defendants' proposed pretrial schedule is attached as Exhibit A. REX has requested

4    an additional two weeks for it to submit "complete" rather than "limited" reply expert reports.

5    Defendants have agreed to include Plaintiff's requested additional time in the proposed schedule.

6    But while Defendants do not object to REX's request to expand the time for and scope of reply

7    expert reports, that request does make REX's simultaneous attempt to truncate the case schedule

8    untenable.

9           Defendants' propose a trial date of December 2023/January 2024 for two reasons. First,

10   Defendants' proposed trial date allows sufficient time for summary judgment. As the Court is

11   aware, Plaintiff recently materially changed its alleged theory of harm in this action. This change

12   has important implications for summary judgment, given the new additions that were not present

13   during Rule 12(b)(6) briefing. The additional time following summary judgment allows the

14   parties to get the benefit of the Court's ruling before expending resources on issues that

15   ultimately may be narrowed, removed from the case or resolved with the benefit of the Court's

16   guidance. A brief extension of time between Rule 56 motions and trial will not have any

17   detrimental impact on REX, which is no longer a going concern.

18          Second, NAR's counsel and NAR itself have previously scheduled trials in September

19   and October 2023. *Burnett v. NAR*, No. 4:19-cv-00332 (W.D. Mo.), has a trial scheduled to

20   begin on October 16, 2023, and to last more than three weeks. That trial—which will address

21   MLS rules—will involve the same NAR in-house counsel, witnesses, and trial counsel as this

22   case. In addition, *In re Broiler Chicken Antitrust Litigation*, No. 1:16-cv-08637 (N.D. Ill.), has

23   a trial scheduled to begin on September 11, 2023, which will involve NAR's counsel.

24          Plaintiff's schedule sets trial for September 18, 2023. This proposed trial date requires a

25   dispositive motion deadline that falls only four weeks after receipt of Plaintiff's reply expert

26   reports, and two weeks after the close of discovery. Defendants cannot agree to Plaintiff's

27   proposed trial date because it allows for approximately ten days between the end of Rule 56

28

DEFENDANTS' STATEMENT
2:21-CV-00312-TSZ                          - 2 -

briefing and the deadline for Plaintiff's pretrial statement. It is inefficient to set deadlines for pretrial submissions that will likely come before the parties receive the Court's guidance on issues and expert testimony to be considered at trial.

## B.  THE PENDING MOTIONS

Defendants appreciate that Plaintiffs have offered compromise proposals regarding the pending motions. However, those proposals do not resolve the motions pending against REX.

Regarding Zillow Defendants' Motion to Compel Additional Fed. R. Civ. P. 30(B)(6) Testimony (ECF 201), REX's proposed one-hour deposition on four narrow topics will not allow an accurate assessment of whether the documents created by REX at moments in time critical to its allegations were produced in their original form, or whether those documents were deleted after the litigation hold was issued. But to avoid further wasting the Court's time on these issues, Zillow Defendants proposed a two-hour, in-person deposition with an adequately prepared designee on an expanded list of topics. Plaintiff rejected that counterproposal.

NAR's pending motion to compel (ECF 228) seeks documents REX improperly withheld due to privilege. REX has conceded certain aspects of the motion and offered a compromise about other aspects. But REX has neither confirmed it produced all documents for which it has withdrawn its privilege claim nor offered to produce all information NAR seeks in the motion. REX filed a motion to compel NAR to run an electronic search (ECF 196). Since that motion was briefed, NAR has substantially completed its document production, and REX has taken the position that it can request the same search under paragraph C.2.b. of the ESI Order (ECF 113). NAR therefore believes REX's motion to compel is moot.

Defendants requested that the parties exchange submissions before filing but REX did not agree. Accordingly, Defendants are making this submission without having reviewed REX's.

1

Respectfully submitted this 30th day of January 2023.

2

Dated: January 30, 2023                          By:      */s/ Aravind Swaminathan*

3                                                          */s/ Nicole Tadano*
                                                           */s/ John "Jay" Jurata, Jr.*
4                                                          */s/ Russell P. Cohen*
                                                           */s/ Naomi J. Scotten*
5                                                          */s/ Laura Najemy*

6
                                                  ORRICK, HERRINGTON & SUTCLIFFE LLP
7                                                 Aravind Swaminathan (WSBA No. 33883)
                                                  aswaminathan@orrick.com
8                                                 Nicole Tadano (WSBA No. 40531)
                                                  ntadano@orrick.com
9                                                 401 Union Street, Suite 3300
                                                  Seattle, WA  98101
10                                                Telephone:  206-839-4300
                                                  Facsimile:  206-839-4301
11
                                                  John "Jay" Jurata, Jr. (Admitted *Pro Hac Vice*)
12                                                jjurata@orrick.com
                                                  1152 15th Street, N.W.
13                                                Washington, DC  20005
                                                  Telephone:  202-339-8400
14
                                                  Russell P. Cohen (Admitted *Pro Hac Vice*)
15                                                rcohen@orrick.com
                                                  405 Howard Street
16                                                San Francisco, CA 94105
                                                  Telephone:  415-773-5700
17
                                                  Naomi J. Scotten (Admitted *Pro Hac Vice*)
18                                                nscotten@orrick.com
                                                  51 West 52nd Street
19                                                New York, NY 20005
                                                  Telephone:  212-506-5000
20
                                                  Laura Najemy (Admitted *Pro Hac Vice*)
21                                                lnajemy@orrick.com
                                                  222 Berkeley Street
22                                                Suite 2000
                                                  Boston, MA 02116
23                                                Telephone: 617-880-1800

24                                                ***Attorneys for Defendants Zillow, Inc., Zillow***
                                                  ***Group, Inc., Zillow Homes, Inc., Zillow Listing***
25                                                ***Services, Inc., and Trulia, LLC***

26

27

28

1

2     Christopher B. Durbin (WSBA No. 41159)
COOLEY LLP

3     1700 Seventh Avenue
Suite 1900

4     Seattle, WA 98101-1355
Phone: (206) 452-8700

5     Fax: (206) 452-8800
Email: cdurbin@cooley.com

6     Ethan Glass (*pro hac vice*)
Samantha A. Strauss (*pro hac vice*)

7     COOLEY LLP
1299 Pennsylvania Avenue, NW

8     Suite 700
Washington, DC  20004-2400

9     Phone: (202) 776-2244
Fax: (202) 842-7899

10    eglass@cooley.com
sastrauss@cooley.com

11

12    Sarah M. Topol (*pro hac vice*)
Cooley LLP

13    55 Hudson Yards
New York, NY 10001

14    Tel: (212) 479-6000
stopol@cooley.com

15    Michael D. Bonanno (*pro hac vice*)

16    Kathleen Lanigan (*pro hac vice*)
Peter Benson (*pro hac vice*)

17    Michael Sebring (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN,

18    LLP
1300 I Street, Suite 900

19    Washington, D.C. 20005
Phone: (202)538-8000

20    Fax: (202) 538-8100
mikebonanno@quinnemanuel.com

21    katlanigan@quinnemanuel.com

22    peterbenson@quinnemanuel.com
michaelsebring@quinnemanuel.com

23

24    *Attorneys for Defendant National Association of REALTORS®*

25

26

27

28

DEFENDANTS' STATEMENT
2:21-CV-00312-TSZ — - 5 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, Washington  98101
+1 206 839 4300