UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REX – REAL ESTATE EXCHANGE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ZILLOW, INC., et al., <br><br> Defendants. | C21-0312 TSZ <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court issues the following amended schedule:[1]

| | | |
|---|---|---|
| **JURY TRIAL** set for | **9:00 AM on** | **September 18, 2023** |
| Dispositive Motions must be filed by and noted on the motions calendar no later than the fourth Friday thereafter (see LCR 7(d)) | | June 15, 2023 |

---

[1] This amended schedule is tentative and might be subject to further amendment. All discovery-related dates and deadlines contained in this Court's Minute Order, docket no. 247, shall remain in full force and effect, as follows: (i) disclosure of rebuttal expert testimony under Federal Rule of Civil Procedure 26(a)(2)(D)(ii) is due on or before April 26, 2023; (ii) any remaining discovery motions are due by May 4, 2023, and shall be noted on the motion calendar no later than the third Friday thereafter; and (iii) discovery shall be completed by May 26, 2023. Additionally, as provided in the Minute Order, Plaintiff may submit a limited reply expert report no later than May 10, 2023.

MINUTE ORDER - 1

| | | |
|---|---|---|
| Motions related to expert witnesses (e.g., Daubert motion) must be filed by noted on the motions calendar no later than the third Friday thereafter (see LCR 7(d)) | | June 22, 2023 |
| Settlement conference pursuant to LCR 39.1 must be completed by | | July 31, 2023 |
| Motions in Limine due by and noted on the motions calendar no later than the Friday before the Pretrial Conference (see LCR 7(d)(4)) | | August 17, 2023 |
| Mediation shall be completed by | | August 23, 2023 |
| Letter of mediation compliance shall be filed with the Court no later than | | August 30, 2023 |
| Pretrial Order due[2] by | | September 1, 2023 |
| Trial Briefs to be submitted by | | September 1, 2023 |
| Proposed Voir Dire/Jury Instructions due by | | September 1, 2023 |
| Pretrial Conference set for | **10:00 AM on** | September 8, 2023 |

Notwithstanding Local Civil Rule 16.1, the exhibit list shall be prepared in table format with the following columns: "Exhibit Number," "Description," "Admissibility Stipulated," "Authenticity Stipulated/Admissibility Disputed," "Authenticity Disputed," and "Admitted." The latter column is for the Clerk's convenience and shall remain blank, but the parties shall indicate the status of an exhibit's authenticity and admissibility by placing an "X" in the appropriate column. Duplicate documents shall not be listed twice: once a party has identified an exhibit in the pretrial order, any party may use it.

The original and one copy of the trial exhibits are to be delivered to the courtroom at a time coordinated with Laurie Cuaresma, who can be reached at laurie_cuaresma @wawd.uscourts.gov or (206) 370−8521, no later than the Friday before trial. Each set of exhibits shall be submitted in a three-ring binder with appropriately numbered tabs. Each exhibit shall be clearly marked. Plaintiff's exhibits shall be numbered

---

[2] For further details concerning the Pretrial Order and the exhibit list contained therein, refer to the Minute Order Setting Trial and Related Dates entered on June 9, 2021, docket no. 81.

MINUTE ORDER - 2

consecutively beginning with 1; defendant's exhibits shall be numbered consecutively beginning with the next multiple of 100 after plaintiff's last exhibit; any other party's exhibits shall be numbered consecutively beginning with the next multiple of 100 after defendant's last exhibit.  For example, if plaintiff's last exhibit is numbered 159, then defendant's exhibits shall begin with the number 200; if defendant's last exhibit number is 321, then any other party's exhibits shall begin with the number 400.

(2)   The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 1st day of February, 2023.

Ravi Subramanian<br>
Clerk

s/Laurie Cuaresma<br>
Deputy Clerk

MINUTE ORDER - 3