THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REX – REAL ESTATE EXCHANGE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ZILLOW, INC., et al. <br><br> Defendants. | Case No. 2:21-cv-00312-TSZ <br><br> **JOINT MOTION ON SCHEDULING OF STATUS CONFERENCES** <br><br> NOTE ON MOTION CALENDAR: <br> February 16, 2023 |

Plaintiff REX - Real Estate Exchange, Inc. ("REX"), Defendants Zillow Inc., Zillow Group, Inc., Zillow Homes, Inc., Zillow Listing Services, Inc., and Trulia, LLC (collectively, "Zillow"), and Defendant National Association of REALTORS® ("NAR"), by and through their attorneys, respectfully submit this joint motion concerning scheduling of status conferences.

On January 31, 2023, this Court held a status conference by zoom. At that conference, the Court offered to hold periodic status conference in this matter, and the parties agreed that doing so would be helpful. The parties and the Court discussed whether the status conferences would all be held in person or whether there would be a combination of in-person and zoom conferences to reduce travel expenses. The Court directed the parties to discuss potential dates and report back to the Court.

At that conference, this Court set the next status conference on March 23, 2023 but also said: "If counsel learn or conclude that that date doesn't work for you and there is -- there are other dates that would be better, I'm willing to work with you, but at least we'll have a placeholder." January 31, 2023 Tr. at page 62. The Court later confirmed that date and that the conference would be in person and start at 10 a.m. in a minute order. Dkt. No. 255.

David Boies, lead counsel for REX, has a conflict on March 23, and REX proposed and the Defendants agreed to request that status conference be moved to March 16, 2023 and held in person, if that date is convenient with the Court.

The parties also agreed on the following proposed dates for additional status conferences, if these dates are convenient for the Court: April 25; May 16, and June 13, with the May 16 status conference being held by zoom and the April 25 and June 13 conferences being held in person.

DATED: February 16, 2023

Respectfully submitted,

| BOIES SCHILLER FLEXNER LLP | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|---|---|
| By: /s/ Ursula Ungaro | Aravind Swaminathan (WSBA No. #33883) |
| Ursula Ungaro, Esq. | Nicole Tadano (WSBA No. 40531) |
| Stephen N. Zack, Esq. | 701 Fifth Avenue, Suite 5600 |
| BOIES SCHILLER FLEXNER LLP | Seattle, WA 98104 |
| 100 SE 2nd Street, Suite 2800 | Telephone: 206-839-4300 |
| Miami, FL 33131 | Facsimile: 206-839-4301 |
| BOIES, SCHILLER & FLEXNER LLP | Email: aswaminathan@orrick.com |
| Telephone: (305) 539-8400 | ntadano@orrick.com |
| Facsimile: (305) 539-1307 | |
| Email: uungaro@bsfllp.com | Naomi J. Scotten |
| szack@bsfllp.com | (Admitted Pro Hac Vice) |
| | 51 West 52nd Street |
| Carl E. Goldfarb (Admitted Pro Hac Vice) | New York, NY 20005 |
| 401 East Las Olas Blvd., Suite 1200 | Telephone: 212-506-5000 |
| Fort Lauderdale, FL 33301 | Email: nscotten@orrick.com |
| Telephone: (954) 356-0011 | |
| Facsimile: (954) 356-0022 | Laura B. Najemy |
| Email: cgoldfarb@bsfllp.com | (Admitted Pro Hac Vice) |
| | lnajemy@orrick.com |
| David Boies, Esq. | 222 Berkeley Street, Suite 2000 |
| BOIES SCHILLER FLEXNER LLP | Boston, MA 02116 |
| 333 Main Street | Telephone: 617-880-1800 |
| Armonk, NY 10504 | |
| Telephone: (914) 749-8200 | Paul Stancil (Admitted Pro Hac Vice) |
| Facsimile: (914) 749-8300 | pstancil@orrick.com |
| Email: dboies@bsfllp.com | 609 Main Street, 40th Floor |
| | Houston, TX 77002 |
| **Attorneys for Plaintiff REX – Real Estate Exchange, Inc.** | Telephone: 713-658-6446 |
| | By: /s/ John "Jay" Jurata |
| | DECHERT LLP |
| | John "Jay" Jurata (Admitted Pro Hac Vice) |
| | jay.jurata@dechert.com |

| | | |
|---|---|---|
| 1 | McCARTY LAW PLLC<br>Darren L. McCarty *(Admitted Pro Hac Vice)* | 1900 K Street, NW<br>Washington, DC 20006 |
| 2 | Cristina M. Moreno *(Admitted Pro Hac Vice)* 1410B West 51st Street | Telephone: 202-261-3440 |
| 3 | Austin, TX 78756 | Russell P. Cohen (Admitted Pro Hac Vice) |
| 4 | Telephone: 512-827-2902<br>Email: darren@mccartylawpllc.com | russ.cohen@dechert.com<br>One Bush Street |
| 5 | | Suite 1600 |
| 6 | **Attorneys for Plaintiff REX-Real Estate Exchange, Inc.** | San Francisco, CA 94104<br>Telephone: 415-262-4506 |
| 7 | | **Attorneys for Defendants Zillow, Inc.,** |
| 8 | | **Zillow Group, Inc., Zillow Homes, Inc.,**<br>**Zillow Listing Services, and Trulia, LLC** |
| 9 | | |
| 10 | | **Pursuant to this Court's Electronic Filing Procedure III L, the electronic signatory has |
| 11 | | obtained approval from all other signatories. |
| 12 | | QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP |
| 13 | | |
| 14 | | By: */s/ Ethan Glass*<br>Christopher B. Durbin (WSBA No. 41159) |
| 15 | | COOLEY LLP<br>1700 Seventh Avenue |
| 16 | | Suite 1900 |
| 17 | | Seattle, WA 98101-1355<br>Phone: (206) 452-8700 |
| 18 | | Fax: (206) 452-8800<br>Email: cdurbin@cooley.com |
| 19 | | |
| 20 | | Ethan Glass (*pro hac vice*)<br>Samantha A. Strauss (*pro hac vice*) |
| 21 | | COOLEY LLP<br>1299 Pennsylvania Avenue, NW |
| 22 | | Suite 700<br>Washington, DC 20004-2400 |
| 23 | | Phone: (202) 776-2244<br>Fax: (202) 842-7899 |
| 24 | | eglass@cooley.com<br>sastrauss@cooley.com |
| 25 | | |
| 26 | | Sarah M. Topol (*pro hac vice*)<br>COOLEY LLP |
| 27 | | 55 Hudson Yards<br>New York, NY 10001 |
| 28 | | Tel: (212) 479-6000<br>stopol@cooley.com |

JOINT MOTION ON SCHEDULING<br>
OF STATUS CONFERENCES<br>
Case No.2:21-cv-00312-TSZ

3

BOIES SCHILLER FLEXNER LLP<br>
401 E. Las Olas Blvd, Suite 1200<br>
Fort Lauderdale, FL 33301<br>
(954) 540-6219

| | |
|---|---|
| 1 | Michael D. Bonanno (*pro hac vice*) |
| 2 | Kathleen Lanigan (*pro hac vice*) |
| | Peter Benson (*pro hac vice*) |
| 3 | Michael Sebring (*pro hac vice*) |
| | QUINN EMANUEL URQUHART & |
| 4 | SULLIVAN, LLP |
| | 1300 I Street, Suite 900 |
| 5 | Washington, D.C. 20005 |
| | Phone: (202)538-8000 |
| 6 | Fax: (202) 538-8100 |
| 7 | mikebonanno@quinnemanuel.com |
| | katlanigan@quinnemanuel.com |
| 8 | peterbenson@quinnemanuel.com |
| | michaelsebring@quinnemanuel.com |

***Attorneys for The National Association of Realtors®***

JOINT MOTION ON SCHEDULING
OF STATUS CONFERENCES
Case No.2:21-cv-00312-TSZ

4

BOIES SCHILLER FLEXNER LLP
401 E. Las Olas Blvd, Suite 1200
Fort Lauderdale, FL 33301
(954) 540-6219