UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REX – REAL ESTATE EXCHANGE, INC., <br><br>  Plaintiff, <br><br> v. <br><br> ZILLOW, INC., et al., <br><br>  Defendants. | C21-0312 TSZ <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' joint motion on scheduling of status conferences, docket no. 264, is GRANTED, and the Court tentatively SETS the following status conferences:

    a. April 25, 2023, at 10:00 a.m. (to be conducted in person)

    b. May 16, 2023, at 10:00 a.m. (to be conducted via ZoomGov.com)

    c. June 13, 2023, at 10:00 a.m. (to be conducted in person)

(2) The status conference previously set for March 23, 2023, is RESET to March 16, 2023, at 11:00 a.m., and will be conducted in person.

(3) The parties are directed to meet and confer and file a tentative agenda no later than seven (7) days before each status conference. Counsel shall notify Judge Zilly's Chambers at (206) 370-8830 if the parties desire to reschedule or cancel any of these status conferences.

MINUTE ORDER - 1

(4)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 21st day of February, 2023.

                                        Ravi Subramanian
                                        Clerk

                                        s/Laurie Cuaresma
                                        Deputy Clerk

MINUTE ORDER - 2