UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REX – REAL ESTATE EXCHANGE, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ZILLOW, INC., a Washington corporation; ZILLOW GROUP, INC., a Washington corporation; ZILLOW HOMES, INC., a Delaware corporation; ZILLOW LISTING SERVICES, INC., a Washington corporation; TRULIA, LLC, a Delaware limited liability company; and THE NATIONAL ASSOCIATION OF REALTORS, an Illinois trade association,<br><br>　　　　　Defendants. | No. 2:21-cv-00312-TSZ<br><br>**AGENDA FOR STATUS CONFERENCE** |

Pursuant to the Court's Minute Order (D.E. 265), the parties met and conferred to agree on a tentative agenda for the status conference to be held on March 16, 2023.

I. The parties agree that the following motion could be heard and resolved at the status conference:

　　Plaintiff's Motion To Compel NAR To Search Documents (D. E. 269) which will be

　　fully briefed and ripe for decision on March 10, 2023.

II. In addition, the parties advise the Court of the following:

　　A. The parties have a potential dispute with respect to whether the deposition of

　　Plaintiff's expert David Evans if taken before service of his reply report must be completed

　　in a single session or whether Defendants can reserve some deposition time for after his

　　reply report. If they cannot reach a mutually acceptable understanding, the parties will need

　　to seek the Court's guidance.

AGENDA FOR STATUS CONFERENCE

Case No. 2:21-cv-00312-TSZ

BOIES SCHILLER FLEXNER LLP
401 E. Las Olas Blvd, Ste 1200
Fort Lauderdale, FL 33301
Phone (954) 356-0011

B. The parties also have a potential dispute about the production of Plaintiff's salesforce data. If they cannot reach a mutually acceptable understanding, the parties may seek the Court's guidance.

DATED: March 9, 2023

| BOIES SCHILLER FLEXNER LLP | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|---|---|
| By:/s/ Ursula Ungaro<br>Ursula Ungaro, Esq.<br>Stephen N. Zack, Esq.<br>BOIES SCHILLER FLEXNER LLP<br>100 SE 2nd Street, Suite 2800<br>Miami, FL  33131<br>BOIES, SCHILLER & FLEXNER LLP<br>Telephone:  (305) 539-8400<br>Facsimile:  (305) 539-1307<br>Email:  uungaro@bsfllp.com<br>            szack@bsfllp.com | Aravind Swaminathan (WSBA No. #33883)<br>Nicole Tadano (WSBA No. 40531)<br>701 Fifth Avenue, Suite 5600<br>Seattle, WA 98104<br>Telephone:  206-839-4300<br>Facsimile:   206-839-4301<br>Email:  aswaminathan@orrick.com<br>            ntadano@orrick.com |
| Carl E. Goldfarb *(Admitted Pro Hac Vice)*<br>401 East Las Olas Blvd., Suite 1200<br>Fort Lauderdale, FL 33301<br>Telephone: (954) 356-0011<br>Facsimile:  (954) 356-0022<br>Email:  cgoldfarb@bsfllp.com | Naomi J. Scotten<br>*(Admitted Pro Hac Vice)*<br>51 West 52nd Street<br>New York, NY 20005<br>Telephone:  212-506-5000<br>Email:  nscotten@orrick.com |
| David Boies, Esq.<br>BOIES SCHILLER FLEXNER LLP<br>333 Main Street<br>Armonk, NY 10504<br>Telephone: (914) 749-8200<br>Facsimile:  (914) 749-8300<br>Email:  dboies@bsfllp.com | Laura B. Najemy<br>*(Admitted Pro Hac Vice)*<br>lnajemy@orrick.com<br>222 Berkeley Street, Suite 2000<br>Boston, MA 02116<br>Telephone: 617-880-1800 |
| ***Attorneys for Plaintiff REX – Real Estate Exchange, Inc.*** | Paul Stancil (Admitted Pro Hac Vice)<br>pstancil@orrick.com<br>609 Main Street<br>40th Floor<br>Houston, TX 77002<br>Telephone:  713-658-6446 |
| | *By: /s/  John "Jay" Jurata*<br>DECHERT LLP<br>John "Jay" Jurata (Admitted Pro Hac Vice) |

| | |
|---|---|
| McCARTY LAW PLLC<br>Darren L. McCarty *(Admitted Pro Hac Vice)*<br>Cristina M. Moreno *(Admitted Pro Hac Vice)* 1410B West 51st Street<br>Austin, TX 78756<br>Telephone: 512-827-2902<br>Email: darren@mccartylawpllc.com<br><br>*Attorneys for Plaintiff REX-Real Estate Exchange, Inc.* | jay.jurata@dechert.com<br>1900 K Street, NW<br>Washington, DC 20006<br>Telephone: 202-261-3440<br><br>Russell P. Cohen (Admitted Pro Hac Vice)<br>russ.cohen@dechert.com<br>One Bush Street<br>Suite 1600<br>San Francisco, CA 94104<br>Telephone: 415-262-4506<br><br>*Attorneys for Defendants Zillow, Inc., Zillow Group, Inc., Zillow Homes, Inc., Zillow Listing Services, and Trulia, LLC*<br><br>\*\*Pursuant to this Court's Electronic Filing Procedure III L, the electronic signatory has obtained approval from all other signatories.<br><br> QUINN EMANUEL URQUHART &<br> SULLIVAN, LLP<br><br>*By: /s/ Ethan Glass*<br>Christopher B. Durbin (WSBA No. 41159)<br>COOLEY LLP<br>1700 Seventh Avenue<br>Suite 1900<br>Seattle, WA 98101-1355<br>Phone: (206) 452-8700<br>Fax: (206) 452-8800<br>Email: cdurbin@cooley.com<br><br>Ethan Glass (*pro hac vice*)<br>Samantha A. Strauss (*pro hac vice*)<br>COOLEY LLP<br>1299 Pennsylvania Avenue, NW<br>Suite 700<br>Washington, DC 20004-2400<br>Phone: (202) 776-2244<br>Fax: (202) 842-7899<br>eglass@cooley.com<br>sastrauss@cooley.com<br><br>Sarah M. Topol (*pro hac vice*)<br>COOLEY LLP<br>55 Hudson Yards<br>New York, NY 10001<br>Tel: (212) 479-6000<br>stopol@cooley.com |

| | |
|---|---|
| AGENDA FOR STATUS CONFERENCE<br>Case No.2:21-cv-00312-TSZ | BOIES SCHILLER FLEXNER LLP<br>401 E. Las Olas Blvd, Ste 1200<br>Fort Lauderdale, FL 33301 |

Michael D. Bonanno (*pro hac vice*)
Kathleen Lanigan (*pro hac vice*)
Peter Benson (*pro hac vice*)
Michael Sebring (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1300 I Street, Suite 900
Washington, D.C. 20005
Phone: (202)538-8000
Fax: (202) 538-8100
mikebonanno@quinnemanuel.com
katlanigan@quinnemanuel.com
peterbenson@quinnemanuel.com
michaelsebring@quinnemanuel.com

***Attorneys for The National Association of Realtors®***