THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| REX - REAL ESTATE EXCHANGE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ZILLOW, INC., et al., <br><br> Defendants. | Case No. 2:21-CV-00312-TSZ <br><br> [PROPOSED] ORDER GRANTING ZILLOW DEFENDANTS' MOTION FOR PROTECTIVE ORDER TO VACATE THE DEPOSITION OF RICH BARTON <br><br> NOTE ON MOTION CALENDAR:  May 5, 2023 |

[PROPOSED] ORDER GRANTING
ZILLOW DEFENDANTS' MOTION FOR
PROTECTIVE ORDER:
2:21-CV-00312-TSZ

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, Washington  98101
+1 206 839 4300

  The Court, having received and reviewed Zillow Defendants' Motion for Protective Order to Vacate the Deposition of Rich Barton (the "Motion"), the Declaration of Russell Cohen In Support of the Motion, Plaintiff's Response to the Motion, and Zillow Defendants' Reply; IT IS HEREBY ORDERED that:

  Zillow Defendants' Motion is GRANTED.  Plaintiff is prohibited from taking Mr. Barton's deposition.

  Dated __ day of _____, 2023.

_____
The Honorable Thomas S. Zilly
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER GRANTING ZILLOW DEFENDANTS' MOTION FOR PROTECTIVE ORDER:
2:21-CV-00312-TSZ

- 2 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, Washington  98101
+1 206 839 4300

| | | |
|---|---|---|
| 1 | Presented By: | /s/ Aravind Swaminathan |
| 2 | | /s/ Nicole Tadano |
| | | /s/ John "Jay" Jurata, Jr. |
| 3 | | /s/ Russell P. Cohen |
| 4 | | /s/ Naomi J. Scotten |
| | | /s/ Laura Najemy |
| 5 | | /s/ Paul Stancil |

ORRICK, HERRINGTON & SUTCLIFFE LLP
Aravind Swaminathan (WSBA No. 33883)
aswaminathan@orrick.com
Nicole Tadano (WSBA No. 40531)
ntadano@orrick.com
401 Union Street – Suite 3300
Seattle, WA 98101
Telephone:  206-839-4300
Facsimile:  206-839-4301

Naomi J. Scotten (Admitted *Pro Hac Vice*)
nscotten@orrick.com
51 West 52nd Street
New York, NY 20005
Telephone:  212-506-5000

Laura Najemy (Admitted *Pro Hac Vice*)
lnajemy@orrick.com
222 Berkeley Street
Suite 2000
Boston, MA 02116
Telephone: 617-880-1800

Paul Stancil (Admitted *Pro Hac Vice*)
pstancil@orrick.com
609 Main Street, 40th Floor
Houston, TX 77002
Telephone: 713-658-6446

DECHERT LLP
John "Jay" Jurata (Admitted *Pro Hac Vice*)
jay.jurata@dechert.com
1900 K Street, NW
Washington, DC 20006
Telephone: 202-261-3440

Russell P. Cohen (Admitted *Pro Hac Vice*)
russ.cohen@dechert.com
One Bush Street
Suite 1600
San Francisco, CA 94104

[PROPOSED] ORDER GRANTING ZILLOW DEFENDANTS' MOTION FOR PROTECTIVE ORDER:
 2:21-CV-00312-TSZ

- 3 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, Washington  98101
+1 206 839 4300

Telephone: 415-262-4506

**Attorneys for Defendants Zillow, Inc., Zillow Group, Inc., Zillow Homes, Inc., Zillow Listing Services, Inc., and Trulia, LLC**

[PROPOSED] ORDER GRANTING ZILLOW DEFENDANTS' MOTION FOR PROTECTIVE ORDER:
2:21-CV-00312-TSZ

- 4 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, Washington 98101
+1 206 839 4300