The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REX – REAL ESTATE EXCHANGE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ZILLOW, INC., et al.<br><br>Defendants. | Case No. 2:21-cv-00312-TSZ<br><br>**DECLARATION OF CARL E. GOLDFARB IN SUPPORT OF REX'S OPPOSITION TO ZILLOW'S MOTION FOR PROTECTIVE ORDER** |

Declaration of Carl E. Goldfarb
Case No. 2:21-cv-00312-TSZ

Boies Schiller Flexner LLP
401 E Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
(954) 356-0011

# DECLARATION OF CARL E. GOLDFARB

I, Carl E. Goldfarb, declare as follows:

1. I am a partner with the law firm Boies Schiller Flexner LLP, counsel for Plaintiff in this matter. I am an attorney at law duly licensed to practice before all courts of the State of Florida, and admitted *pro hac vice* in this case. Dkt No. 131.  I have personal knowledge of the matters set forth herein and am competent to testify.

2. Attached hereto as **Exhibit A** is a true and correct copy of document bearing Bates stamp ZG_00294981

3. Attached hereto as **Exhibit B** is a true and correct copy of document Bearing Bates stamp NAR0024187.

4. Attached hereto as **Exhibit C** is a true and correct copy of the May 2020 Zillow Investor Relation Presentation.

5. Attached hereto as **Exhibit D** is a true and correct copy of document bearing Bates stamp ZG_00002168.

6. Attached hereto as **Exhibit E** is a true and correct copy of document bearing Bates stamp ZG_00306487.

7. Attached hereto as **Exhibit F** is a true and correct copy of document bearing Bates stamp ZG_00429485.

8. Attached hereto as **Exhibit G** is a true and correct copy of a Wall Street Journal Article dated May 10, 2019.

9. Attached hereto as **Exhibit H** is a true and correct copy of a document bearing Bates stamp NAR0027182.

10. Attached hereto as **Exhibit I** is a true and correct copy of a document bearing Bates stamp ZG_00278095.

11. Attached hereto as **Exhibit J** is a true and correct copy of a document bearing Bates stamp ZG_00691365.

DECLARATION OF CARL E. GOLDFARB
Case No. 2:21-cv-00312-TSZ                    1

BOIES SCHILLER FLEXNER LLP
401 E LAS OLAS BLVD., SUITE 1200
FORT LAUDERDALE, FL 33301
(954) 356-0011

12. Attached hereto as **Exhibit K** is a true and correct copy of Zillow Objections and Responses to REX's Third Set of Interrogatories.

13. Attached hereto as **Exhibit L** is a true and correct copy of Zillow Objections and Responses to REX's Fourth Set of Interrogatories.

14. Attached hereto as **Exhibit M** are excerpts from the Deposition of Mathew Hendricks on April 5, 2023.

15. Attached hereto as **Exhibit N** is a true and correct copy of an email from REX's counsel, dated April 14, 2023.

16. Attached hereto as **Exhibit O** is a true and correct copy of a document bearing Bates stamp ZG_00004833.

17. Attached hereto as **Exhibit P** is a true and correct copy of a document bearing Bates stamp ZG_00533471.

18. Attached hereto as **Exhibit Q** is a true and correct copy of a document bearing Bates stamp ZG_00680780.

19. Attached hereto as **Exhibit R** is a true and correct copy of a document bearing Bates stamp ZG_00145650.

20. Attached hereto as **Exhibit S** is a true and correct copy of 2022 - Form 10K – Quarter 4

21. Attached hereto as **Exhibit T** is a true and correct copy of a document bearing Bates stamp ZG_00262313.

22. Attached hereto as **Exhibit U** is a true and correct copy of a document bearing Bates stamp ZG_00213663

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 24, 2023, at Seattle, Washington.

/s/ Carl E. Goldfarb
Carl E. Goldfarb (admitted *pro hac vice*)

DECLARATION OF CARL E. GOLDFARB
Case No. 2:21-cv-00312-TSZ    2

BOIES SCHILLER FLEXNER LLP
401 E LAS OLAS BLVD., SUITE 1200
FORT LAUDERDALE, FL 33301
(954) 356-0011