THE HONORABLE THOMAS S. ZILLY

1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                      WESTERN DISTRICT OF WASHINGTON

10                                  AT SEATTLE

11   REX - REAL ESTATE EXCHANGE,
     INC.,                                        Case No. 2:21-CV-00312-TSZ
12
                        Plaintiff,               ORDER GRANTING ZILLOW
13                                               DEFENDANTS' REQUEST FOR
            v.                                   SEARCHES IN RESPONSE TO
14                                               ZILLOW REQUESTS FOR
     ZILLOW, INC., et al.,                       PRODUCTION NOS. 147 AND 148
15
                        Defendants.
16

17

18

19

20

21

22

23

24

25

26

27

28   ORDER GRANTING ZILLOW
     DEFENDANTS' REQUEST FOR
     SEARCHES IN RESPONSE TO ZILLOW
     REQUESTS FOR PRODUCTION NOS. 147
     AND 148:  2:21-CV-00312-TSZ

The Court has received and heard argument from Plaintiff REX – REAL ESTATE EXCHANGE, INC. and the Zillow Defendants regarding Plaintiff's response to the Zillow Defendants' Requests for Production Nos. 147 and 148.  Accordingly, IT IS HEREBY ORDERED that Plaintiff REX-REAL ESTATE EXCHANGE, INC. conduct searches and produce responsive, non-privileged documents to Defendants using the following parameters:

**REX Custodians/Documents to be Searched:**

REX will search *heretofore unproduced documents* from custodians:

Jack Ryan (including both his REX and personal email accounts)

Lynley Sides

**Relevant Date Range to be Searched**

*For Search 1:* March 1, 2021 through June 30, 2021

*For Search 2:* April 1, 2021 through June 30, 2021

**Search Terms to be Run**

*Search 1*

(SPAC OR PIPE OR "project dunphy" OR raptor OR tyrannosaurus OR altimar) **[but exclude all communications in which REX.com and WSGR.com are the only domains in the To, From, CC, or BCC metadata fields.]**

*Search 2*

(Urtaj OR Reetu OR Taru OR Akshay OR Zaheed OR bofa.com OR bankofamerica.com OR hpspartners.com)

Dated this 27th day of April, 2023.

Thomas S. Zilly
United States District Judge

ORDER GRANTING ZILLOW
DEFENDANTS' REQUEST FOR
SEARCHES IN RESPONSE TO ZILLOW                - 2 -
REQUESTS FOR PRODUCTION NOS. 147
AND 148: 2:21-CV-00312-TSZ

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, Washington  98101
+1 206 839 4300

1

2

3

*Presented By:*

4    /s/ Ursula Ungaro                         /s/ Aravind Swaminathan

5    /s/ Stephen N. Zack                       /s/ John Wolfe
     /s/ Augusto Cividini                      /s/ Nicole Tadano

6    /s/ Carl E. Goldfarb                      /s/ John "Jay" Jurata, Jr.
     /s/ David Boies                           /s/ Russell P. Cohen

7    /s/ James P. Denvir, III                  /s/ Naomi J. Scotten

8    /s/ Simon Leen                            /s/ Laura Najemy
     /s/ Darren L. McCarty                     /s/ Paul Stancil

9    /s/ Cristina M. Moreno

10   /s/ Mark Rosencrantz               ORRICK, HERRINGTON & SUTCLIFFE
     /s/ Teva F. Sempel                 LLP

11                                      Aravind Swaminathan (WSBA No. 33883)
                                        aswaminathan@orrick.com
12   BOIES SCHILLER FLEXNER LLP         John Wolfe (WSBA No. 8028)
     Ursula Ungaro (Admitted Pro Hac Vice)  wolfe@orrick.com
13   uungaro@bsfllp.com                 Nicole Tadano (WSBA No. 40531)
     Stephen N. Zack (Admitted Pro Hac Vice)  ntadano@orrick.com
     szack@bsfllp.com                   401 Union Street – Suite 3300
14   Augusto Cividini (Admitted Pro Hac Vice)  Seattle, WA 98101
     acividini@bsfllp.com               Telephone:  206-839-4300
15   100 SE 2nd Street, Suite 2800      Facsimile:  206-839-4301
     Miami, FL 33131
16   Telephone: (305) 539-8400          Naomi J. Scotten (Admitted *Pro Hac Vice*)
     Facsimile: (305) 539-1307          nscotten@orrick.com
17                                      51 West 52nd Street
                                        New York, NY 20005
18   Carl E. Goldfarb (Admitted Pro Hac Vice)  Telephone:  212-506-5000
     cgoldfarb@bsfllp.com 401 East Las Olas
     Blvd., Suite 1200
19   Fort Lauderdale, FL 33301          Laura Najemy (Admitted *Pro Hac Vice*)
     Telephone: (954) 356-0011          lnajemy@orrick.com
20   Facsimile: (954) 356-0022          222 Berkeley Street
                                        Suite 2000
21   David Boies (Admitted Pro Hac Vice)  Boston, MA 02116
     dboies@bsfllp.com 333 Main Street  Telephone: 617-880-1800
22   Armonk, NY 10504
     Telephone: (914) 749-8200          Paul Stancil (Admitted *Pro Hac Vice*)
23   Facsimile: (914) 749-8300          pstancil@orrick.com
                                        609 Main Street, 40th Floor
24   James P. Denvir, III (Admitted Pro Hac Vice)  Houston, TX 77002
     jdenvir@bsfllp.com                 Telephone: 713-658-6446
25   1401 New York Ave NW
     Washington, DC 20005
26   Telephone: (202) 237-2727          DECHERT LLP
     Facsimile: (202) 237-6131          John "Jay" Jurata (Admitted *Pro Hac Vice*)
                                        jay.jurata@dechert.com
27

28   ORDER GRANTING ZILLOW
     DEFENDANTS' REQUEST FOR
     SEARCHES IN RESPONSE TO ZILLOW          - 3 -
     REQUESTS FOR PRODUCTION NOS. 147                        ORRICK, HERRINGTON & SUTCLIFFE LLP
     AND 148: 2:21-CV-00312-TSZ                                      401 Union Street, Suite 3300
                                                                     Seattle, Washington  98101
                                                                        +1 206 839 4300

1  Simon Leen (Admitted Pro Hac Vice)
   sleen@bsfllp.com
2  725 South Figueroa St. 31st Floor
   Los Angeles, CA 90017
3  Telephone: (213) 629-9040
   Facsimile: (213) 629-9022
4
   McCARTY LAW PLLC
5
   Darren L. McCarty (Admitted Pro Hac Vice)
6  Cristina M. Moreno (Admitted Pro Hac
   Vice)
7  darren@mccartylawpllc.com
   1410B West 51st Street
8  Austin, TX 78756
   Telephone: 512-827-2902
9
10 CARNEY BADLEY SPELLMAN, P.S

11 Mark Rosencrantz
   rose@carneylaw.com
12 Teva F. Sempel
   sempel@carneylaw.com
13 701 Fifth Ave Suite 3600
   Seattle WA 98104-7010
14 Telephone: 512-827-2902

15 *Attorneys for Plaintiff REX-Real Estate
   Exchange, Inc.*

16

17

18

19

20

21

22

23

24

25

26

27

28

1900 K Street, NW
Washington, DC 20006
Telephone: 202-261-3440

Russell P. Cohen (Admitted *Pro Hac Vice*)
russ.cohen@dechert.com
One Bush Street
Suite 1600
San Francisco, CA 94104
Telephone: 415-262-4506

*Attorneys for Defendants Zillow, Inc., Zillow
Group, Inc., Zillow Homes, Inc., Zillow
Listing Services, Inc., and Trulia, LLC*

ORDER GRANTING ZILLOW
DEFENDANTS' REQUEST FOR
SEARCHES IN RESPONSE TO ZILLOW
REQUESTS FOR PRODUCTION NOS. 147
AND 148:  2:21-CV-00312-TSZ

- 4 -