UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REX – REAL ESTATE EXCHANGE, INC., <br><br>  Plaintiff, <br><br> v. <br><br> ZILLOW, INC., et al., <br><br>  Defendants. | C21-0312 TSZ <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the parties' joint notice, docket no. 312, the Court amends the case schedule in this matter as follows:[1]

| | |
|---|---|
| Dispositive motions must be filed by and noted on the motions calendar June 30, 2023 | June 8, 2023 |
| Motions related to expert witnesses (e.g., Daubert motion) must be filed by and noted on the motions calendar June 30, 2023 | June 8, 2023 |

---

[1] Unless amended by the Court, all terms and conditions, and all other dates and deadlines not inconsistent herewith, contained in the Minute Order entered February 1, 2023, docket no. 258, shall remain in full force and effect.

MINUTE ORDER - 1

| | | |
|---|---|---|
| | Responses to dispositive and expert-related motions due | June 26, 2023 |
| | Replies in support of dispositive and expert-related motions due | June 30, 2023 |

(2)   The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 5th day of May, 2023.

                                      Ravi Subramanian
                                      Clerk

                                      s/Laurie Cuaresma
                                      Deputy Clerk