THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REX – REAL ESTATE EXCHANGE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ZILLOW, INC., a Washington corporation; ZILLOW GROUP, INC., a Washington corporation; ZILLOW HOMES, INC., a Delaware corporation; ZILLOW LISTING SERVICES, INC., a Washington corporation; TRULIA, LLC, a Delaware limited liability company; and THE NATIONAL ASSOCIATION OF REALTORS, an Illinois trade association,<br><br>Defendants. | No. 2:21-cv-00312-TSZ<br><br>**AGENDA FOR STATUS CONFERENCE ON MAY 16** |

Pursuant to the Court's Minute Order (D.E. 265), the parties met and conferred to agree on a tentative agenda for the status conference to be held on May 16, 2023, at 10:00 a.m.

REX has raised a concern regarding some of Zillow's objections to REX's Fifth Set of RFPs, and in particular regarding whether Zillow will agree to search the emails of non-custodians for certain narrow requests for production. REX and Zillow are meeting and conferring regarding Zillow's objections, and REX and Zillow hope they can resolve this dispute themselves. Zillow does not believe a status conference is necessary to address this single issue that the parties are actively seeking to resolve amongst themselves. If, however, Court assistance is required, the parties can jointly contact the Court at a later date. REX believes the Court should proceed with the status conference if the parties are not able to resolve this issue, given the May 26 discovery cut-off.

That is the only issue any of the parties has raised in connection with this proposed agenda. If REX and Zillow are able to resolve the pending discovery issue, the parties would respectfully

AGENDA FOR STATUS CONFERENCE
Case No. 2:21-cv-00312-TSZ

BOIES SCHILLER FLEXNER LLP
401 E. Las Olas Blvd, Ste 1200
Fort Lauderdale, FL 33301
Phone (954) 356-0011

submit that there is no need for a status conference on May 16. The parties will advise the Court by the close of business on May 12, 2023 whether REX and Zillow have been able to resolve their discovery dispute.

DATED: May 9, 2023

| BOIES SCHILLER FLEXNER LLP | COOLEY LLP |
|---|---|
| By:/s/ Ursula Ungaro<br>By:/s/ Stephen N. Zack<br>Ursula Ungaro (*Admitted Pro Hac Vice*)<br>Stephen N. Zack (*Admitted Pro Hac Vice*)<br>100 SE 2nd Street, Suite 2800<br>Miami, FL 33131<br>Telephone: (305) 539-8400<br>Facsimile: (305) 539-1307<br>Email: uungaro@bsfllp.com<br>          szack@bsfllp.com<br><br>By:/s/ Carl E. Goldfarb<br>Carl E. Goldfarb (*Admitted Pro Hac Vice*)<br>401 East Las Olas Blvd., Suite 1200<br>Fort Lauderdale, FL 33301<br>Telephone: (954) 356-0011<br>Facsimile: (954) 356-0022<br>Email: cgoldfarb@bsfllp.com<br><br>By:/s/ David Boies<br>David Boies (*Admitted Pro Hac Vice*)<br>333 Main Street<br>Armonk, NY 10504<br>Telephone: (914) 749-8200<br>Facsimile: (914) 749-8300<br>Email: dboies@bsfllp.com<br><br>McCARTY LAW PLLC<br><br>By:/s/ Darren L. McCarty<br>By:/s/ Cristina M. Moreno<br>Darren L. McCarty (*Admitted Pro Hac Vice*)<br>Cristina M. Moreno (*Admitted Pro Hac Vice*)<br>1410B West 51st Street<br>Austin, TX 78756<br>Telephone: 512-827-2902<br>Email: darren@mccartylawpllc.com | By: /s/ Christopher B. Durbin<br>Christopher B. Durbin (WSBA No. 41159)<br>1700 Seventh Avenue<br>Suite 1900<br>Seattle, WA 98101-1355<br>Phone: (206) 452-8700<br>Fax: (206) 452-8800<br>Email: cdurbin@cooley.com<br><br>By:/s/ Ethan Glass<br>By:/s/ Samantha A. Strauss<br>Ethan Glass (*Admitted pro hac vice*)<br>Samantha A. Strauss (*Admitted pro hac vice*)<br>1299 Pennsylvania Avenue, NW<br>Suite 700<br>Washington, DC 20004-2400<br>Phone: (202) 776-2244<br>Fax: (202) 842-7899<br>eglass@cooley.com<br>sastrauss@cooley.com<br><br>By:/s/ Sarah M. Topol<br>Sarah M. Topol (*Admitted pro hac vice*)<br>55 Hudson Yards<br>New York, NY 10001<br>Tel: (212) 479-6000<br>stopol@cooley.com<br><br>By:/s/ Michael D. Bonanno<br>By:/s/ Kathleen Lanigan<br>By:/s/ Peter Benson<br>By:/s/ Michael Sebring<br>Michael D. Bonanno (*Admitted pro hac vice*)<br>Kathleen Lanigan (*Admitted pro hac vice*)<br>Peter Benson (*Admitted pro hac vice*)<br>Michael Sebring (*Admitted pro hac vice*)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP |

| | | |
|---|---|---|
| 1 | | 1300 I Street, Suite 900 |
| 2 | **Attorneys for Plaintiff REX-Real Estate Exchange, Inc.** | Washington, D.C. 20005 |
| | | Phone: (202)538-8000 |
| 3 | | Fax: (202) 538-8100 |
| 4 | | mikebonanno@quinnemanuel.com |
| | | katlanigan@quinnemanuel.com |
| 5 | | peterbenson@quinnemanuel.com |
| | | michaelsebring@quinnemanuel.com |

*Attorneys for The National Association of Realtors®*

\*\*Pursuant to this Court's Electronic Filing Procedure III L, the electronic signatory has obtained approval from all other signatories.

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ Aravind Swaminathan
By: /s/ Nicole Tadano
Aravind Swaminathan (WSBA No. #33883)
Nicole Tadano (WSBA No. 40531)
701 Fifth Avenue, Suite 5600
Seattle, WA 98104
Telephone: 206-839-4300
Facsimile: 206-839-4301
Email: aswaminathan@orrick.com
ntadano@orrick.com

By: /s/ Naomi J. Scotten
Naomi J. Scotten (*Admitted Pro Hac Vice*)
51 West 52nd Street
New York, NY 20005
Telephone: 212-506-5000
Email: nscotten@orrick.com

By: /s/ Laura B. Najemy
Laura B. Najemy (*Admitted Pro Hac Vice*)
lnajemy@orrick.com
222 Berkeley Street, Suite 2000
Boston, MA 02116
Telephone: 617-880-1800

By: /s/ Paul Stancil
Paul Stancil (*Admitted Pro Hac Vice*)
pstancil@orrick.com
609 Main Street

| | |
|---|---|
| **AGENDA FOR STATUS CONFERENCE** | BOIES SCHILLER FLEXNER LLP |
| Case No.2:21-cv-00312-TSZ | 401 E. Las Olas Blvd, Ste 1200 |
| 3 | Fort Lauderdale, FL 33301 |

40th Floor
Houston, TX 77002
Telephone: 713-658-6446

DECHERT LLP

By: /s/ John Jurata
John "Jay" Jurata (*Admitted Pro Hac Vice*)
jay.jurata@dechert.com
1900 K Street, NW
Washington, DC 20006
Telephone: 202-261-3440

By: /s/ Russell P. Cohen
Russell P. Cohen (*Admitted Pro Hac Vice*)
russ.cohen@dechert.com
One Bush Street
Suite 1600
San Francisco, CA 94104
Telephone: 415-262-4506

***Attorneys for Defendants Zillow, Inc.,
Zillow Group, Inc., Zillow Homes, Inc.,
Zillow Listing Services, and Trulia, LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2023, I caused a true and correct copy of the foregoing to be filed in this Court's CM/ECF system, which will send notification of such filing to counsel of record.

DATED: May 9, 2023

                           By:  */s/ Carl E. Goldfarb*
                                CARL E. GOLDFARB