THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| REX - REAL ESTATE EXCHANGE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ZILLOW, INC., et al., <br><br> Defendants. | Case No. 2:21-CV-00312-TSZ <br><br> UPDATE TO AGENDA FOR STATUS CONFERENCE ON MAY 16, 2023 |

Pursuant to the Agenda for Status Conference on May 16 (ECF 317), counsel for REX and counsel for Zillow advise the Court that they have continued to confer, have resolved the single potential dispute, and respectfully submit there is no need for the May 16 status conference.

Respectfully submitted this 12th day of May, 2023.

| | | |
|---|---|---|
| 1 | BOIES SCHILLER FLEXNER LLP | COOLEY LLP |
| 2 | By:/s/ Ursula Ungaro<br>By:/s/ Stephen N. Zack | By: /s/ Christopher B. Durbin<br>Christopher B. Durbin (WSBA No. 41159) |
| 3 | Ursula Ungaro (*Admitted Pro Hac Vice*)<br>Stephen N. Zack (*Admitted Pro Hac Vice*) | 1700 Seventh Avenue<br>Suite 1900 |
| 4 | 100 SE 2nd Street, Suite 2800 | Seattle, WA 98101-1355 |
| 5 | Miami, FL 33131<br>Telephone: (305) 539-8400 | Phone: (206) 452-8700<br>Fax: (206) 452-8800 |
| 6 | Facsimile: (305) 539-1307 | Email: cdurbin@cooley.com |
| 7 | Email: uungaro@bsfllp.com<br>         szack@bsfllp.com | By:/s/ Ethan Glass |
| 8 | By:/s/ Carl E. Goldfarb | By:/s/ Samantha A. Strauss<br>Ethan Glass (*Admitted pro hac vice*) |
| 9 | Carl E. Goldfarb (*Admitted Pro Hac Vice*) | Samantha A. Strauss (*Admitted pro hac vice*) |
| 10 | 401 East Las Olas Blvd., Suite 1200<br>Fort Lauderdale, FL 33301 | 1299 Pennsylvania Avenue, NW<br>Suite 700 |
| 11 | Telephone: (954) 356-0011<br>Facsimile: (954) 356-0022 | Washington, DC 20004-2400<br>Phone: (202) 776-2244 |
| 12 | Email: cgoldfarb@bsfllp.com | Fax: (202) 842-7899<br>eglass@cooley.com |
| 13 | By:/s/ David Boies | sastrauss@cooley.com |
| 14 | David Boies (*Admitted Pro Hac Vice*)<br>333 Main Street | By:/s/ Sarah M. Topol |
| 15 | Armonk, NY 10504<br>Telephone: (914) 749-8200 | Sarah M. Topol (*Admitted pro hac vice*)<br>55 Hudson Yards |
| 16 | Facsimile: (914) 749-8300<br>Email: dboies@bsfllp.com | New York, NY 10001<br>Tel: (212) 479-6000 |
| 17 | McCARTY LAW PLLC | stopol@cooley.com |
| 18 | | By:/s/ Michael D. Bonanno |
| 19 | By:/s/ Darren L. McCarty<br>By:/s/ Cristina M. Moreno | By:/s/ Kathleen Lanigan<br>By:/s/ Peter Benson |
| 20 | Darren L. McCarty (*Admitted Pro Hac Vice*) | By:/s/ Michael Sebring<br>Michael D. Bonanno (*Admitted pro hac vice*) |
| 21 | Cristina M. Moreno (*Admitted Pro Hac Vice*) | Kathleen Lanigan (*Admitted pro hac vice*)<br>Peter Benson (*Admitted pro hac vice*) |
| 22 | 1410B West 51st Street<br>Austin, TX 78756 | Michael Sebring (*Admitted pro hac vice*)<br>QUINN EMANUEL URQUHART & |
| 23 | Telephone: 512-827-2902<br>Email: darren@mccartylawpllc.com | SULLIVAN, LLP<br>1300 I Street, Suite 900 |
| 24 | | Washington, D.C. 20005 |
| 25 | ***Attorneys for Plaintiff REX-Real Estate Exchange, Inc.*** | Phone: (202)538-8000<br>Fax: (202) 538-8100 |
| 26 | | mikebonanno@quinnemanuel.com |
| 27 | | katlanigan@quinnemanuel.com<br>peterbenson@quinnemanuel.com |
| 28 | | michaelsebring@quinnemanuel.com |

UPDATE TO AGENDA FOR MAY 16,
2023 STATUS CONFERENCE:
2:21-CV-00312-TSZ

2

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, Washington 98101
+1 206 839 4300

*Attorneys for The National Association of Realtors®*

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ Aravind Swaminathan
By: /s/ Nicole Tadano
Aravind Swaminathan (WSBA No. #33883)
Nicole Tadano (WSBA No. 40531)
401 Union Street, Suite 3300
Seattle, WA 98101
Telephone: 206-839-4300
Facsimile: 206-839-4301
Email: aswaminathan@orrick.com
ntadano@orrick.com

By: /s/ Naomi J. Scotten
Naomi J. Scotten (*Admitted Pro Hac Vice*)
51 West 52nd Street
New York, NY 20005
Telephone: 212-506-5000
Email: nscotten@orrick.com

By: /s/ Laura B. Najemy
Laura B. Najemy (*Admitted Pro Hac Vice*)
lnajemy@orrick.com
222 Berkeley Street, Suite 2000
Boston, MA 02116
Telephone: 617-880-1800

By: /s/ Paul Stancil
Paul Stancil (*Admitted Pro Hac Vice*)
pstancil@orrick.com
609 Main Street
40th Floor
Houston, TX 77002
Telephone: 713-658-6446

DECHERT LLP

By: /s/ John Jurata

|   |   |
|---|---|
| 1 | |
| 2 | John "Jay" Jurata (*Admitted Pro Hac Vice*) |
| 3 | jay.jurata@dechert.com<br>1900 K Street, NW<br>Washington, DC 20006<br>Telephone: 202-261-3440 |
| 4 | |
| 5 | By: /s/ Russell P. Cohen<br>Russell P. Cohen (*Admitted Pro Hac Vice*) |
| 6 | russ.cohen@dechert.com<br>One Bush Street |
| 7 | Suite 1600<br>San Francisco, CA 94104 |
| 8 | Telephone: 415-262-4506 |
| 9 | ***Attorneys for Defendants Zillow, Inc.,*** |
| 10 | ***Zillow Group, Inc., Zillow Homes, Inc.,***<br>***Zillow Listing Services, and Trulia, LLC*** |

(Lines 11–28 blank)

UPDATE TO AGENDA FOR MAY 16,
2023 STATUS CONFERENCE:
2:21-CV-00312-TSZ

4

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, Washington 98101
+1 206 839 4300