UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

REX – REAL ESTATE EXCHANGE, INC.,

  Plaintiff,

v.

ZILLOW, INC., et al.,

  Defendants.

C21-0312 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's amended motion to seal, docket no. 303, is GRANTED in part and DENIED in part. The motion is GRANTED as to Exhibits D, E, F, J, K, L, M, N, O, Q, T, and U to the Declaration of Carl Goldfarb, and these exhibits shall remain under seal. The Zillow Defendants no longer seek to maintain Exhibits A, I, P, and R to the Declaration of Carl Goldfarb under seal, *see* Resp. (docket no. 315), and the motion is DENIED as to Exhibits A, I, P, and R.

(2) The Clerk is DIRECTED to unseal Exhibits A, I, P, and R, docket nos. 305-1, 305-5, 305-12, and 305-14, and to send a copy of this Minute Order to all counsel of record.

Dated this 15th day of May, 2023.

Ravi Subramanian
Clerk

s/Laurie Cuaresma
Deputy Clerk

MINUTE ORDER - 1