THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| REX - REAL ESTATE EXCHANGE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ZILLOW, INC., et al.,<br><br>Defendants. | Case No. 2:21-CV-00312-TSZ<br><br>ZILLOW DEFENDANTS' MOTION TO SEAL<br><br>NOTE ON MOTION CALENDAR:<br>June 16, 2023 |

ZILLOW DEFENDANTS' MOTION TO SEAL:
2:21-CV-00312-TSZ

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, Washington  98101
+1 206 839 4300

**TABLE OF CONTENTS**

**Page**

I.	CERTIFICATION OF MEET AND CONFER ............................................................. 1

II.	MOTION TO SEAL................................................................................................... 1

ZILLOW DEFENDANTS' MOTION TO SEAL:
2:21-CV-00312-TSZ

i

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, Washington 98101
+1 206 839 4300

**TABLE OF AUTHORITIES**

**Page(s)**

**Statutes and Rules**

Local Civil Rule 5(g)(3)(A) ..................................................................................................1

Local Civil Rule 5(g)(3)(B) ..................................................................................................1

ZILLOW DEFENDANTS' MOTION TO SEAL:
2:21-CV-00312-TSZ

ii

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, Washington 98101
+1 206 839 4300

## I. CERTIFICATION OF MEET AND CONFER

Zillow Defendants' counsel Aravind Swaminathan and Jesse Beringer conferred telephonically and by email with Plaintiff REX's counsel Ursula Ungaro under Local Civil Rule 5(g)(3)(A) on May 26, 2023, explaining that Zillow intended to refer to information REX had designated as Confidential under the Amended Stipulated Protective Order (Dkt. No. 169) in connection with their motion for leave to take a deposition after the close of discovery. Based on REX's position, Zillow agreed to redact the motion and portions of the supporting papers that identified the affiliation of Zillow's proposed deponent and his connection to REX, filing unredacted versions of these papers under seal.

## II. MOTION TO SEAL

Zillow Defendants seek to provisionally seal the following documents under Local Civil Rule 5(g)(3)(B):

- Portions of Zillow's motion for leave to take a deposition after the close of discovery that identify the deponent's affiliation and connection to REX
- Portions of the Declaration of Aravind Swaminathan in support of the motion and of Exhibits 1 and 3 to that declaration that identify the deponent's affiliation and connection to REX.

REX has designated the information sought to be sealed as Confidential under the Amended Stipulated Protective Order and requested that this information not be publicly filed. Zillow takes no position on the propriety of sealing the information.

**CERTIFICATION**:

I certify that this memorandum contains 218 words, in compliance with the Local Civil Rules.

Respectfully submitted this 26th day of June, 2023.

ZILLOW DEFENDANTS' MOTION TO SEAL:
2:21-CV-00312-TSZ
- 1 -
ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, Washington 98101
+1 206 839 4300

Dated: May 26, 2023

By:   /s/ *Aravind Swaminathan*
      /s/ *Nicole Tadano*
      /s/ *Naomi J. Scotten*
      /s/ *Laura Najemy*

ORRICK, HERRINGTON & SUTCLIFFE LLP
Aravind Swaminathan (WSBA No. 33883)
aswaminathan@orrick.com
Nicole Tadano (WSBA No. 40531)
ntadano@orrick.com
401 Union Street, Suite 3300
Seattle, WA 98101
Telephone: 206-839-4300
Facsimile: 206-839-4301

Naomi J. Scotten (Admitted *Pro Hac Vice*)
nscotten@orrick.com
51 West 52nd Street
New York, NY 20005
Telephone: 212-506-5000

Laura Najemy (Admitted *Pro Hac Vice*)
lnajemy@orrick.com
222 Berkeley Street
Suite 2000
Boston, MA 02116
Telephone: 617-880-1800

**Attorneys for Defendants Zillow, Inc., Zillow Group, Inc., Zillow Homes, Inc., Zillow Listing Services, Inc., and Trulia, LLC**

ZILLOW DEFENDANTS' MOTION TO SEAL:
2:21-CV-00312-TSZ

- 2 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, Washington 98101
+1 206 839 4300