THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

REX – REAL ESTATE EXCHANGE, INC., a
Delaware corporation,

Plaintiff,

v.

ZILLOW, INC., a Washington corporation;
ZILLOW GROUP, INC., a Washington
corporation; ZILLOW HOMES, INC., a
Delaware corporation; ZILLOW LISTING
SERVICES, INC., a Washington corporation;
TRULIA, LLC, a Delaware limited liability
company; and THE NATIONAL
ASSOCIATION OF REALTORS, an Illinois
trade association,

Defendants.

No. 2:21-cv-00312-TSZ

**AGENDA FOR STATUS
CONFERENCE**

Pursuant to the Court's Minute Order (D.E. 265), the parties met and conferred and have agreed that there are no agenda items for discussion at the status conference scheduled for June 13, 2023, at 10:00 a.m.  The parties are diligently preparing the dispositive and expert-related motions that will be filed on June 8, 2023.

DATED: June 6, 2023

BOIES SCHILLER FLEXNER LLP

By:/s/ Ursula Ungaro
By:/s/ Stephen N. Zack
Ursula Ungaro (*Admitted Pro Hac Vice*)
Stephen N. Zack (*Admitted Pro Hac Vice*)
100 SE 2nd Street, Suite 2800
Miami, FL 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307
Email: uungaro@bsfllp.com
        szack@bsfllp.com

By:/s/ Carl E. Goldfarb

COOLEY LLP

By: /s/ Christopher B. Durbin
Christopher B. Durbin (WSBA No. 41159)
1700 Seventh Avenue
Suite 1900
Seattle, WA 98101-1355
Phone: (206) 452-8700
Fax: (206) 452-8800
Email: cdurbin@cooley.com

By:/s/ Ethan Glass
By:/s/ Samantha A. Strauss

AGENDA FOR STATUS CONFERENCE
Case No. 2:21-cv-00312-TSZ

BOIES SCHILLER FLEXNER LLP
401 E. Las Olas Blvd, Ste 1200
Fort Lauderdale, FL 33301
Phone (954) 356-0011

Carl E. Goldfarb (*Admitted Pro Hac Vice*)
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
Email: cgoldfarb@bsfllp.com

By:/s/ David Boies
David Boies (*Admitted Pro Hac Vice*)
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300
Email: dboies@bsfllp.com

McCARTY LAW PLLC

By:/s/ Darren L. McCarty
By:/s/ Cristina M. Moreno
Darren L. McCarty (*Admitted Pro Hac Vice*)
Cristina M. Moreno (*Admitted Pro Hac Vice*)
1410B West 51st Street
Austin, TX 78756
Telephone: 512-827-2902
Email: darren@mccartylawpllc.com

***Attorneys for Plaintiff REX-Real Estate Exchange, Inc.***

Ethan Glass (*Admitted pro hac vice*)
Samantha A. Strauss (*Admitted pro hac vice*)
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2400
Phone: (202) 776-2244
Fax: (202) 842-7899
eglass@cooley.com
sastrauss@cooley.com

By:/s/ Sarah M. Topol
Sarah M. Topol (*Admitted pro hac vice*)
55 Hudson Yards
New York, NY 10001
Tel: (212) 479-6000
stopol@cooley.com

By:/s/ Michael D. Bonanno
By:/s/ Kathleen Lanigan
By:/s/ Peter Benson
By:/s/ Michael Sebring
Michael D. Bonanno (*Admitted pro hac vice*)
Kathleen Lanigan (*Admitted pro hac vice*)
Peter Benson (*Admitted pro hac vice*)
Michael Sebring (*Admitted pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1300 I Street, Suite 900
Washington, D.C. 20005
Phone: (202)538-8000
Fax: (202) 538-8100
mikebonanno@quinnemanuel.com
katlanigan@quinnemanuel.com
peterbenson@quinnemanuel.com
michaelsebring@quinnemanuel.com

***Attorneys for The National Association of Realtors*®**
**Pursuant to this Court's Electronic Filing Procedure III L, the electronic signatory has obtained approval from all other signatories.

ORRICK, HERRINGTON & SUTCLIFFE
LLP

By:/s/ Aravind Swaminathan
By:/s/ Nicole Tadano
Aravind Swaminathan (WSBA No. #33883)
Nicole Tadano (WSBA No. 40531)
701 Fifth Avenue, Suite 5600
Seattle, WA 98104
Telephone: 206-839-4300
Facsimile: 206-839-4301
Email: aswaminathan@orrick.com
ntadano@orrick.com

By:/s/ Naomi J. Scotten
Naomi J. Scotten (*Admitted Pro Hac Vice*)
51 West 52nd Street
New York, NY 20005
Telephone: 212-506-5000
Email: nscotten@orrick.com

By:/s/ Laura B. Najemy
Laura B. Najemy (*Admitted Pro Hac Vice*)
lnajemy@orrick.com
222 Berkeley Street, Suite 2000
Boston, MA 02116
Telephone: 617-880-1800

By:/s/ Paul Stancil
Paul Stancil (*Admitted Pro Hac Vice*)
pstancil@orrick.com
609 Main Street
40th Floor
Houston, TX 77002
Telephone: 713-658-6446

DECHERT LLP

By: /s/ John Jurata
John "Jay" Jurata (*Admitted Pro Hac Vice*)
jay.jurata@dechert.com
1900 K Street, NW
Washington, DC 20006
Telephone: 202-261-3440

By: /s/ Russell P. Cohen
Russell P. Cohen (*Admitted Pro Hac Vice*)

russ.cohen@dechert.com
One Bush Street
Suite 1600
San Francisco, CA 94104
Telephone: 415-262-4506

***Attorneys for Defendants Zillow, Inc.,
Zillow Group, Inc., Zillow Homes, Inc.,
Zillow Listing Services, and Trulia, LLC***

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>CERTIFICATE OF SERVICE</u>

  I hereby certify that on June 6, 2023, I caused a true and correct copy of the foregoing to be filed in this Court's CM/ECF system, which will send notification of such filing to counsel of record.

  DATED: June 6, 2023

       By: *<u>/s/ Ursula Ungaro</u>*
         URSULA UNGARO, ESQ.

**AGENDA FOR STATUS CONFERENCE**

Case No.2:21-cv-00312-TSZ

**BOIES SCHILLER FLEXNER LLP**

401 E. Las Olas Blvd, Ste 1200
Fort Lauderdale, FL 33301