THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

REX - REAL ESTATE EXCHANGE, INC.,

      Plaintiff,

      v.

ZILLOW, INC., et al.,

      Defendants.

Case No. 2:21-CV-00312-TSZ

DECLARATION OF LAURA NAJEMY IN SUPPORT OF ZILLOW DEFENDANTS' MOTION TO SEAL

NOTE ON MOTION CALENDAR: June 23, 2023

DECLARATION OF LAURA NAJEMY ISO
MOTION TO SEAL
2:21-CV-00312-TSZ

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Site 3300
Seattle, Washington  98101
+1 206 839 4300

I, Laura Najemy, declare and state as follows:

1.      I am a partner at the law firm Orrick, Herrington & Sutcliffe LLP, counsel for defendants Zillow, Inc., Zillow Group, Inc., Zillow Homes, Inc., Zillow Listing Services, Inc., and Trulia, LLC (collectively "Zillow") in the above-captioned action.  I have personal knowledge of the facts set of the facts stated here in and, if called as a witness, would competently testify thereto.

2.      The Expert Report of David S. Evans was designated Confidential – Attorneys Eyes Only by Plaintiff REX.  Zillow Defendants seek to maintain under seal certain information reflected, at least, on pages 15, 23, 35, 109, 126, 127, 157, 158, 159, 196, 198, 223, 224, that discuss internal, non-public usability analyses of Zillow's changes to its website display and cite and quote from an internal, non-public Zillow presentations previously filed under seal.  Zillow Defendants have previously explained how public disclosure of this information in this presentation would put Zillow at a competitive disadvantage.  *See* Dkt. No. 242 (declaration from Ms. Thomas providing that non-public Zillow presentation from February 2021, contained non-public analyses of Zillow's changes to its website display had not been shared outside of Zillow would put Zillow at a competitive disadvantage as it shared confidential business information including business strategies and decision-making).

3.      The Expert Report of Aradhna Krishna was designated Confidential – Attorneys Eyes Only by Plaintiff REX.  Zillow Defendants seek to maintain under seal certain information reflected, at least, on pages 16-18, 20-21, and 25.  This material discusses non-public usability testing research conducted by Zillow.

4.      The Expert Reply Report of David S. Evans was designated Confidential – Attorneys Eyes Only by REX.  Zillow Defendants seek to maintain under seal certain information reflected, at least, on pages 2-4 (quoting documents regarding Zillow's internal business strategy discussions and usability testing research) 5-6, 11-14 (discussing non-public internal business strategy discussions, cost information and forecasts and resource allocation, third party contract provisions, internal board documents), 20, 30, 31, 33-34 (useability testing

DECLARATION OF LAURA NAJEMY ISO
MOTION TO SEAL                                    1
2:21-CV-00312-TSZ

results and business models analyses based on confidential Zillow data) pages 43 (business forecasts) 45 (discussing Zillow's financial cost projections), and Appendix C: Record Evidence from Zillow, that quotes from and discusses documents designated by Zillow Defendants as Confidential or Confidential – Attorneys Eyes Only, including non-public usability testing research, strategic risks, and business strategy discussions.

5.     The Expert Reply Report of Aradhna Krishna was designated Confidential – Attorneys Eyes Only by REX.  Zillow Defendants seek to maintain under seal certain information reflected, at least, on pages 10-13, the top of page 14, and the paragraph appearing on the bottom of page 15 and ending on the top of page 16. This material discusses the highly sensitive business models based on confidential Zillow data (which is also discussed in the Expert Rebuttal Report of Tülin Erdem), and discusses non-public usability testing research conducted by Zillow.

6.     The Expert Rebuttal Report of Tülin Erdem contains highly sensitive business models based on confidential Zillow data, and discusses testimony and documents regarding confidential, non-public usability testing, which Zillow Defendants have designated as Confidential – Attorneys' Eyes Only under the Court's Amended Stipulated Protective Order. This sensitive information is contained primarily in Appendix D to the Erdem Report, and in the Erdem Report, at least, at pages 57-66.

7.     The Rebuttal Expert Report of Steven Tadelis, Ph.D., contains highly sensitive pricing or cost information (at least at 16-17, & 91 n.405), non-public revenue information (at least at page 19 fn. 84), internal business discussions of competitors (at 81), business relationships with third parties (at least at 82 n.361, & 109-110), sensitive business strategy discussions (at least at 89-90, 113), highly sensitive business models based on confidential Zillow data (at least at 105).

8.     The June 1, 2023 deposition of David S. Evans contains testimony discussing certain confidential Zillow documents containing internal business strategy discussions and usability testing, at least on pages 72-73, 88, 243, 248.

DECLARATION OF LAURA NAJEMY ISO
MOTION TO SEAL
 2:21-CV-00312-TSZ

2

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington  98104-7097
+1 206 839 4300

9.      The excerpts from the May 24, 2023 deposition of Aradhna Krishna, Ph.D, contains testimony discussing Zillow's confidential usability testing and confidential buyer propensity model data, at least, on pages 66 and 279.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 8th day of June, 2023 in Needham, Massachusetts.


                                                    _s/ Laura Najemy_____

DECLARATION OF LAURA NAJEMY ISO
MOTION TO SEAL                          3
2:21-CV-00312-TSZ

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington  98104-7097
+1 206 839 4300