UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REX – REAL ESTATE EXCHANGE, INC.,<br><br>                    Plaintiff,<br><br>     v.<br><br>ZILLOW, INC., et al.,<br><br>                    Defendants. | C21-0312 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)     The Zillow Defendants having withdrawn, docket no. 325, their motion for leave to take a deposition after the close of discovery, the motion to seal, docket no. 320, is STRICKEN as moot.  Exhibits 1 and 3 to the Declaration of Aravind Swaminathan, docket no. 322, and the portion of the withdrawn motion that references these exhibits, docket no. 321, shall remain under seal.

(2)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 13th day of June, 2023.

                                        Ravi Subramanian
                                        Clerk

                                        s/Laurie Cuaresma
                                        Deputy Clerk

MINUTE ORDER - 1