THE HONORABLE THOMAS S. ZILLY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| REX – REAL ESTATE EXCHANGE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ZILLOW, INC., et al. <br><br> Defendants. | Case No. 2:21-cv-00312-TSZ <br><br> **DECLARATION OF MICHAEL BONANNO IN SUPPORT OF NAR'S OPPOSITION TO REX'S CONSOLIDATED MOTION FOR PARTIAL SUMMARY JUDGMENT AND MOTIONS TO EXCLUDE TESTIMONY OF JEFFREY PRINCE AND JEFFERY STEC** |

BONANNO DECL. ISO NAR'S OPPS. TO REX MOTS. SUMM. J. & EXCLUDE PRINCE, STEC
Case No. 2:21-cv-00312-TSZ

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1300 I St NW, Suite 900
Washington, DC 20005
(202) 538-8000

## DECLARATION OF MICHAEL BONANNO

I, Michael Bonanno, declare:

1. I am a partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, and counsel to Defendant National Association of REALTORS® (NAR) in the above-captioned matter.

2. I submit this declaration in support of NAR's Opposition to REX's Consolidated Motion for Partial Summary Judgment, NAR's Opposition to REX's Motion to Exclude Testimony from Jeffrey Prince, and NAR's Opposition to REX's Motion to Exclude Testimony from Jeffery Stec, all filed concurrently.

3. Attached hereto as **Exhibit A** is a true and correct copy of an NAR Background and Issue White Paper entitled "Display of MLS Database on the Proprietary Website of a MLS Participant," bates stamped NAR0003881.

4. Attached hereto as **Exhibit B** is a true and correct copy of a letter from NAR to Raleigh Regional Association of REALTORS®, dated April 9, 2001 and bates stamped NAR0003752.

5. Attached hereto as **Exhibit C** is a true and correct copy of excerpts from Rodney Gansho's 30(b)(6) deposition transcript, dated December 8, 2022.

6. Attached hereto as **Exhibit D** is a true and correct copy of an email from R. Gansho to L. Schwarm, dated July 23, 2021 and bates stamped NAR0103417.

7. Attached hereto as **Exhibit E** is a true and correct copy of an email from C. Niersbach to R. Butters, dated September 27, 2013 and bates stamped NAR0362204.

8. Attached hereto as **Exhibit F** is a true and correct copy of an email from K. Milligan to C. Baker, dated April 1, 2014 and bates stamped NAR0371997.

9. Attached hereto as **Exhibit G** is a true and correct copy of an email from S. Chard to R. Galicia, dated February 4, 2021 and bates stamped NAR0150729.

10. Attached hereto as **Exhibit H** is a true and correct copy of excerpts from Rene Galicia's deposition transcript, dated May 25, 2023.

11. Attached hereto as **Exhibit I** is a true and correct copy of excerpts from Rodney Gansho's 30(b)(6) deposition transcript, dated October 28, 2022.

BONANNO DECL. ISO NAR'S OPPS. TO REX MOTS. SUMM. J. & EXCLUDE PRINCE, STEC
Case No. 2:21-cv-00312-TSZ         1

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1300 I St NW, Suite 900
Washington, DC 20005
(202) 538-8000

12. Attached hereto as **Exhibit J** is a true and correct copy of excerpts from Clifford Niersbach's deposition transcript, dated May 23, 2023.

13. Attached hereto as **Exhibit K** is a true and correct copy of an email chain between R. Galicia and S. Shultz, dated July 28, 2020 and bates stamped NAR0030820.

14. Attached hereto as **Exhibit L** is a true and correct copy of an email from C. Hoffmann to R. Gansho, dated July 23, 2020 and bates stamped NAR0043262.

15. Attached hereto as **Exhibit M** is a true and correct copy of an email from R. Galicia to St. Croix Board of Realtors, dated March 18, 2021 and bates stamped NAR0094332.

16. Attached hereto as **Exhibit N** is a true and correct copy of an email from NAR Member Policy to M. DeFrank, dated November 4, 2014 and bates stamped NAR0362381.

17. Attached hereto as **Exhibit O** is a true and correct copy of excerpts from Curt Beardsley's deposition transcript, dated May 4, 2023.

18. Attached hereto as **Exhibit P** is a true and correct copy of an email from S. Chard to R. Galicia, dated February 12, 2021 and bates stamped NAR0150760.

19. Attached hereto as **Exhibit Q** is a true and correct copy of an email from R. Galicia to C. Dawson, dated January 4, 2021 and bates stamped NAR0094733.

20. Attached hereto as **Exhibit R** is a true and correct copy of excerpts from Jeffrey Prince's deposition transcript, dated May 19, 2023.

21. Attached hereto as **Exhibit S** is a true and correct copy of excerpts from Jeffery Stec's deposition transcript, dated May 26, 2023.

22. Attached hereto as **Exhibit T** is a true and correct copy of excerpts from Jeffrey M. Wooldridge, *Introductory Econometrics: A Modern Approach* (5th ed. 2012).

BONANNO DECL. ISO NAR'S OPPS. TO REX MOTS. SUMM. J. & EXCLUDE PRINCE, STEC
Case No. 2:21-cv-00312-TSZ — 2

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1300 I St NW, Suite 900
Washington, DC 20005
(202) 538-8000

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct.
3  This declaration was executed on June 26, 2023, in Washington, D.C.

_____
Michael Bonanno

BONANNO DECL. ISO NAR'S OPPS. TO REX
MOTS. SUMM. J. & EXCLUDE PRINCE, STEC
Case No. 2:21-cv-00312-TSZ                    3

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1300 I St NW, Suite 900
Washington, DC 20005
(202) 538-8000