# Exhibit F

Message

| | |
|---|---|
| **From:** | Kevin Milligan [/o=NAR/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=Kevin Milligan] |
| on behalf of | Kevin Milligan |
| **Sent**: | 4/1/2014 8:51:05 AM |
| **To**: | 'Cora Baker' [Cora@nsbboard.com] |
| **Subject**: | RE: MLS Rules 18.3.11 |

Yes.

---

**From:** Cora Baker [mailto:Cora@nsbboard.com]
**Sent:** Monday, March 31, 2014 3:25 PM
**To:** Kevin Milligan
**Subject:** MLS Rules 18.3.11


Kevin,

18.3.11  Our Board would like to leave off the first sentence which says:  Listings obtained through IDX must be displayed separately from listings  obtained from other sources….   But would like to leave the remaining of 18.3.11.  Can we do this as an option?


Cora Baker
Association Executive
New Smyrna Beach Board of REALTORS®
725 W. Canal Street
New Smyrna Beach, FL  32168
386-428-2104
386-426-6564

CONFIDENTIAL