# Exhibit T

INTRODUCTORY

# Econometrics

## A MODERN APPROACH

5th EDITION




Jeffrey M. Wooldridge

# Introductory Econometrics

Copyright 2012 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. Due to electronic rights, some third party content may be suppressed from the eBook and/or eChapter(s). Editorial review has deemed that any suppressed content does not materially affect the overall learning experience. Cengage Learning reserves the right to remove additional content at any time if subsequent rights restrictions require it.

Copyright 2012 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. Due to electronic rights, some third party content may be suppressed from the eBook and/or eChapter(s). Editorial review has deemed that any suppressed content does not materially affect the overall learning experience. Cengage Learning reserves the right to remove additional content at any time if subsequent rights restrictions require it.

# Introductory Econometrics

## A MODERN APPROACH

FIFTH EDITION

**Jeffrey M. Wooldridge**
*Michigan State University*

SOUTH-WESTERN
CENGAGE Learning

Australia • Brazil • Japan • Korea • Mexico • Singapore • Spain • United Kingdom • United States

Copyright 2012 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. Due to electronic rights, some third party content may be suppressed from the eBook and/or eChapter(s). Editorial review has deemed that any suppressed content does not materially affect the overall learning experience. Cengage Learning reserves the right to remove additional content at any time if subsequent rights restrictions require it.

This is an electronic version of the print textbook. Due to electronic rights restrictions, some third party content may be suppressed. Editorial review has deemed that any suppressed content does not materially affect the overall learning experience. The publisher reserves the right to remove content from this title at any time if subsequent rights restrictions require it. For valuable information on pricing, previous editions, changes to current editions, and alternate formats, please visit www.cengage.com/highered to search by ISBN#, author, title, or keyword for materials in your areas of interest.

Copyright 2012 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. Due to electronic rights, some third party content may be suppressed from the eBook and/or eChapter(s). Editorial review has deemed that any suppressed content does not materially affect the overall learning experience. Cengage Learning reserves the right to remove additional content at any time if subsequent rights restrictions require it.

SOUTH-WESTERN
CENGAGE Learning

***Introductory Econometrics: A Modern Approach*, Fifth Edition**
**Jeffrey M. Wooldridge**

Senior Vice President, LRS/Acquisitions & Solutions Planning: Jack W. Calhoun

Editorial Director, Business & Economics: Erin Joyner

Editor-in-Chief: Joe Sabatino

Executive Editor: Michael Worls

Associate Developmental Editor: Julie Warwick

Editorial Assistant: Libby Beiting-Lipps

Brand Management Director: Jason Sakos

Market Development Director: Lisa Lysne

Senior Brand Manager: Robin LeFevre

Senior Market Development Manager: John Carey

Content Production Manager: Jean Buttrom

Rights Acquisition Director: Audrey Pettengill

Rights Acquisition Specialist, Text/Image: John Hill

Media Editor: Anita Verma

Senior Manufacturing Planner: Kevin Kluck

Senior Art Director: Michelle Kunkler

Production Management and Composition: PreMediaGlobal

Internal Designer: PreMediaGlobal

Cover Designer: Rokusek Design

Cover Image: © Elena R/Shutterstock.com; Milosz Aniol/Shutterstock.com

© 2013, 2009 South-Western, Cengage Learning

ALL RIGHTS RESERVED. No part of this work covered by the copyright herein may be reproduced, transmitted, stored, or used in any form or by any means graphic, electronic, or mechanical, including but not limited to photocopying, recording, scanning, digitizing, taping, web distribution, information networks, or information storage and retrieval systems, except as permitted under Section 107 or 108 of the 1976 United States Copyright Act, without the prior written permission of the publisher.

For product information and technology assistance, contact us at
**Cengage Learning Customer & Sales Support, 1-800-354-9706**

For permission to use material from this text or product,
submit all requests online at **www.cengage.com/permissions**
Further permissions questions can be emailed to
**permissionrequest@cengage.com**

Library of Congress Control Number: 2012945120

ISBN-13: 978-1-111-53104-1

ISBN-10: 1-111-53104-8

**South-Western**
5191 Natorp Boulevard
Mason, OH 45040
USA

Cengage Learning products are represented in Canada by Nelson Education, Ltd.

For your course and learning solutions, visit **www.cengage.com**

Purchase any of our products at your local college store or at our preferred online store **www.cengagebrain.com**

Printed in the United States of America
1 2 3 4 5 6 7 16 15 14 13 12

Copyright 2012 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. Due to electronic rights, some third party content may be suppressed from the eBook and/or eChapter(s). Editorial review has deemed that any suppressed content does not materially affect the overall learning experience. Cengage Learning reserves the right to remove additional content at any time if subsequent rights restrictions require it.

# BRIEF CONTENTS


| | | |
|---|---|---|
| **Chapter 1** | The Nature of Econometrics and Economic Data | 1 |

## PART 1: Regression Analysis with Cross-Sectional Data 21

| | | |
|---|---|---|
| **Chapter 2** | The Simple Regression Model | 22 |
| **Chapter 3** | Multiple Regression Analysis: Estimation | 68 |
| **Chapter 4** | Multiple Regression Analysis: Inference | 118 |
| **Chapter 5** | Multiple Regression Analysis: OLS Asymptotics | 168 |
| **Chapter 6** | Multiple Regression Analysis: Further Issues | 186 |
| **Chapter 7** | Multiple Regression Analysis with Qualitative Information: Binary (or Dummy) Variables | 227 |
| **Chapter 8** | Heteroskedasticity | 268 |
| **Chapter 9** | More on Specification and Data Issues | 303 |

## PART 2: Regression Analysis with Time Series Data 343

| | | |
|---|---|---|
| **Chapter 10** | Basic Regression Analysis with Time Series Data | 344 |
| **Chapter 11** | Further Issues in Using OLS with Time Series Data | 380 |
| **Chapter 12** | Serial Correlation and Heteroskedasticity in Time Series Regressions | 412 |

## PART 3: Advanced Topics 447

| | | |
|---|---|---|
| **Chapter 13** | Pooling Cross Sections Across Time: Simple Panel Data Methods | 448 |
| **Chapter 14** | Advanced Panel Data Methods | 484 |
| **Chapter 15** | Instrumental Variables Estimation and Two Stage Least Squares | 512 |
| **Chapter 16** | Simultaneous Equations Models | 554 |
| **Chapter 17** | Limited Dependent Variable Models and Sample Selection Corrections | 583 |
| **Chapter 18** | Advanced Time Series Topics | 632 |
| **Chapter 19** | Carrying Out an Empirical Project | 676 |

## APPENDICES

| | | |
|---|---|---|
| **Appendix A** | Basic Mathematical Tools | 703 |
| **Appendix B** | Fundamentals of Probability | 722 |
| **Appendix C** | Fundamentals of Mathematical Statistics | 755 |
| **Appendix D** | Summary of Matrix Algebra | 796 |
| **Appendix E** | The Linear Regression Model in Matrix Form | 807 |
| **Appendix F** | Answers to Chapter Questions | 821 |
| **Appendix G** | Statistical Tables | 831 |

| | |
|---|---|
| **References** | **838** |
| **Glossary** | **844** |
| **Index** | **862** |




Copyright 2012 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. Due to electronic rights, some third party content may be suppressed from the eBook and/or eChapter(s). Editorial review has deemed that any suppressed content does not materially affect the overall learning experience. Cengage Learning reserves the right to remove additional content at any time if subsequent rights restrictions require it.

# CONTENTS

Preface xv
About the Author xxv

## CHAPTER 1 The Nature of Econometrics and Economic Data 1

1.1 What Is Econometrics? 1
1.2 Steps in Empirical Economic Analysis 2
1.3 The Structure of Economic Data 5
*Cross-Sectional Data 5*
*Time Series Data 8*
*Pooled Cross Sections 9*
*Panel or Longitudinal Data 10*
*A Comment on Data Structures 11*
1.4 Causality and the Notion of Ceteris Paribus in Econometric Analysis 12
Summary 16
Key Terms 17
Problems 17
Computer Exercises 17

## PART 1

## Regression Analysis with Cross-Sectional Data 21

## CHAPTER 2 The Simple Regression Model 22

2.1 Definition of the Simple Regression Model 22
2.2 Deriving the Ordinary Least Squares Estimates 27
*A Note on Terminology 34*
2.3 Properties of OLS on Any Sample of Data 35
*Fitted Values and Residuals 35*
*Algebraic Properties of OLS Statistics 36*
*Goodness-of-Fit 38*
2.4 Units of Measurement and Functional Form 39
*The Effects of Changing Units of Measurement on OLS Statistics 40*
*Incorporating Nonlinearities in Simple Regression 41*
*The Meaning of "Linear" Regression 44*
2.5 Expected Values and Variances of the OLS Estimators 45
*Unbiasedness of OLS 45*
*Variances of the OLS Estimators 50*
*Estimating the Error Variance 54*
2.6 Regression through the Origin and Regression on a Constant 57
Summary 58
Key Terms 59
Problems 60
Computer Exercises 63
Appendix 2A 66

## CHAPTER 3 Multiple Regression Analysis: Estimation 68

3.1 Motivation for Multiple Regression 69
*The Model with Two Independent Variables 69*
*The Model with k Independent Variables 71*
3.2 Mechanics and Interpretation of Ordinary Least Squares 72
*Obtaining the OLS Estimates 72*
*Interpreting the OLS Regression Equation 74*
*On the Meaning of "Holding Other Factors Fixed" in Multiple Regression 76*
*Changing More Than One Independent Variable Simultaneously 77*



Copyright 2012 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. Due to electronic rights, some third party content may be suppressed from the eBook and/or eChapter(s). Editorial review has deemed that any suppressed content does not materially affect the overall learning experience. Cengage Learning reserves the right to remove additional content at any time if subsequent rights restrictions require it.

*OLS Fitted Values and Residuals* 77
*A "Partialling Out" Interpretation of Multiple Regression* 78
*Comparison of Simple and Multiple Regression Estimates* 78
*Goodness-of-Fit* 80
*Regression through the Origin* 81
**3.3** The Expected Value of the OLS Estimators 83
*Including Irrelevant Variables in a Regression Model* 88
*Omitted Variable Bias: The Simple Case* 88
*Omitted Variable Bias: More General Cases* 91
**3.4** The Variance of the OLS Estimators 93
*The Components of the OLS Variances: Multicollinearity* 94
*Variances in Misspecified Models* 98
*Estimating $\sigma^2$: Standard Errors of the OLS Estimators* 99
**3.5** Efficiency of OLS: The Gauss-Markov Theorem 101
**3.6** Some Comments on the Language of Multiple Regression Analysis 103
Summary 104
Key Terms 105
Problems 106
Computer Exercises 110
Appendix 3A 113

## CHAPTER 4 Multiple Regression Analysis: Inference 118

**4.1** Sampling Distributions of the OLS Estimators 118
**4.2** Testing Hypotheses about a Single Population Parameter: The *t* Test 121
*Testing against One-Sided Alternatives* 123
*Two-Sided Alternatives* 128
*Testing Other Hypotheses about $\beta_j$* 130
*Computing p-Values for t Tests* 133
*A Reminder on the Language of Classical Hypothesis Testing* 135
*Economic, or Practical, versus Statistical Significance* 135
**4.3** Confidence Intervals 138
**4.4** Testing Hypotheses about a Single Linear Combination of the Parameters 140
**4.5** Testing Multiple Linear Restrictions: The *F* Test 143
*Testing Exclusion Restrictions* 143
*Relationship between F and t Statistics* 149
*The R-Squared Form of the F Statistic* 150
*Computing p-Values for F Tests* 151
*The F Statistic for Overall Significance of a Regression* 152
*Testing General Linear Restrictions* 153
**4.6** Reporting Regression Results 154
Summary 157
Key Terms 159
Problems 159
Computer Exercises 164

## CHAPTER 5 Multiple Regression Analysis: OLS Asymptotics 168

**5.1** Consistency 169
*Deriving the Inconsistency in OLS* 172
**5.2** Asymptotic Normality and Large Sample Inference 173
*Other Large Sample Tests: The Lagrange Multiplier Statistic* 178
**5.3** Asymptotic Efficiency of OLS 181
Summary 182
Key Terms 183
Problems 183
Computer Exercises 183
Appendix 5A 185

## CHAPTER 6 Multiple Regression Analysis: Further Issues 186

**6.1** Effects of Data Scaling on OLS Statistics 186
*Beta Coefficients* 189
**6.2** More on Functional Form 191
*More on Using Logarithmic Functional Forms* 191
*Models with Quadratics* 194
*Models with Interaction Terms* 198
**6.3** More on Goodness-of-Fit and Selection of Regressors 200
*Adjusted R-Squared* 202
*Using Adjusted R-Squared to Choose between Nonnested Models* 203

Copyright 2012 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. Due to electronic rights, some third party content may be suppressed from the eBook and/or eChapter(s). Editorial review has deemed that any suppressed content does not materially affect the overall learning experience. Cengage Learning reserves the right to remove additional content at any time if subsequent rights restrictions require it.

*Controlling for Too Many Factors in Regression Analysis* 205
*Adding Regressors to Reduce the Error Variance* 206
**6.4** Prediction and Residual Analysis 207
*Confidence Intervals for Predictions* 207
*Residual Analysis* 211
*Predicting y When log(y) Is the Dependent Variable* 212
Summary 216
Key Terms 217
Problems 218
Computer Exercises 220
Appendix 6A 225

## CHAPTER 7 Multiple Regression Analysis with Qualitative Information: Binary (or Dummy) Variables 227

**7.1** Describing Qualitative Information 227
**7.2** A Single Dummy Independent Variable 228
*Interpreting Coefficients on Dummy Explanatory Variables When the Dependent Variable Is log(y)* 233
**7.3** Using Dummy Variables for Multiple Categories 235
*Incorporating Ordinal Information by Using Dummy Variables* 237
**7.4** Interactions Involving Dummy Variables 240
*Interactions among Dummy Variables* 240
*Allowing for Different Slopes* 241
*Testing for Differences in Regression Functions across Groups* 245
**7.5** A Binary Dependent Variable: The Linear Probability Model 248
**7.6** More on Policy Analysis and Program Evaluation 253
**7.7** Interpreting Regression Results with Discrete Dependent Variables 256
Summary 257
Key Terms 258
Problems 258
Computer Exercises 262

## CHAPTER 8 Heteroskedasticity 268

**8.1** Consequences of Heteroskedasticity for OLS 268
**8.2** Heteroskedasticity-Robust Inference after OLS Estimation 269
*Computing Heteroskedasticity-Robust **LM** Tests* 274
**8.3** Testing for Heteroskedasticity 275
*The White Test for Heteroskedasticity* 279
**8.4** Weighted Least Squares Estimation 280
*The Heteroskedasticity Is Known up to a Multiplicative Constant* 281
*The Heteroskedasticity Function Must Be Estimated: Feasible GLS* 286
*What If the Assumed Heteroskedasticity Function Is Wrong?* 290
*Prediction and Prediction Intervals with Heteroskedasticity* 292
**8.5** The Linear Probability Model Revisited 294
Summary 296
Key Terms 297
Problems 297
Computer Exercises 299

## CHAPTER 9 More on Specification and Data Issues 303

**9.1** Functional Form Misspecification 304
*RESET as a General Test for Functional Form Misspecification* 306
*Tests against Nonnested Alternatives* 307
**9.2** Using Proxy Variables for Unobserved Explanatory Variables 308
*Using Lagged Dependent Variables as Proxy Variables* 313
*A Different Slant on Multiple Regression* 314
**9.3** Models with Random Slopes 315
**9.4** Properties of OLS under Measurement Error 317
*Measurement Error in the Dependent Variable* 318
*Measurement Error in an Explanatory Variable* 320
**9.5** Missing Data, Nonrandom Samples, and Outlying Observations 324

Copyright 2012 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. Due to electronic rights, some third party content may be suppressed from the eBook and/or eChapter(s). Editorial review has deemed that any suppressed content does not materially affect the overall learning experience. Cengage Learning reserves the right to remove additional content at any time if subsequent rights restrictions require it.

*Missing Data* 324
*Nonrandom Samples* 324
*Outliers and Influential Observations* 326
9.6 Least Absolute Deviations Estimation 331
Summary 334
Key Terms 335
Problems 335
Computer Exercises 338

## PART 2

## Regression Analysis with Time Series Data 343

### CHAPTER 10 Basic Regression Analysis with Time Series Data 344

10.1 The Nature of Time Series Data 344
10.2 Examples of Time Series Regression Models 345
*Static Models* 346
*Finite Distributed Lag Models* 346
*A Convention about the Time Index* 349
10.3 Finite Sample Properties of OLS under Classical Assumptions 349
*Unbiasedness of OLS* 349
*The Variances of the OLS Estimators and the Gauss-Markov Theorem* 352
*Inference under the Classical Linear Model Assumptions* 355
10.4 Functional Form, Dummy Variables, and Index Numbers 356
10.5 Trends and Seasonality 363
*Characterizing Trending Time Series* 363
*Using Trending Variables in Regression Analysis* 366
*A Detrending Interpretation of Regressions with a Time Trend* 368
*Computing R-Squared when the Dependent Variable Is Trending* 370
*Seasonality* 371
Summary 373
Key Terms 374
Problems 375
Computer Exercises 377

### CHAPTER 11 Further Issues in Using OLS with Time Series Data 380

11.1 Stationary and Weakly Dependent Time Series 381
*Stationary and Nonstationary Time Series* 381
*Weakly Dependent Time Series* 382
11.2 Asymptotic Properties of OLS 384
11.3 Using Highly Persistent Time Series in Regression Analysis 391
*Highly Persistent Time Series* 391
*Transformations on Highly Persistent Time Series* 395
*Deciding Whether a Time Series Is I(1)* 396
11.4 Dynamically Complete Models and the Absence of Serial Correlation 399
11.5 The Homoskedasticity Assumption for Time Series Models 402
Summary 402
Key Terms 404
Problems 404
Computer Exercises 407

### CHAPTER 12 Serial Correlation and Heteroskedasticity in Time Series Regressions 412

12.1 Properties of OLS with Serially Correlated Errors 412
*Unbiasedness and Consistency* 412
*Efficiency and Inference* 413
*Goodness-of-Fit* 414
*Serial Correlation in the Presence of Lagged Dependent Variables* 415
12.2 Testing for Serial Correlation 416
*A t Test for AR(1) Serial Correlation with Strictly Exogenous Regressors* 416
*The Durbin-Watson Test under Classical Assumptions* 418
*Testing for AR(1) Serial Correlation without Strictly Exogenous Regressors* 420
*Testing for Higher Order Serial Correlation* 421
12.3 Correcting for Serial Correlation with Strictly Exogenous Regressors 423
*Obtaining the Best Linear Unbiased Estimator in the AR(1) Model* 423

Copyright 2012 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. Due to electronic rights, some third party content may be suppressed from the eBook and/or eChapter(s). Editorial review has deemed that any suppressed content does not materially affect the overall learning experience. Cengage Learning reserves the right to remove additional content at any time if subsequent rights restrictions require it.

*Feasible GLS Estimation with AR(1) Errors 425*
*Comparing OLS and FGLS 427*
*Correcting for Higher Order Serial Correlation 428*
12.4 Differencing and Serial Correlation 429
12.5 Serial Correlation-Robust Inference after OLS 431
12.6 Heteroskedasticity in Time Series Regressions 434
*Heteroskedasticity-Robust Statistics 435*
*Testing for Heteroskedasticity 435*
*Autoregressive Conditional Heteroskedasticity 436*
*Heteroskedasticity and Serial Correlation in Regression Models 438*
Summary 439
Key Terms 440
Problems 440
Computer Exercises 441

PART 3

## Advanced Topics 447

### CHAPTER 13 Pooling Cross Sections across Time: Simple Panel Data Methods 448

13.1 Pooling Independent Cross Sections across Time 449
*The Chow Test for Structural Change across Time 453*
13.2 Policy Analysis with Pooled Cross Sections 454
13.3 Two-Period Panel Data Analysis 459
*Organizing Panel Data 465*
13.4 Policy Analysis with Two-Period Panel Data 465
13.5 Differencing with More Than Two Time Periods 468
*Potential Pitfalls in First Differencing Panel Data 473*
Summary 474
Key Terms 474
Problems 474
Computer Exercises 476
Appendix 13A 481

### CHAPTER 14 Advanced Panel Data Methods 484

14.1 Fixed Effects Estimation 484
*The Dummy Variable Regression 488*
*Fixed Effects or First Differencing? 489*
*Fixed Effects with Unbalanced Panels 491*
14.2 Random Effects Models 492
*Random Effects or Fixed Effects? 495*
14.3 The Correlated Random Effects Approach 497
14.4 Applying Panel Data Methods to Other Data Structures 499
Summary 501
Key Terms 502
Problems 502
Computer Exercises 503
Appendix 14A 509

### CHAPTER 15 Instrumental Variables Estimation and Two Stage Least Squares 512

15.1 Motivation: Omitted Variables in a Simple Regression Model 513
*Statistical Inference with the IV Estimator 517*
*Properties of IV with a Poor Instrumental Variable 521*
*Computing R-Squared after IV Estimation 523*
15.2 IV Estimation of the Multiple Regression Model 524
15.3 Two Stage Least Squares 528
*A Single Endogenous Explanatory Variable 528*
*Multicollinearity and 2SLS 530*
*Multiple Endogenous Explanatory Variables 531*
*Testing Multiple Hypotheses after 2SLS Estimation 532*
15.4 IV Solutions to Errors-in-Variables Problems 532
15.5 Testing for Endogeneity and Testing Overidentifying Restrictions 534
*Testing for Endogeneity 534*
*Testing Overidentification Restrictions 535*
15.6 2SLS with Heteroskedasticity 538

Copyright 2012 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. Due to electronic rights, some third party content may be suppressed from the eBook and/or eChapter(s). Editorial review has deemed that any suppressed content does not materially affect the overall learning experience. Cengage Learning reserves the right to remove additional content at any time if subsequent rights restrictions require it.

15.7 Applying 2SLS to Time Series Equations 538
15.8 Applying 2SLS to Pooled Cross Sections and Panel Data 540
Summary 542
Key Terms 543
Problems 543
Computer Exercises 546
Appendix 15A 551

## CHAPTER 16 Simultaneous Equations Models 554

16.1 The Nature of Simultaneous Equations Models 555
16.2 Simultaneity Bias in OLS 558
16.3 Identifying and Estimating a Structural Equation 560
*Identification in a Two-Equation System 560*
*Estimation by 2SLS 565*
16.4 Systems with More Than Two Equations 567
*Identification in Systems with Three or More Equations 567*
*Estimation 568*
16.5 Simultaneous Equations Models with Time Series 568
16.6 Simultaneous Equations Models with Panel Data 572
Summary 574
Key Terms 575
Problems 575
Computer Exercises 578

## CHAPTER 17 Limited Dependent Variable Models and Sample Selection Corrections 583

17.1 Logit and Probit Models for Binary Response 584
*Specifying Logit and Probit Models 584*
*Maximum Likelihood Estimation of Logit and Probit Models 587*
*Testing Multiple Hypotheses 588*
*Interpreting the Logit and Probit Estimates 589*
17.2 The Tobit Model for Corner Solution Responses 596
*Interpreting the Tobit Estimates 598*
*Specification Issues in Tobit Models 603*
17.3 The Poisson Regression Model 604
17.4 Censored and Truncated Regression Models 609
*Censored Regression Models 609*
*Truncated Regression Models 613*
17.5 Sample Selection Corrections 615
*When Is OLS on the Selected Sample Consistent? 615*
*Incidental Truncation 617*
Summary 621
Key Terms 622
Problems 622
Computer Exercises 624
Appendix 17A 630
Appendix 17B 630

## CHAPTER 18 Advanced Time Series Topics 632

18.1 Infinite Distributed Lag Models 633
*The Geometric (or Koyck) Distributed Lag 635*
*Rational Distributed Lag Models 637*
18.2 Testing for Unit Roots 639
18.3 Spurious Regression 644
18.4 Cointegration and Error Correction Models 646
*Cointegration 646*
*Error Correction Models 651*
18.5 Forecasting 652
*Types of Regression Models Used for Forecasting 654*
*One-Step-Ahead Forecasting 655*
*Comparing One-Step-Ahead Forecasts 658*
*Multiple-Step-Ahead Forecasts 660*
*Forecasting Trending, Seasonal, and Integrated Processes 662*
Summary 667
Key Terms 669
Problems 669
Computer Exercises 671

Copyright 2012 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. Due to electronic rights, some third party content may be suppressed from the eBook and/or eChapter(s). Editorial review has deemed that any suppressed content does not materially affect the overall learning experience. Cengage Learning reserves the right to remove additional content at any time if subsequent rights restrictions require it.

## CHAPTER 19 Carrying Out an Empirical Project 676


**19.1** Posing a Question 676

**19.2** Literature Review 678

**19.3** Data Collection 679

*Deciding on the Appropriate Data Set 679*

*Entering and Storing Your Data 680*

*Inspecting, Cleaning, and Summarizing Your Data 682*

**19.4** Econometric Analysis 683

**19.5** Writing an Empirical Paper 686

*Introduction 686*

*Conceptual (or Theoretical) Framework 687*

*Econometric Models and Estimation Methods 687*

*The Data 690*

*Results 690*

*Conclusions 691*

*Style Hints 692*

Summary 694

Key Terms 694

Sample Empirical Projects 694

List of Journals 700

Data Sources 701


## APPENDIX A Basic Mathematical Tools 703


**A.1** The Summation Operator and Descriptive Statistics 703

**A.2** Properties of Linear Functions 705

**A.3** Proportions and Percentages 707

**A.4** Some Special Functions and Their Properties 710

*Quadratic Functions 710*

*The Natural Logarithm 712*

*The Exponential Function 716*

**A.5** Differential Calculus 717

Summary 719

Key Terms 719

Problems 719


## APPENDIX B Fundamentals of Probability 722


**B.1** Random Variables and Their Probability Distributions 722

*Discrete Random Variables 723*

*Continuous Random Variables 725*

**B.2** Joint Distributions, Conditional Distributions, and Independence 727

*Joint Distributions and Independence 727*

*Conditional Distributions 729*

**B.3** Features of Probability Distributions 730

*A Measure of Central Tendency: The Expected Value 730*

*Properties of Expected Values 731*

*Another Measure of Central Tendency: The Median 733*

*Measures of Variability: Variance and Standard Deviation 734*

*Variance 734*

*Standard Deviation 736*

*Standardizing a Random Variable 736*

*Skewness and Kurtosis 737*

**B.4** Features of Joint and Conditional Distributions 737

*Measures of Association: Covariance and Correlation 737*

*Covariance 737*

*Correlation Coefficient 739*

*Variance of Sums of Random Variables 740*

*Conditional Expectation 741*

*Properties of Conditional Expectation 742*

*Conditional Variance 744*

**B.5** The Normal and Related Distributions 745

*The Normal Distribution 745*

*The Standard Normal Distribution 746*


Copyright 2012 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. Due to electronic rights, some third party content may be suppressed from the eBook and/or eChapter(s). Editorial review has deemed that any suppressed content does not materially affect the overall learning experience. Cengage Learning reserves the right to remove additional content at any time if subsequent rights restrictions require it.

*Additional Properties of the Normal Distribution 748*
*The Chi-Square Distribution 749*
*The t Distribution 749*
*The F Distribution 750*
Summary 752
Key Terms 752
Problems 752

## APPENDIX C Fundamentals of Mathematical Statistics 755

**C.1** Populations, Parameters, and Random Sampling 755
*Sampling 756*
**C.2** Finite Sample Properties of Estimators 756
*Estimators and Estimates 757*
*Unbiasedness 758*
*The Sampling Variance of Estimators 760*
*Efficiency 762*
**C.3** Asymptotic or Large Sample Properties of Estimators 763
*Consistency 763*
*Asymptotic Normality 766*
**C.4** General Approaches to Parameter Estimation 768
*Method of Moments 768*
*Maximum Likelihood 769*
*Least Squares 770*
**C.5** Interval Estimation and Confidence Intervals 770
*The Nature of Interval Estimation 770*
*Confidence Intervals for the Mean from a Normally Distributed Population 772*
*A Simple Rule of Thumb for a 95% Confidence Interval 775*
*Asymptotic Confidence Intervals for Nonnormal Populations 776*
**C.6** Hypothesis Testing 777
*Fundamentals of Hypothesis Testing 778*
*Testing Hypotheses about the Mean in a Normal Population 780*
*Asymptotic Tests for Nonnormal Populations 783*
*Computing and Using p-Values 784*
*The Relationship between Confidence Intervals and Hypothesis Testing 787*
*Practical versus Statistical Significance 788*
**C.7** Remarks on Notation 789
Summary 790
Key Terms 790
Problems 791

## APPENDIX D Summary of Matrix Algebra 796

**D.1** Basic Definitions 796
**D.2** Matrix Operations 797
*Matrix Addition 797*
*Scalar Multiplication 798*
*Matrix Multiplication 798*
*Transpose 799*
*Partitioned Matrix Multiplication 800*
*Trace 800*
*Inverse 801*
**D.3** Linear Independence and Rank of a Matrix 801
**D.4** Quadratic Forms and Positive Definite Matrices 802
**D.5** Idempotent Matrices 802
**D.6** Differentiation of Linear and Quadratic Forms 803
**D.7** Moments and Distributions of Random Vectors 803
*Expected Value 803*
*Variance-Covariance Matrix 803*
*Multivariate Normal Distribution 804*
*Chi-Square Distribution 804*
*t Distribution 805*
*F Distribution 805*
Summary 805
Key Terms 805
Problems 806

Copyright 2012 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. Due to electronic rights, some third party content may be suppressed from the eBook and/or eChapter(s). Editorial review has deemed that any suppressed content does not materially affect the overall learning experience. Cengage Learning reserves the right to remove additional content at any time if subsequent rights restrictions require it.

**APPENDIX E** The Linear Regression Model in Matrix Form 807

E.1 The Model and Ordinary Least Squares Estimation 807
E.2 Finite Sample Properties of OLS 809
E.3 Statistical Inference 813
E.4 Some Asymptotic Analysis 815
*Wald Statistics for Testing Multiple Hypotheses 818*
Summary 819
Key Terms 819
Problems 819

**APPENDIX F** Answers to Chapter Questions 821

**APPENDIX G** Statistical Tables 831

References 838
Glossary 844
Index 862

Copyright 2012 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. Due to electronic rights, some third party content may be suppressed from the eBook and/or eChapter(s). Editorial review has deemed that any suppressed content does not materially affect the overall learning experience. Cengage Learning reserves the right to remove additional content at any time if subsequent rights restrictions require it.

Using the data in HPRICE2.RAW, the estimated model is

$$\widehat{\log(price)} = \underset{(0.32)}{11.08} - \underset{(.117)}{.954}\log(nox) - \underset{(.043)}{.134}\log(dist) + \underset{(.019)}{.255}\,rooms - \underset{(.006)}{.052}\,stratio$$

$$n = 506,\ R^2 = .581.$$

The slope estimates all have the anticipated signs. Each coefficient is statistically different from zero at very small significance levels, including the coefficient on log(*nox*). But we do not want to test that $\beta_1 = 0$. The null hypothesis of interest is $H_0$: $\beta_1 = -1$, with corresponding *t* statistic $(-.954 + 1)/.117 = .393$. There is little need to look in the *t* table for a critical value when the *t* statistic is this small: the estimated elasticity is not statistically different from $-1$ even at very large significance levels. Controlling for the factors we have included, there is little evidence that the elasticity is different from $-1$.

## Computing *p*-Values for *t* Tests

So far, we have talked about how to test hypotheses using a classical approach: after stating the alternative hypothesis, we choose a significance level, which then determines a critical value. Once the critical value has been identified, the value of the *t* statistic is compared with the critical value, and the null is either rejected or not rejected at the given significance level.

Even after deciding on the appropriate alternative, there is a component of arbitrariness to the classical approach, which results from having to choose a significance level ahead of time. Different researchers prefer different significance levels, depending on the particular application. There is no "correct" significance level.

Committing to a significance level ahead of time can hide useful information about the outcome of a hypothesis test. For example, suppose that we wish to test the null hypothesis that a parameter is zero against a two-sided alternative, and with 40 degrees of freedom we obtain a *t* statistic equal to 1.85. The null hypothesis is not rejected at the 5% level, since the *t* statistic is less than the two-tailed critical value of $c = 2.021$. A researcher whose agenda is not to reject the null could simply report this outcome along with the estimate: the null hypothesis is not rejected at the 5% level. Of course, if the *t* statistic, or the coefficient and its standard error, are reported, then we can also determine that the null hypothesis would be rejected at the 10% level, since the 10% critical value is $c = 1.684$.

Rather than testing at different significance levels, it is more informative to answer the following question: Given the observed value of the *t* statistic, what is the *smallest* significance level at which the null hypothesis would be rejected? This level is known as the ***p*-value** for the test (see Appendix C). In the previous example, we know the *p*-value is greater than .05, since the null is not rejected at the 5% level, and we know that the *p*-value is less than .10, since the null is rejected at the 10% level. We obtain the actual *p*-value by computing the probability that a *t* random variable, with 40 *df*, is larger than 1.85 in absolute value. That is, the *p*-value is the significance level of the test when we use the value of the test statistic, 1.85 in the above example, as the critical value for the test. This *p*-value is shown in Figure 4.6.

Because a *p*-value is a probability, its value is always between zero and one. In order to compute *p*-values, we either need extremely detailed printed tables of the

Copyright 2012 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. Due to electronic rights, some third party content may be suppressed from the eBook and/or eChapter(s). Editorial review has deemed that any suppressed content does not materially affect the overall learning experience. Cengage Learning reserves the right to remove additional content at any time if subsequent rights restrictions require it.

**FIGURE 4.6** Obtaining the *p*-value against a two-sided alternative, when $t = 1.85$ and $df = 40$.




*t* distribution—which is not very practical—or a computer program that computes areas under the probability density function of the *t* distribution. Most modern regression packages have this capability. Some packages compute *p*-values routinely with each OLS regression, but only for certain hypotheses. If a regression package reports a *p*-value along with the standard OLS output, it is almost certainly the *p*-value for testing the null hypothesis $H_0$: $\beta_j = 0$ against the two-sided alternative. The *p*-value in this case is

$$P(|T| > |t|), \quad [4.15]$$

where, for clarity, we let $T$ denote a *t* distributed random variable with $n - k - 1$ degrees of freedom and let $t$ denote the numerical value of the test statistic.

The *p*-value nicely summarizes the strength or weakness of the empirical evidence against the null hypothesis. Perhaps its most useful interpretation is the following: the *p*-value is the probability of observing a *t* statistic as extreme as we did *if the null hypothesis is true*. This means that *small* *p*-values are evidence *against* the null; large *p*-values provide little evidence against $H_0$. For example, if the *p*-value = .50 (reported always as a decimal, not a percentage), then we would observe a value of the *t* statistic as extreme as we did in 50% of all random samples when the null hypothesis is true; this is pretty weak evidence against $H_0$.

In the example with $df = 40$ and $t = 1.85$, the *p*-value is computed as

$$p\text{-value} = P(|T| > 1.85) = 2P(T > 1.85) = 2(.0359) = .0718,$$

Copyright 2012 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. Due to electronic rights, some third party content may be suppressed from the eBook and/or eChapter(s). Editorial review has deemed that any suppressed content does not materially affect the overall learning experience. Cengage Learning reserves the right to remove additional content at any time if subsequent rights restrictions require it.

where $P(T > 1.85)$ is the area to the right of 1.85 in a $t$ distribution with 40 $df$. (This value was computed using the econometrics package Stata; it is not available in Table G.2.) This means that, if the null hypothesis is true, we would observe an absolute value of the $t$ statistic as large as 1.85 about 7.2 percent of the time. This provides some evidence against the null hypothesis, but we would not reject the null at the 5% significance level.

The previous example illustrates that once the $p$-value has been computed, a classical test can be carried out at any desired level. If $\alpha$ denotes the significance level of the test (in decimal form), then $H_0$ is rejected if $p\text{-value} < \alpha$; otherwise, $H_0$ is not rejected at the $100 \cdot \alpha\%$ level.

Computing $p$-values for one-sided alternatives is also quite simple. Suppose, for example, that we test $H_0$: $\beta_j = 0$ against $H_1$: $\beta_j > 0$. If $\hat{\beta}_j < 0$, then computing a $p$-value is not important: we know that the $p$-value is greater than .50, which will never cause us to reject $H_0$ in favor of $H_1$. If $\hat{\beta}_j > 0$, then $t > 0$ and the $p$-value is just the probability that a $t$ random variable with the appropriate $df$ exceeds the value $t$. Some regression packages only compute $p$-values for two-sided alternatives. But it is simple to obtain the one-sided $p$-value: just divide the two-sided $p$-value by 2.

If the alternative is $H_1$: $\beta_j < 0$, it makes sense to compute a $p$-value if $\hat{\beta}_j < 0$ (and hence $t < 0$): $p\text{-value} = P(T < t) = P(T > |t|)$ because the $t$ distribution is symmetric about zero. Again, this can be obtained as one-half of the $p$-value for the two-tailed test.

**EXPLORING FURTHER 4.3**

Suppose you estimate a regression model and obtain $\hat{\beta}_1 = .56$ and $p\text{-value} = .086$ for testing $H_0$: $\beta_1 = 0$ against $H_1$: $\beta_1 \neq 0$. What is the $p$-value for testing $H_0$: $\beta_1 = 0$ against $H_1$: $\beta_1 > 0$?

Because you will quickly become familiar with the magnitudes of $t$ statistics that lead to statistical significance, especially for large sample sizes, it is not always crucial to report $p$-values for $t$ statistics. But it does not hurt to report them. Further, when we discuss $F$ testing in Section 4.5, we will see that it is important to compute $p$-values, because critical values for $F$ tests are not so easily memorized.

## A Reminder on the Language of Classical Hypothesis Testing

When $H_0$ is not rejected, we prefer to use the language "we fail to reject $H_0$ at the x% level," rather than "$H_0$ is accepted at the x% level." We can use Example 4.5 to illustrate why the former statement is preferred. In this example, the estimated elasticity of *price* with respect to *nox* is −.954, and the $t$ statistic for testing $H_0$: $\beta_{nox} = -1$ is $t = .393$; therefore, we cannot reject $H_0$. But there are many other values for $\beta_{nox}$ (more than we can count) that cannot be rejected. For example, the $t$ statistic for $H_0$: $\beta_{nox} = -.9$ is $(-.954 + .9)/.117 = -.462$, and so this null is not rejected either. Clearly $\beta_{nox} = -1$ and $\beta_{nox} = -.9$ cannot both be true, so it makes no sense to say that we "accept" either of these hypotheses. All we can say is that the data do not allow us to reject either of these hypotheses at the 5% significance level.

## Economic, or Practical, versus Statistical Significance

Because we have emphasized *statistical significance* throughout this section, now is a good time to remember that we should pay attention to the magnitude of the *coefficient* estimates in addition to the size of the $t$ statistics. The statistical significance of a variable $x_j$ is determined entirely by the size of $t_{\hat{\beta}_j}$, whereas the **economic significance** or **practical significance** of a variable is related to the size (and sign) of $\hat{\beta}_j$.

Copyright 2012 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. Due to electronic rights, some third party content may be suppressed from the eBook and/or eChapter(s). Editorial review has deemed that any suppressed content does not materially affect the overall learning experience. Cengage Learning reserves the right to remove additional content at any time if subsequent rights restrictions require it.