THE HONORABLE THOMAS S. ZILLY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| REX – REAL ESTATE EXCHANGE, INC., | Case No. 2:21-cv-00312-TSZ |
| Plaintiff, | **THE NATIONAL ASSOCIATION OF REALTORS'® RESPONSE TO REX MOTION TO SEAL** |
| v. | |
| ZILLOW, INC., et al. | NOTE ON MOTION CALENDAR: July 14, 2023 |
| Defendants. | |

NAR RESPONSE TO REX MOTION TO SEAL
(ECF 399)
Case No. 2:21-cv-00312-TSZ

COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2400

Pursuant to Local Civil Rule 5(g), the National Association of REALTORS® submits this Response to REX's Motion to Seal (ECF 399) (the "Motion"). NAR has de-designated all documents and deposition transcripts subject to the Motion.

## I.   REX Motion to Seal (ECF 399)

On June 26, 2023, REX filed its Motion to seal the following documents designated by NAR as Confidential or Confidential – Attorneys' Eyes Only under the Court's Amended Stipulated Protective Order (ECF 169):

- Exhibit B (NAR0099846)
- Exhibit C (NAR0111409)
- Exhibit M (a copy of the deposition transcript of Bob Goldberg's May 18, 2023)
- Exhibit N (NAR0026620)
- Exhibit Q (NAR0025638)
- Exhibit R (NAR0026027)
- Exhibit S (NAR0026505)
- Exhibit T (NAR0034542)
- Exhibit U (NAR0277951)
- Exhibit V (NAR0094717)
- Exhibit W (NAR0262097)
- Exhibit X (NAR0093195)
- Exhibit Y (NAR0088553)
- Exhibit Z (NAR0255246)
- Exhibit AA (NAR0099992)
- Exhibit BB (NAR0106499)
- Exhibit CC (NAR0030940)
- Exhibit DD (NAR0173888)
- Exhibit EE (NAR0003762)

NAR RESPONSE TO REX MOTION TO SEAL (ECF 399)
Case No. 2:21-cv-00312-TSZ            1

COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC  20004-2400

- Exhibit JJ (NAR0041620)
- Exhibit XX (NAR0001114)
- Exhibit YY (NAR0000937)

### A. NAR's Position

NAR has de-designated the above documents and deposition transcript excerpts under the Amended Stipulated Protective Order.

NAR no longer considers these documents Confidential or Confidential – Attorneys' Eyes Only under the Court's Amended Stipulated Protective Order, and, as such, NAR does not join in REX's Motion to Seal and does not oppose filing these exhibits publicly.

## II. CONCLUSION

NAR respectfully withdraws all confidentiality designations, does not join in the motion to seal, and does not oppose the filing of the exhibits on the public docket.

NAR RESPONSE TO REX MOTION TO SEAL (ECF 399)
Case No. 2:21-cv-00312-TSZ         2

COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC  20004-2400

DATED: July 10, 2023

Respectfully submitted,

/s/ Ethan Glass

Christopher B. Durbin (WSBA No. 41159)
COOLEY LLP
1700 Seventh Avenue
Suite 1900
Seattle, WA 98101-1355
Phone: (206) 452-8700
Fax: (206) 452-8800
Email: cdurbin@cooley.com

Ethan Glass (*pro hac vice*)
Samantha A. Strauss (*pro hac vice*)
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC  20004-2400
Phone: (202) 776-2244
Fax: (202) 842-7899
eglass@cooley.com
sastrauss@cooley.com

Sarah M. Topol (*pro hac vice*)
Cooley LLP
55 Hudson Yards
New York, NY 10001
Tel: (212) 479-6000
stopol@cooley.com

Michael D. Bonanno (*pro hac vice*)
Kathleen Lanigan (*pro hac vice*)
Peter Benson (*pro hac vice*)
Michael Sebring (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1300 I Street, Suite 900
Washington, D.C. 20005
Phone: (202)538-8000
Fax: (202) 538-8100
mikebonanno@quinnemanuel.com
katlanigan@quinnemanuel.com
peterbenson@quinnemanuel.com
michaelsebring@quinnemanuel.com

*Attorneys for Defendant National Association of REALTORS®*

NAR RESPONSE TO REX MOTION TO SEAL (ECF 399)
Case No. 2:21-cv-00312-TSZ

3

COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC  20004-2400

**CERTIFICATE OF SERVICE**

I certify that on July 10, 2023, I caused a true and correct copy of the foregoing to be filed in this Court's CM/ECF system, which will send notification of such filing to counsel of record.

DATED: July 10, 2023

/s/ *Ethan Glass*
Ethan Glass
COOLEY LLP

NAR RESPONSE TO REX MOTION TO SEAL (ECF 399)
Case No. 2:21-cv-00312-TSZ

4

COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC  20004-2400