1

2

3

4

5              UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF WASHINGTON
6                      AT SEATTLE

7
REX – REAL ESTATE EXCHANGE,
INC.,
8
                    Plaintiff,
9                                              C21-0312 TSZ
      v.
10                                             MINUTE ORDER
ZILLOW, INC., et al.,
11
                    Defendants.
12

13         The following Minute Order is made by direction of the Court, the Honorable
   Thomas S. Zilly, United States District Judge:
14
           (1)    The following motions to seal, docket nos. 327, 330, 333, 334, 342, 346,
15  353, 358, 387, and 399, are RENOTED to July 21, 2023.  Any remaining responses or
   replies shall be filed in accordance with LCR 7(d).
16
           (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of
17  record.

18         Dated this 10th day of July, 2023.

19
                                        Ravi Subramanian_____
20                                      Clerk

21                                      s/Laurie Cuaresma_____
                                        Deputy Clerk
22

23

MINUTE ORDER - 1