1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

8

9

10

11

12

REX – REAL ESTATE EXCHANGE,
INC.,

Plaintiff,

v.

ZILLOW, INC., et al.,

Defendants.

C21-0312 TSZ

MINUTE ORDER

13

14

15

16

17

18

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)     Defendants having withdrawn their confidentiality designations for the subject exhibits, *see* docket no. 459, Plaintiff's motion to seal, docket no. 450, is DENIED.

(2)     The Clerk is DIRECTED to unseal docket nos. 451, 451-1, 451-2, 451-3, 451-4, and 451-5, and to send a copy of this Minute Order to all counsel of record.

Dated this 16th day of August, 2023.

19

20

21

Ravi Subramanian
Clerk

s/Laurie Cuaresma
Deputy Clerk

22

23

MINUTE ORDER - 1