THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

REX - REAL ESTATE EXCHANGE, INC.,

    Plaintiff,

    v.

ZILLOW, INC., et al.,

    Defendants.

Case No. 2:21-CV-00312-TSZ

**JOINT STATUS REPORT PURSUANT TO JULY 28TH HEARING**

Plaintiff REX - Real Estate Exchange, Inc. ("REX") and Defendants Zillow Inc., Zillow Group, Inc., Zillow Homes, Inc., Zillow Listing Services, Inc., and Trulia, LLC (collectively, "Zillow"), by and through their attorneys, respectfully submit this joint status report as ordered by the Court at the parties' July 28, 2023 hearing (see Minute Order dated 7/31/2023).

**I.     REMOTE JURY SELECTION**

The parties agree that jury selection in this matter may proceed remotely.

**II.    IMPACT OF HOLIDAYS ON TRIAL SCHEDULE**

The parties recognize that certain religious holidays overlap with the current trial schedule; most notably, Yom Kippur begins the evening of Sunday, September 24, 2023 and ends the evening of Monday, September 25, 2023.  The parties respectfully request that no

JOINT STATUS REPORT
PURSUANT TO JULY 28TH
HEARING:
2:21-CV-00312-TSZ

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, Washington  98101
+1 206 839 4300

trial be held on Monday, September 25, so that any persons involved in the trial—which may include jurors—be allowed to observe the holiday.

### III. OTHER ISSUES

#### A. September 8, 2023 Pretrial Conference

The parties request that the pretrial conference occur via Zoom.

#### B. Scope Of Trial & Request for Status Conference

<u>Zillow's Position:</u>  Given the Court's summary judgment ruling on August 16, a vast number of the more than 1,600 exhibits, 21 witnesses, and 3,000 pages of designated deposition testimony that REX has identified in its pretrial statement are likely irrelevant. Zillow has met and conferred with REX, asking REX to narrow the scope of its case, but the parties have not yet reached agreement.  Accordingly, Zillow seeks a status conference for the parties and the Court to discuss, among other things, how REX intends to reasonably approach its evidentiary presentation following dismissal of its antitrust claims, as well as the scheduling of trial days in terms of what days of the week trial will occur, and how long trial will last each day such that REX and Zillow are aware of their respective trial clocks and can make trial preparations accordingly.

<u>REX's Position:</u>  The summary judgment order narrows the claims and issues that the jury will be required to decide to determine liability.  However, as to damages, REX claims that it is entitled to recover the present value of its lost profits, which is the same as the enterprise value of the business, because it was driven out of business as a proximate result of Zillow's violation of the Lanham Act.  REX also claims enhanced damages and attorney's fees based on the exceptional nature of the case pursuant to the Lanham Act.  Therefore, REX's damages-related evidence consists of essentially the same testimony and documents on which it would have relied had the antitrust claims not been dismissed.  That being said, REX is reviewing its exhibit list and deposition designations to determine what can be eliminated, particularly evidence that relates solely to NAR, without jeopardizing its ability to present its damages case to the jury.  REX also anticipates that the Court will impose time limitation on

JOINT STATUS REPORT
PURSUANT TO JULY 28TH HEARING:
2:21-CV-00312-TSZ

- 2 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, Washington 98101
+1 206 839 4300

the presentation of evidence and, once the Court makes its parameters known, REX will adjust its designations accordingly.  Finally, the parties have not conferred regarding both questions for the venire and jury instructions because the Court indicated it would provide them to the parties for their comment and review in the first instance.

REX opposes a status conference in addition to the pre-trial conference which is scheduled for September 8th, 2023 because the issues that Zillow raises can be addressed at the pre-trial conference.

### C.  Trial Briefs

The parties seek the Court's guidance as to what would be helpful to the Court to address in the trial briefs, which are due September 1, 2023.  *See* Dkt. 258.

### D.  Motion *In Limine* Reservation of Rights

Zillow's Position:  Following this Court's August 16 order, Zillow promptly reached out to REX to discuss motions *in limine* related to REX's dismissed claims.  Zillow filed a motion *in limine* on August 17 as required by the Court regarding certain of these issues but notes that other issues may warrant briefing if the parties cannot agree:  (1) Any evidence regarding a now-rejected agreement between Zillow and NAR; (2) Any communications by NAR or MLSs, and not involving Zillow, regarding the no-commingling (or any other) NAR model or actual local MLS rule; and (3) Prevailing commission rates in the U.S. or elsewhere.  Further, Zillow reserves the right to seek to exclude evidence and arguments regarding the Buyer Broker Commission Rule ("BBCR") pending the Court's ruling on Zillow's *Daubert* motion to exclude the testimony of David Evans.

REX's Position: REX opposes Zillow's "reservation of rights."  The deadline for motions in *limine* has passed.  REX responded promptly to any and all of Zillow's requests to meet and confer regarding motions in *limine* and did so as late as yesterday, August 17, 2023 with regard to an issue Zillow raised for the first time that morning.  If Zillow had additional motions in *limine* that it wished to pursue, it could and should have sought REX's position and absent agreement, filed its motions prior to the deadline.

1 | DATED: August 18, 2023

3 | BOIES SCHILLER FLEXNER LLP

By: */s/ Aravind Swaminathan*

By: */s/ Ursula Ungaro*
Ursula Ungaro, Esq.
Stephen N. Zack, Esq.
BOIES SCHILLER FLEXNER LLP
100 SE 2nd Street, Suite 2800
Miami, FL 33131
BOIES, SCHILLER & FLEXNER LLP
Telephone: (305) 539-8400
Facsimile: (305) 539-1307
Email: uungaro@bsfllp.com
         szack@bsfllp.com


Carl E. Goldfarb *(Admitted Pro Hac Vice)*
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
Email: cgoldfarb@bsfllp.com

David Boies, Esq.
BOIES SCHILLER FLEXNER LLP
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300
Email: dboies@bsfllp.com

***Attorneys for Plaintiff REX – Real Estate Exchange, Inc.***

McCARTY LAW PLLC
Darren L. McCarty *(Admitted Pro Hac Vice)*
Cristina M. Moreno *(Admitted Pro Hac Vice)*
1410B West 51st Street
Austin, TX 78756
Telephone: 512-827-2902
Email: darren@mccartylawpllc.com


***Attorneys for Plaintiff REX-Real Estate Exchange, Inc.***

ORRICK, HERRINGTON & SUTCLIFFE LLP
Aravind Swaminathan (WSBA No. 33883)
aswaminathan@orrick.com
Nicole Tadano (WSBA No. 40531)
ntadano@orrick.com
Aaron P. Brecher (WSBA No. 47212)
abrecher@orrick.com
401 Union Street, Suite 3300
Seattle, WA 98104
Telephone: 206-839-4300
Facsimile: 206-839-4301

Laura Najemy (Admitted *Pro Hac Vice*)
lnajemy@orrick.com
222 Berkeley Street
Suite 2000
Boston, MA 02116
Telephone: 617-880-1800

Paul Stancil (Admitted *Pro Hac Vice*)
pstancil@orrick.com
609 Main Street
40th Floor
Houston, TX 77002
Telephone: 713-658-6446

Jesse Beringer (Admitted *Pro Hac Vice*)
jberinger@orrick.com
1152 15tg Street, N.W.
Washington, DC 20005
Telephone: 202-339-8671

DECHERT LLP
John "Jay" Jurata, Jr. (Admitted *Pro Hac Vice*)
jay.jurata@dechert.com
Erica Fruiterman (Admitted *Pro Hac Vice*)
erica.fruiterman@dechert.com
1900 K Street, N.W.
Washington, DC 20006
Telephone: 202-261-3440

Russell P. Cohen (Admitted *Pro Hac Vice*)
russ.cohen@dechert.com
One Bush Street, Suite 1600
San Francisco, CA 94104
Telephone: 415-262-4506

JOINT STATUS REPORT PURSUANT TO JULY 28TH HEARING:
2:21-CV-00312-TSZ

- 4 -

***Attorneys for Defendants Zillow, Inc., Zillow Group, Inc., Zillow Homes, Inc., Zillow Listing Services, Inc., and Trulia, LLC***

\*\*Pursuant to this Court's Electronic Filing Procedure III L, the electronic signatory has obtained approval from all other signatories.

JOINT STATUS REPORT PURSUANT TO JULY 28TH HEARING:
2:21-CV-00312-TSZ

- 5 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, Washington 98101
+1 206 839 4300