THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| REX - REAL ESTATE EXCHANGE, INC., | Case No. 2:21-CV-00312-TSZ |
| Plaintiff, | DECLARATION OF RYAN DUFFEY IN SUPPORT OF ZILLOW DEFENDANTS' UNOPPOSED MOTION TO SEAL |
| v. | |
| ZILLOW, INC., et al., | |
| Defendants. | NOTE ON MOTION CALENDAR: September 1, 2023 |

DECLARATION OF RYAN DUFFEY IN SUPPORT OF ZILLOW DEFENDANTS' MOTION TO SEAL
2:21-CV-00312-TSZ

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Site 3300
Seattle, Washington 98101
+1 206 839 4300

I, Ryan Duffey, hereby declare:

1. I am a Senior Paralegal for Zillow Group, Inc. I have personal knowledge of the facts set forth in this declaration. For the facts of which I do not have direct personal knowledge, they are based upon information and belief, and I believe them to be true.

2. Exhibits 1–5 to the Declaration of Jesse Beringer Attaching Deposition Designations contain testimony regarding strategic planning as well as statements that implicate potential strategic decisions Zillow may make in the future, that, if publicly disclosed, would put Zillow at a competitive disadvantage as competitors would gain confidential information regarding Zillow's future business plans and potential future strategic decisions.

3. Exhibits 1–5 to the Declaration of Jesse Beringer Attaching Deposition Designations also contain references to the names of third parties, the disclosure of which would potentially harm the third party's privacy, and harm Zillow's business relationships with those third parties.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 1st day of September 2023 in Scottsdale, Arizona.

*Ryan Duffey*
_____
Ryan Duffey

DECLARATION OF RYAN DUFFEY IN SUPPORT OF ZILLOW DEFENDANTS' MOTION TO SEAL
2:21-CV-00312-TSZ

1

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Site 3300
Seattle, Washington 98101
+1 206 839 4300