UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REX – REAL ESTATE EXCHANGE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ZILLOW, INC., et al. <br><br> Defendants. | Case No. 2:21-cv-00312-TSZ <br><br> **MEMORANDUM IN SUPPORT OF OBJECTION TO DEFENDANT'S RELIANCE ON COUNSEL EVIDENCE** |

OBJECTION TO DEFENDANT'S
RELIANCE ON COUNSEL EVIDENCE

Case No. 2:21-cv-00312-TSZ

BOIES SCHILLER FLEXNER LLP
401 E. Las Olas Blvd, Suite 1200
Fort Lauderdale, FL 33301
(954) 540-6219

**TABLE OF CONTENTS**

INTRODUCTION ................................................................................................... 3

ARGUMENT ......................................................................................................... 3

CONCLUSION ...................................................................................................... 4

OBJECTION TO DEFENDANT'S
RELIANCE ON COUNSEL EVIDENCE

Case No. 2:21-cv-00312-TSZ

1

BOIES SCHILLER FLEXNER LLP
333 Main Street
Armonk, NY 10504
(914) 749-8200

# TABLE OF AUTHORITIES

CASE LAW                                                                                           PAGE

*Apple Inc. v. Samsung Elecs. Co., Ltd.*, 306 F.R.D. 234, 242–43 (N.D. Cal. 2015) ............4

*Chevron Corp. v. Pennzoil Co.*, 974 F.2d 1156, 1162 (9th Cir.1992) ................................3

*Columbia Pictures TV, Inc. v. Krypton Broad. of Birmingham, Inc.*, 259 F.3d 1186 (9th Cir. 2001) ..........................................................................................................................3

*Kaiser Found. Health Plan, Inc. v. Abbott Labs., Inc.*, 552 F.3d 1033 (9th Cir.2009) ........3

OBJECTION TO DEFENDANT'S
RELIANCE ON COUNSEL EVIDENCE

2

Case No. 2:21-cv-00312-TSZ

BOIES SCHILLER FLEXNER LLP
333 Main Street
Armonk, NY 10504
(914) 749-8200

## INTRODUCTION

Plaintiff, REX – REAL ESTATE EXCHANGE, INC. ("REX"), by and through the undersigned counsel, hereby objects to Defendant's repeated reliance on counsel evidence.

## ARGUMENT

In its opening[1] and during Ms. Thomas's testimony[2] Zillow asserted that certain of its actions (e.g., its decision not to use "MLS" and "non-MLS" labels for its Tabs; the separation of MLS and non-MLS listings) were based on legal advice that such actions were required.

During Ms. Thomas's testimony, REX objected both on foundation and hearsay grounds (Ms. Thomas was not a lawyer and did not even receive the advice directly herself from the lawyer who formulated it) and on the grounds that Zillow's lawyers were not available for cross-examination.[3] In addition, during pretrial proceedings Zillow provided no notice that it would rely on advice of counsel, and in fact both withheld documents, and instructed witnesses not to answer deposition questions, on grounds of attorney client privilege.

It is a bedrock principal that a party cannot use the attorney-client as both a sword and shield, which is precisely what Zillow seeks to do here. *See Kaiser Found. Health Plan, Inc. v. Abbott Labs., Inc.*, 552 F.3d 1033, 1042 (9th Cir.2009) ("The privilege which protects attorney-client communications may not be used both as a sword and a shield."); *Columbia Pictures TV, Inc. v. Krypton Broad. of Birmingham, Inc.*, 259 F.3d 1186, 1196 (9th Cir. 2001) (quoting *Chevron Corp. v. Pennzoil Co.*, 974 F.2d 1156, 1162 (9th Cir.1992) ("The privilege

---

[1] Sept. 19, 2023, Trial Tr. 51:16-23; *id.* at 53:7-10.
[2] Sept. 21, 2023, Trial Tr. 82:8-17.
[3] Sept. 21, 2023, Trial Tr. at 82:4-6; *id.* at 82:25 – 83:4; *id.* at 104:15– 106:3.

OBJECTION TO DEFENDANT'S
RELIANCE ON COUNSEL EVIDENCE

Case No. 2:21-cv-00312-TSZ

3

BOIES SCHILLER FLEXNER LLP
333 Main Street
Armonk, NY  10504
(914) 749-8200

which protects attorney-client communications may not be used both as a sword and a shield. Where a party raises a claim which in fairness requires disclosure of the protected communication, the privilege may be implicitly waived.").

Here, Zillow invoked the privilege to block discovery into its communications with its counsel and so should not be permitted to rely on the privilege as a sword. Such gamesmanship is improper. *See Apple Inc. v. Samsung Elecs. Co., Ltd.*, 306 F.R.D. 234, 242–43 (N.D. Cal. 2015) ("Improperly invoking privilege as a shield and a sword, Samsung's use placed the privileged information at issue while improperly limiting Apple and Nokia's ability to assess or challenge these assertions.").

## CONCLUSION

For the foregoing reasons, REX asks that the Court:

(1) Instruct Zillow counsel that they should not, and that they should instruct their witnesses not, to refer to legal advice or reasons for any of Zillow's actions.

(2) Instruct the Jury to disregard any assertion by Zillow's counsel or its witnesses that any Zillow action was taken based on legal considerations or advice.

Dated: September 25, 2023            **BOIES SCHILLER FLEXNER LLP**

By: */s/ David Boies*
    David Boies (Admitted *Pro Hac Vice*)
    BOIES SCHILLER FLEXNER LLP
    333 Main Street
    Armonk, NY  10504
    Telephone: (914) 749-8200
    Facsimile: (914) 749-8300
    dboies@bsfllp.com

    Carl E. Goldfarb
    BOIES SCHILLER FLEXNER LLP
    401 East Las Olas Blvd., Suite 1200
    Fort Lauderdale, FL 33301

OBJECTION TO DEFENDANT'S
RELIANCE ON COUNSEL EVIDENCE

Case No. 2:21-cv-00312-TSZ

4

BOIES SCHILLER FLEXNER LLP
333 Main Street
Armonk, NY  10504
(914) 749-8200

| | |
|---|---|
| 1 | Telephone: (954) 356-0011 |
| 2 | Facsimile:  (954) 356-0022 |
|   | cgoldfarb@bsfllp.com |
| 3 |   |
| 4 | Ursula Ungaro |
|   | Stephen N. Zack |
| 5 | BOIES SCHILLER FLEXNER LLP |
|   | 100 SE 2nd Street, Suite 2800 |
| 6 | Miami, FL  33131 |
|   | Telephone: (305) 539-8400 |
| 7 | Facsimile:  (305) 539-1307 |
|   | uungaro@bsfllp.com |
| 8 | szack@bsfllp.com |
| 9 | James Denvir |
|   | BOIES SCHILLER FLEXNER LLP |
| 10 | 1401 New York Ave, NW |
|    | Washington, D.C, 20005 |
| 11 | Telephone: (202) 237-2727 |
|    | Facsimile:  (202) 237-6131 |
| 12 | jdenvir@bsfllp.com |

***Attorneys for Plaintiff***

OBJECTION TO DEFENDANT'S
RELIANCE ON COUNSEL EVIDENCE

5

BOIES SCHILLER FLEXNER LLP
333 Main Street
Case No. 2:21-cv-00312-TSZ
Armonk, NY  10504
(914) 749-8200