UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

REX – REAL ESTATE EXCHANGE, INC.,

Plaintiff,

v.

ZILLOW GROUP, INC.,

Defendant.

C21-0312 TSZ

JURY QUESTION NO. 3

**Question**:



INSTRUCTION 14D
Is the "act" (line 7) referenced in 14D only referring to the tab labels?

X [signature]

**Answer**:

Response provided in open court on the record.

Dated this 29th day of September, 2023.

*[signature: Thomas S. Zilly]*

Thomas S. Zilly
United States District Judge

JURY QUESTION NO. 3