UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

REX – REAL ESTATE EXCHANGE, INC.,

        Plaintiff,

v.

ZILLOW GROUP, INC.,

        Defendant.

C21-0312 TSZ

VERDICT

We, the jury, answer the questions submitted by the Court as follows:

Question No. 1

Do you find for plaintiff on its first claim for false advertising?

Answer:    Yes _____   No __X__

**If your answer to Question No. 1 is "Yes," then proceed to Question No. 2. If your answer to Question No. 1 is "No," then proceed to Question No. 4.**

Question No. 2

What form of damages do you award, with all of you agreeing on (i) or (ii)?

Answer:    _____ (i) Lost Profits; or

              _____ (ii) Enterprise Value

VERDICT - 1

Question No. 3

What amount of damages do you award to plaintiff on its first claim?

Answer:        $_____

Question No. 4

Do you find that plaintiff has proven all of the elements of its second claim for violation of the CPA?

Answer:      Yes  __X__      No _____

**If your answer to Question No. 4 is "Yes," then proceed to Question No. 5.  If your answer to Question No. 4 is "No," then sign and date the Verdict form.**

Question No. 5

Do you find that defendant has proven its affirmative defense to the second claim, as set forth in Instruction No. 15?

Answer:      Yes  __X__      No _____

**If your answer to Question No. 5 is "No," then proceed to Question No. 6.  If your answer to Question No. 5 is "Yes," then sign and date the Verdict form.**

Question No. 6

What form of damages do you award, with all of you agreeing on (i) or (ii)?

Answer:        _____ (i) Lost Profits; or

                     _____ (ii) Enterprise Value

VERDICT - 2

Question No. 7

What amount of damages do you award to plaintiff on its second claim?

Answer:    $_____

DATED this **29** day of **Sept.**, 2023.

_____
Presiding Juror

VERDICT - 3