UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REX – REAL ESTATE EXCHANGE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ZILLOW GROUP, INC., <br><br> Defendant. | Case No. C21-0312-TSZ <br><br> ORDER DIRECTING PAYMENT OF JUROR LUNCHES |

The Court hereby directs the Clerk of Court to pay for lunch provided to the 9- member jury in deliberations on **Friday, September 29, 2023**, in the above-entitled action.

Dated this 29th day of September, 2023.

*/s/ Thomas S. Zilly*
THOMAS S. ZILLY
UNITED STATES DISTRICT JUDGE

ORDER - 1