# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| REX – REAL ESTATE EXCHANGE, INC., | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | CASE NO. C21-0312 TSZ |
| v. | |
| ZILLOW GROUP, INC., et al., | |
| Defendants. | |

__X__    **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__    **Decision by Court**. This action came on for consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court having granted summary judgment against plaintiff REX – Real Estate Exchange, Inc. ("REX") and in favor of defendants National Association of REALTORS® ("NAR"), and Zillow, Inc., Zillow Group, Inc., Zillow Homes, Inc., Zillow Listings Services, Inc., and Trulia, LLC (collectively, "Zillow") with respect to REX's antitrust claims under the Sherman Act, 15 U.S.C. § 1 (Count I), and the Washington Consumer Protection Act ("CPA"), RCW 19.86.030 (Count VI), _see_ Order (docket no. 461), and having dismissed REX's claims against NAR under the Lanham Act (Count III) and the CPA (Count V), as well as for defamation, _see_ Order (docket no. 108),[1] REX having voluntarily withdrawn its claim against Zillow for defamation (Count VII), _see_ Pretrial Order (docket no. 503), the parties having agreed to the dismissal of REX's remaining claims against defendants other than Zillow Group, Inc., _see_ Minutes of Pretrial Conference (docket no. 491), and the jury having rendered a verdict in favor of Zillow Group, Inc. on REX's claims under the Lanham Act (Count II) and the

---

[1] REX was granted leave to replead its defamation claim against NAR, but it did not do so before the deadline of January 13, 2022.  _See_ Order at 10 (docket no. 108).

CPA (Count IV), *see* Verdict (docket no. 539), now therefore, judgment is hereby ENTERED in favor of all defendants and against REX. Defendants may tax costs in the manner set forth in Local Civil Rule 54(d).

Dated this 3rd day of October, 2023.

Ravi Subramanian
Clerk

s/Laurie Cuaresma
Deputy Clerk