UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REX – REAL ESTATE EXCHANGE, INC.,<br><br>                    Plaintiff,<br><br>    v.<br><br>ZILLOW GROUP, INC.,<br><br>                    Defendant. | C21-0312 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    Defendant's unopposed motion to seal, docket no. 520, is GRANTED as follows. Exhibit B to the Declaration of Laura B. Najemy, which contains the entire 104-page transcript of the deposition of defendant's Rule 30(b)(6) designee Teresa Thomas, docket no. 523, shall remain under seal subject to the following caveats:

(a)    Thomas testified in open court on September 21, 2023, and the transcript of her testimony, docket no. 547, will become publicly available when it is released in January 2024. The sealing of the above-referenced deposition transcript shall not be construed as preventing public disclosure of any portion of the deposition testimony that was repeated when Thomas testified at trial.

(b)    Defendant's request to seal the entire transcript of Thomas's deposition does not comply with the letter or the spirit of Local Civil Rule 5(g). If defendant fails to file a publicly-available, appropriately-redacted version of the transcript within fourteen (14) days of the date of this Minute Order, Exhibit B to the Declaration of Laura B. Najemy, docket no. 523, will be unsealed.

MINUTE ORDER - 1

(2)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 24th day of October, 2023.

                                        Ravi Subramanian
                                        Clerk

                                        s/Laurie Cuaresma
                                        Deputy Clerk

MINUTE ORDER - 2