THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REX – REAL ESTATE EXCHANGE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ZILLOW, INC., et al. <br><br> Defendants. | Case No. 2:21-cv-00312-TSZ <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR A NEW TRIAL** |

THIS MATTER comes before the Court on Plaintiff's Motion for a New Trial (the "Motion").

The Court, being fully advised on the Motion, it is hereby:

ORDERED and ADJUDGED that the Motion is GRANTED. The Court holds that a new trial must be held on REX's claim under the Washington Consumer Protection Act, limited to the measure of REX's damages.

Dated this ___ day of _____, 2023.

_____
HONORABLE THOMAS S. ZILLY
UNITED STATES DISTRICT JUDGE

Dated: October 31, 2023

**BOIES SCHILLER FLEXNER LLP**

By: */s/ Carl Goldfarb, Esq.*
Carl E. Goldfarb (Admitted Pro Hac Vice)
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
cgoldfarb@bsfllp.com

[PROPOSED] ORDER GRANTING REX'S
MOTION FOR A NEW TRIAL
Case No. 2:21-cv-00312-TSZ

BOIES SCHILLER FLEXNER LLP
401 E. Las Olas Blvd, Suite 1200
Fort Lauderdale, FL 33301
(954) 540-6219

1
2   Ursula Ungaro, Esq.
    Stephen N. Zack, Esq.
3   BOIES SCHILLER FLEXNER LLP
    100 SE 2nd Street, Suite 2800
4   Miami, FL  33131
    Telephone:  (305) 539-8400
5   Facsimile:  (305) 539-1307
    uungaro@bsfllp.com
6   szack@bsfllp.com

7   David Boies, Esq.
8   BOIES SCHILLER FLEXNER LLP
    333 Main Street
9   Armonk, NY  10504
    Telephone:  (914) 749-8200
10  Facsimile:  (914) 749-8300
    dboies@bsfllp.com
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28