THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REX – REAL ESTATE EXCHANGE, INC.,<br><br>    Plaintiff,<br><br>   v.<br><br>ZILLOW, INC., et al.<br><br>    Defendants. | **NOTICE OF CIVIL APPEAL**<br><br>Case No. 2:21-cv-00312-TSZ |

NOTICE IS HEREBY given that REX - Real Estate Exchange Inc. appeals to the United States Court of Appeals for the Ninth Circuit from Order Denying Plaintiff's Motion for New Trial [DE 564] entered in this action on January 18, 2024; the Judgment in a Civil Case [DE 542] entered in this action on October 3, 2023; and all other interlocutory orders adverse to the Plaintiff encompassed or merged therein, including but not limited to Order on NAR's Motion for Summary Judgment, the Deferred Potion of Zillow's Motion for Summary Judgment and the portion of REX's motion for partial summary judgment, seeking to establish the existence of an agreement for purposes of its antitrust claims [DE 461], entered in this action on August 16, 2023.

Dated: February 5, 2024           **BOIES SCHILLER FLEXNER LLP**

                                   By:*/s/ Carl E. Goldfarb*

                                   Carl E. Goldfarb (Admitted *Pro Hac Vice*)
                                   BOIES SCHILLER FLEXNER LLP
                                   401 East Las Olas Blvd., Suite 1200
                                   Fort Lauderdale, FL 33301
                                   Telephone: (954) 356-0011
                                   Facsimile:  (954) 356-0022
                                   cgoldfarb@bsfllp.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Ursula Ungaro
Stephen N. Zack
BOIES SCHILLER FLEXNER LLP
100 SE 2nd Street, Suite 2800
Miami, FL  33131
Telephone: (305) 539-8400
Facsimile:  (305) 539-1307
uungaro@bsfllp.com
szack@bsfllp.com

James Denvir
BOIES SCHILLER FLEXNER LLP
1401 New York Ave, NW
Washington, D.C, 20005
Telephone: (202) 237-2727
Facsimile:  (202) 237-6131
jdenvir@bsfllp.com

Mark Rosencrantz
CARNEY BADLEY SPELLMAN, P.S
701 Fifth Avenue, Suite 3600
Seattle, WA  98104-7010
Telephone: (206) 622-8020
Direct:        (206) 607-4154
rose@carneylaw.com

David Boies
BOIES SCHILLER FLEXNER LLP
333 Main Street
Armonk, NY  10504
Telephone: (914) 749-8200
Facsimile:  (914) 749-8300
dboies@bsfllp.com

***Attorneys for Plaintiff***

NOTICE OF APPEAL
Case No.2:21-cv-00312-TSZ

2

BOIES SCHILLER FLEXNER LLP
401 E. Las Olas Blvd, Suite 1200
Fort Lauderdale, FL 33301
Tel: (954) 540-6219

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 5, 2024, I served foregoing document to be filed in this Court's CM/ECF system, which will send notification of such filing to the counsel of record.

By: */s/ Carl E. Goldfarb*
Carl E. Goldfarb, Esq.

NOTICE OF APPEAL
Case No.2:21-cv-00312-TSZ

3

BOIES SCHILLER FLEXNER LLP
401 E. Las Olas Blvd, Suite 1200
Fort Lauderdale, FL 33301
Tel: (954) 540-6219