| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>APR 24 2025<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

REAL ESTATE EXCHANGE INC, a Delaware corporation,

    Plaintiff - Appellant,

v.

ZILLOW GROUP, INC., a Washington corporation and NATIONAL ASSOCIATION OF REALTORS,

    Defendants - Appellees.

No. 24-685

D.C. No. 2:21-cv-00312-TSZ

Western District of Washington, Seattle

MANDATE

The judgment of this Court, entered March 03, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT